**Fill in this information to identify the case:**

Debtor name __Goodrich Quality Theaters, Inc._____

United States Bankruptcy Court for the: __Western_____  District of __MI____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Vistar Corporation<br>6703 Haggerty Road<br>Belleville, MI 48111 | (800) 288-8680 | Trade | | | | 1,086,417.22 |
| 2 | Universal Film Exchange<br>14180 N. Dallas Parkway<br>Suite 800<br>Dallas, TX 75254 | (800) 678-3456 | Trade | | | | 303,522.59 |
| 3 | Sony Releasing | TBD | Trade | | | | 224,570.43 |
| 4 | Christie Digital Systems<br>PO Box 513386<br>Los Angeles, CA 90051-3386 | (714) 503-3328 | Trade | | | | 203,013.45 |
| 5 | Warner Brothers<br>PO Box 936193<br>Atlanta, GA 31193-6093 | TBD | Trade | | | | 121,047.75 |
| 6 | Pepsi Cola<br>PO Box 75948<br>Chicago, IL 60675 | (800) 482-9627 | Trade | | | | 102,999.83 |
| 7 | IMAX Corporation<br>2525 Speakman Dr.<br>Mississauga Ontario L5K 181 | (905) 403-6500 | Trade | | | | 87,244.06 |
| 8 | Stored Value Services<br>101 Buillitt LN, Ste #305<br>Louisville, KY 40222 | (502) 326-4600 | Trade | | | | 86,563.48 |

Debtor  Goodrich Theaters, Inc.  
         Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Walt Disney Studios<br>350 S. Buena Vista St.<br>Burbank, CA 91521 | (818) 560-5640 | Trade | | | | 81,062.66 |
| 10 | Microsoft Corporation<br>PO Box 5540<br>Pleasanton, CA 94566-1540 | TBD | Trade | | | | 53,712.79 |
| 11 | Spirit Master Funding X LLC<br>2727 N. Hardwood St., Ste #300<br>Dallas, TX 75201 | (972) 476-1995<br>Hamilton 16 | Trade | | | | 129,063.50 |
| 12 | Spirit Master Funding X LLC<br>2727 N. Hardwood St, Ste #300<br>Dallas, TX 75201 | (972) 476-1995<br>Portage 16 | Trade | | | | 122,687.00 |
| 13 | Spirit Master Funding X LLC<br>2727 N. Hardwood St, Ste #300<br>Dallas, TX 75201 | (972) 476-1995<br>Randall 15 | Trade | | | | 117,327.67 |
| 14 | 30 W Pershing LLC c/o<br>EPR Properties<br>909 Walnut St, Ste #200<br>Kansas City, MO 64106 | (816) 472-1700 | Trade | | | | 101,227.81 |
| 15 | Spirit Master Funding X LLC<br>2727 N. Hardwood St, Ste #300<br>Dallas, TX 75201 | (972) 476-1995<br>Quality 10 | Trade | | | | 91,856.00 |
| 16 | Jackson Road Cinema LLC<br>150 W 2nd St, Ste #200<br>Royal Oak, MI 48067 | (248) 358-0800 | Trade | | | | 56,857.50 |
| 17 | Lormax Stern Development Co.<br>6755 DA55 Daly Rd<br>West Bloomfield, MI 48322 | Daniel Stern<br>(248) 737-4041 | Trade | | | | 39,151.50 |
| 18 | Willow Knolls Peoria IL LLC<br>4300 East Fifth Ave<br>Columbus, OH 43219 | (614) 443-9065 | Trade | | | | 38,753.50 |
| 19 | Jackson Crossing Realty LLC c/o<br>Namdar Realty Group LLC<br>150 Great Neck Rd, Ste #304<br>Great Neck, NY 11021 | Igar Namdar<br>(516) 773-0010 | | | | | |
| 20 | Wabash Landing 11 LLC c/o<br>Veritas Realty<br>930 E. 66th St,<br>Indianapolis, IN 46220 | (317) 472-1800 | Trade | | | | 26,517.42 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2