# Verification of Mailing Matrix

| Vendor ID | Vendor Name | Address 1 | Address 2 | City | State | Zip Code | Current Balance |
|---|---|---|---|---|---|---|---|
| 20THCENT | 20TH CENTURY FOX | | | | | | 15,121.17 |
| 30WPERSH | 30 WEST PERSHING, LLC | C/O ERP PROPERTIES | DEPT CH 16994 | PALATINE | IL | 60055-6594 | 100,391.22 |
| 3525MCCA | LOST BOY THEATER PARNERS, LLC | 6632 TELEGRAPH ROAD, #193 | | BLOOMFIELD HILLS | MI | 48301 | 19,600.00 |
| A24FILMS | A24 FILMS | PO BOX 8297 | | PASADENA | CA | 91109 | 2,032.51 |
| AARP0000 | AARP | PO BOX 2400 | | LONG BEACH | CA | 90801-2400 | 15.00 |
| ACCBUSIN | ACC BUSINESS | PO BOX 105306 | | ATLANTA | GA | 30348-5306 | 674.58 |
| ACCOTEMP | ACCOUNTEMPS | 12400 COLLECTIONS CENTER DR | | CHICAGO | IL | 60693 | 2,752.00 |
| ACKLOPFI | A.C. KLOPF, INC. | 524 S FRANKLIN ST | | SAGINAW | MI | 48607-1112 | 9,463.33 |
| ACLUFUND | ACLU FUND | FUND OF MICHIGAN | 2966 WOODWARD AVE | DETROIT | MI | 48201 | 2,500.00 |
| ACTIPLUM | ACTION PLUMBING & MECHANICAL, INC. | 1134 MORREN CT | | WAYLAND | MI | 49348 | 961.93 |
| ADVAMECH | ADVANCED MECHANICAL SERVICES, LLC | 19466 15 MILE RD | | LEROY | MI | 49655 | 399.81 |
| AIRDELIG | AIR DELIGHTS, INC. | 11170 SW 5th, Ste 100 | | BEAVERTON | OR | 97005 | 1,767.95 |
| AIRGASUS | AIRGAS USA, LLC | PO BOX 734445 | | CHICAGO | IL | 60673-4445 | 132.82 |
| ALADELEC | ALADDIN ELECTRIC, INC. | 4809 JAMES MCDIVITT | | JACKSON | MI | 49201 | 546.10 |
| ALINONRE | ALL IN ONE RESTORATION | 8024 KERSEY DRIVE | | INDIANAPOLIS | IN | 46236 | 200.00 |
| ALLESUPP | ALLEN SUPPLY | 2800 UNIVERSAL DRIVE | | SAGINAW | MI | 48603 | 143.00 |
| ALSTCACA | ALL STAR CARPET CARE | 8261 REDONDO DR | | INDIANAPOLIS | IN | 46236 | 3,086.00 |
| AMERATHE | AMERICAN ATHEISTS | PO BOX 6733 | | PARSIPPANY | NJ | 07054-6733 | 250.00 |
| AMERDOWE | AMERICAN DOWELL SIGNCRAFTERS | 4812 NORTH CUNNINGHAM AVE | | URBANA | IL | 61802 | 5,497.50 |
| AMERENGS | AMEREN MISSOURI | PO BOX 88968 | | CHICAGO | IL | 60680-1068 | 8,040.67 |
| APPLIMAG | APPLIED IMAGING | 7718 SOLUTION CENTER | | CHICAGO | IL | 60677-7077 | 1,047.15 |
| AQUASYST | AQUA SYSTEMS | 7755 EAST US HIGHWAY 36 | | AVON | IN | 46123 | 240.12 |
| ARAMARK0 | ARAMARK | 22512 NETWORK DR | | CHICAGO | IL | 60673-1225 | 5,670.32 |
| ARROPEST | ARROW PEST CONTROL | 1815 NORTH MICHIGAN STREET | PO BOX 515 | PLYMOUTH | IN | 46563 | 107.00 |
| AUDIIMAG | AUDIO IMAGING SPECIALISTS | 57018 JO ANN COURT | | WASHINGTON | MI | 48094 | 33,222.04 |
| AWARUNLI | AWARDS UNLIMITED | 3041 UNION STREET | | LAFAYETTE | IN | 47904 | 231.30 |
| AWSFILMS | AWS FILMS LLC | 3204 DESTINY ST | | PORTAGE | IN | 46368 | 886.54 |
| BAERGLAS | BAER GLASS INC | 2416 W. FARMINGTON ROAD | | PEORIA | IL | 61604 | 217.50 |
| BANKONBN | BANK ONE - BRIAN NUFFER | LOCKBOX 4475 LL-6303 | WESTFIELD DRIVE | ELGIN | IL | 60124 | 618.11 |
| BATAUTIL | CITY OF BATAVIA - UTIL | 100 NO. ISLAND AVE. | | BATAVIA | IL | 605100700 | 9,863.67 |
| BAYCITMA | BAY CITY MALL LLC | DEPT 099441 | PO BOX 33121 | DETROIT | MI | 48232-9341 | 56,991.61 |
| BERTREIM | BERT REIMINK PLUMBING-HEATING | 310 LINCOLN AVENUE | P. O. BOX 1106 | HOLLAND | MI | 494221106 | 248.42 |
| BESCWATE | BESCO WATER TREATMENT, INC | P. O. BOX 1309 | | BATTLE CREEK | MI | 49016 | 116.15 |
| BESTBUYB | BEST BUY COMPANY | PO BOX 731247 | | DALLAS | TX | 75373-1247 | 119.31 |
| BEVINNEI | BEVINCO NE., LLC | 251 WHISPERING WILLOW CT | | NOBLESVILLE | IN | 46060 | 1,430.00 |
| BLOOMECH | BLOOMFIELD MECHANICAL | 6686 MELTON ROAD | | PORTAGE | IN | 46368 | 4,791.68 |
| BONEROOF | BONE DRY ROOFING | 7735 WINSTON DR | | INDIANAPOLIS | IN | 46268 | 2,000.00 |
| BOXOFFBU | NEW STAR LLC | 507 WEST RIDGE STREET | | YORKVILLE | IL | 60560 | 1,319.50 |
| BUENVIST | WALT DISNEY STUDIOS MOTION PICTURES | 350 S. BUENA VISTA ST | | BURBANK | CA | 91521-8296 | 81,062.66 |
| CANFPLUM | CANFIELD PLUMBING & HEATING | 411 E MAIN | | LOWELL | MI | 49331 | 99.00 |
| CAPMAL41 | CAPITAL MALL - CP8 | PO BOX 864 | | JEFFERSON CITY | MO | 65102 | 7,905.51 |
| CARBSYST | AIRGAS NATIONAL CARBONATION | PO BOX 734673 | | DALLAS | TX | 75373-4673 | 1,000.57 |
| CASCSPRI | CASCADE SPRINKLER INSPECTION CO | 342 E MAIN ST | | SPRING ARBOR | MI | 49283 | 250.00 |
| CENTECH0 | CENTECH | 4316 RT 50 | | JEFFERSON CITY | MO | 65109 | 1,455.00 |
| CENTFLOO | CENTURY FLOORSPACE | 719 CENTURY | | GRAND RAPIDS | MI | 49503 | 3,526.99 |
| CENTREST | CENTRAL RESTAURANT PRODUCTS | PO BOX 78070 | | INDIANAPOLIS | IN | 46278-0070 | 618.36 |
| CHAMHEAT | CHAMPAIGN HEATING & AIR | PO BOX 94 | | CHAMPAIGN | IL | 61824-0694 | 2,762.00 |
| CHFOSNRE | CHAD FORD SNOW REMOVAL & CONCRETE | 1025 SUMMERHILL DR VE | | AURORA | IL | 60506 | 2,000.00 |
| CHRIDIGI | CHRISTIE DIGITAL SYSTEM USA INC | PO BOX 31001-1866 | | LOS ANGELES | CA | 90051-3866 | 203,013.45 |
| CILCO000 | AMEREN ILLINOIS | PO BOX 88034 | | CHICAGO | IL | 60680-1034 | 4,076.94 |
| CINEMASCENE | CINEMA SCENE | 9280 INDIAN CREEK PKWY #200 | | OVERLAND PARK | KS | 66210 | 13,420.00 |
| CINERGYP | DUKE ENERGY | PO BOX 1326 | | CHARLOTTE | NC | 28201-1326 | 8,171.49 |
| CINTFIRS | CINTAS FIRST AID AND SAFETY | PO BOX 631025 | | CINCINNATI | OH | 45263-1025 | 126.14 |
| CIOFCOLU | CITY OF COLUMBIA | PO BOX 1676 | 701 E BROADWAY | COLUMBIA | MO | 65205 | 5,621.97 |
| CIPHLTDC | C PHER LTD | 159 CRESCENT LAKE DR | | MONTGOMERY | IL | 60538 | 3,773.00 |
| CITYGLAS | CITY GLASS SHOP, INC. | 401 BELL AVE | | CADILLAC | MI | 49601 | 628.60 |
| COFEFIRE | COFESSCO FIRE PROTECTION | 411 OTTAWA STREET | | MUSKEGON | MI | 49442 | 1,099.05 |
| COLALACA | COLAROSSI LAWN CARE LLC | 160 N STAEBLER RD, SUITE D | | ANN ARBOR | MI | 48103 | 645.00 |
| COLU0000 | CITY OF COLUMBIA - ROLL OFF | FINANCE DEPARTMENT/ACCOUNTING | PO BOX 6912 | COLUMBIA | MO | 65205 | 212.02 |
| COMMPROP | COMMERCIAL PROPERTY MAINTENANCE | PO BOX 569 | | THREE RIVERS | MI | 49093 | 295.00 |
| COMPCORP | COMPRENEW CORPORATION | 629 IONIA AVE SW | | GRAND RAPIDS | MI | 49503 | 292.90 |
| COMSOSOU | COMPLETE SOLUTIONS & SOURCING, INC | PO BOX 401 | | MONTROSE | NY | 10548 | 2,465.36 |
| CONENELN | CONSUMERS ENERGY - LAN | PAYMENT CENTER | PO BOX 740309 | CINCINNATI | OH | 45274-0309 | 5,122.75 |
| CONTSOLU | CONTROL SOLUTIONS | 8535 BYRON COMMERCE DR SW | | BYRON CENTER | MI | 49315 | 120.00 |
| CRAWAGEL | CRAIG WAGONER ELECTRIC INC. | 100 FARABEE DR. UNIT C | | LAFAYETTE | IN | 47905 | 309.00 |
| CRETORS0 | CRETORS | 176 MITTEL DRIVE | | WOOD DALE | IL | 60191 | 682.89 |

| Vendor ID | Vendor Name | Address 1 | Address 2 | City | State | Zip Code | Current Balance |
|---|---|---|---|---|---|---|---|
| CRSYSTSE | CRITICAL SYSTEM SERVICES, LLC | 2360 OAK INDUSTRIAL DR NE | | GRAND RAPIDS | MI | 49505 | 803.49 |
| CULLWA44 | CULLIGAN WATER OF VALPARAISO | 4600 AIRPORT DR | | VALPARAISO | IN | 46383 | 557.62 |
| CUMMALLI | CUMMINGS ALLISON CO | PO BOX 549 | | MT PROSPECT | IL | 60056 | 210.12 |
| DBOXFILM | D BOX TECHNOLOGIES INC | 7 REMITTANCE DR | DEPT 6545 | CHICAGO | IL | 60675-6545 | 1,737.66 |
| DELALAFI | MICROSOFT CORPORATION | C/O BANK OF AMERICA | 1950 N STEMMONS FWY STE 5010 LB 842467 | DALLAS | TX | 75207 | 53,712.79 |
| DELLFISE | DELL FINANCIAL SERVICES | PAYMENT PROCESSING CENTER | PO BOX 6549 | CAROL STREAM | IL | 60197-6549 | 4,875.56 |
| DELUDIGI | DELUXE DIGITAL MEDIA, INC | PO BOX 749669 | | LOS ANGELES | CA | 90074-9669 | 412.85 |
| DEPECLEA | DEPENDABLE SEWER CLEANERS | PO BOX 446 | | BAY CITY | MI | 48604 | 560.00 |
| DEPEREFR | DEPENDABLE REFRIGERATION | & A/C INC | 3302 WADHAMS ROAD | KIMBALL | MI | 48074 | 365.06 |
| DEVRDEVE | DEVRIES DEVELOPMENT | 1345 MONROE AVE NW | STE 319 | GRAND RAPIDS | MICHIGAN | 49505 | 4,025.00 |
| DEWSPRIN | DEW SPRINKLER SERVICE, INC. | 3628 BECKET LN | | NAPERVILLE | IL | 60564 | 600.00 |
| DIGICINE | DIGITAL CINEMA DISTRIBUTION COALITION | 1840 CENTURY PARK EAST | SUITE 550 | LOS ANGELES | CA | 90067 | 8,995.09 |
| DIREPAPE | DIRECT PAPER SUPPLY | 1721 MAPLELANE AVE | | HAZEL PARK | MI | 48030 | 2,965.33 |
| DIREPAYM | WINDCAVE | 8939 S SEPULVEDA BLVD STE 520 | | LOS ANGELES | CA | 90045 | 4,348.42 |
| DISCPLUSH | DISCOUNT PLUSH | 8201 S KYRENE SUITE 104 | | TEMPE | AZ | 85284 | 4,320.00 |
| DJLAWNLA | DJ LAWN & LANDSCAPING LLC | 1440 BOWER ROAD | | BELLEVUE | MI | 49021 | 2,010.00 |
| DORELABS | DOLBY LABORATORIES, INC | 16651 COLLECTIONS CENTER DR | | CHICAGO | IL | 60693 | 3,639.14 |
| DTRSIGCO | DTR SIGN CO | 6415 THORNAPPLE VALLEY DR | | HASTINGS | MI | 49058 | 613.94 |
| DUNBBANK | DUNBAR SECURITY PRODUCTS INC | 8525 KELSO DR, SUITE L | | BALTIMORE | MD | 21221 | 580.71 |
| EDMOSESO | EDMONDSON SECURITY SOLUTIONS | 1723 PLATEAU DRIVE | | JACKSON | MI | 49203 | 2,560.00 |
| ELDECABI | ELDER'S CABINET & DESIGN | 3835 GRULB ST SW | | WYOMING | MI | 49509 | 920.00 |
| ENGIPRSY | ENGINEERED PROTECTION SYSTEMS | 750 FRONT AVENUE NW | SUITE 300 | GRAND RAPIDS | MI | 49504 | 252.00 |
| EXTEVIEW | EXTERIOR VIEW, INC. | 5796 E SR 5 | | LAFAYETTE | IN | 47905 | 855.00 |
| EXTROUSO | EXTREME OUTDOOR SOLUTIONS | 7660 W CR 800 N | | ROSSVILLE | IN | 46065 | 521.24 |
| FAITMECH | FAITH MECHANICAL, INC | 30 W 215 BUTTERFIELD RD | STE 220 | WARRENVILLE | IL | 60555 | 2,697.08 |
| FEMORANI | F.E. MORAN, INC | 201 W UNIVERSITY AVE | | CHAMPAIGN | IL | 61820 | 217.50 |
| FLEX0000 | FLEX ADMINISTRATORS, INC | 77 MONROE CENTER NW | SUITE 1100 | GRAND RAPIDS | MI | 49503-2911 | 732.15 |
| FLEXADMI | FLEX ADMINISTRATORS | 77 MONROE CENTER ST NW | SUITE 1100 | GRAND RAPIDS | MI | 49503-2911 | 1,270.46 |
| FOCUS000 | FOCUS | PO BOX 848270 | | DALLAS | TX | 75284-8270 | 6,271.44 |
| FORUSHOP | FORUM SHOPPING CENTER | PO BOX 447 | | COLUMBIA | MO | 65205 | 4,828.11 |
| FOXVALLE | FOX VALLEY FIRE & SAFETY | 2730 PINNACLE DRIVE | | ELGIN | IL | 60124 | 600.00 |
| FWACCOVI | FW/AC CONVENTION & VISITORS BUREAU | 927 SOUTH HARRISION STREET | SUITE 101 | FORT WAYNE | IN | 46802 | 650.00 |
| GABOFILT | GABO FILTER, INC | 819 E FOOTHILL BLVD #G | | UPLAND | CA | 91786 | 352.00 |
| GISCCIAS | GIANT SCREEN CINEMA ASSOCIATION | 624 HOLLY SPRINGS ROAD | | HOLLY SPRINGS | NC | 27540 | 850.00 |
| GKIDSINC | GKIDS INC | 225 BROADWAY STE 2610 | | NEW YORK | NY | 10007 | 2,042.40 |
| GOLDMEDA | GOLD MEDAL PRODUCTS CO. | 10700 MEDALLION DRIVE | | CINCINNATI | OH | 45241-4807 | 4,920.76 |
| GOLDMEPR | GOLD MEDAL PRODUCTS CO | 10700 MEDALLION DRIVE | | CINCINNATI | OH | 45241-4807 | 823.69 |
| GOODMARY | MARY KAY GOODRICH | 40 S HUNT WAY APT 606 | | CLEARWATER BEACH | FL | 33769 | 1,650.00 |
| GOODROBE | ROBERT E. GOODRICH | 836 GLADSTONE S E | | GRAND RAPIDS | MI | 49506 | 1,650.00 |
| GRAINGER | GRAINGER, INC | DEPT 817193935 | | PALATINE | IL | 60038-0001 | 94.32 |
| GRANELEC | GRAND ELECTRIC, INC | 2440 STEELE COURT | | ZEELAND | MI | 49464 | 1,174.00 |
| GRAPIRRI | GRAPIDS IRRIGATION | 1775 14 MILE RD AVE NE | | GRAND RAPIDS | MI | 49503 | 207.90 |
| GRARAPWS | CITY OF GRAND RAPIDS - WATER | ROOM 110 CITY HALL WATER/SEWER | 300 MONROE AVENUE NW | GRAND RAPIDS | MI | 49503-2296 | 428.63 |
| GREETRUS | GREENLEAF TRUST | 211 SOUTH ROSE ST | | KALAMAZOO | MI | 49007 | 12,484.63 |
| GRLACHOC | GREATER LAFAYETTE CHAMBER OF COMMERCE | 337 COLUMBIA ST | | LAFAYETTE | IN | 47901 | 400.00 |
| GUARALAR | GUARDIAN ALARM | 7 REMITTANCE SR, DEPT 1376 | | CHICAGO | IL | 60675-1376 | 416.25 |
| GULLSEPT | GULLIFORD SEPTIC SERVICE | 1144 BOURBON | | URBANA | IL | 61802 | 190.00 |
| GURNBUSH | GURNEY BUSH | 1449 E 10TH AVE | | INDIANAPOLIS | IN | 46221 | 300.00 |
| HAMITOCE | HAMILTON TOWN CENTER LLC | P/7604 COLLEGE PARKWAY | | CHICAGO | IL | 60680-0079 | 20,271.82 |
| HAMPINLA | HAMPTON INN - LAFAYETTE | 140 SAGAMORE STREET | | LAFAYETTE | IN | 47905 | 901.60 |
| HARNASSO | HARNESS & ASSOCIATES LLC | PO BOX 147 | | JEFFERSON | MO | 65101 | 1,200.00 |
| HAYESTRE | HAYES STREET, LLC | PO BOX 144 | | DOUGLAS | MI | 49406 | 25,771.50 |
| HERSENTE | HERSKER ENTERPRISES | ATTN JOHN HERSKER | 59 PUBLIC SQUARE, STE 806 | WILKES BARRE | PA | 18701 | 8,265.00 |
| HOFFLAWN | HOFFMAN LAWN CARE | 4397 CHICAGO SE | | GRAND RAPIDS | MI | 49512 | 3,269.34 |
| HOMEBATA | HOMEWORKS OF BATAVIA | 840 N FIELD RD | | BATAVIA | IL | 60510 | 8,787.50 |
| HOMEDEPO | HOME DEPOT COMMERCIAL CREDIT | DEPT 32 2587581 | PO BOX 78047 | PHOENIX | AZ | 85062-8047 | 200.59 |
| HOOSIER | HOOSIER REFRESHMENT | 1200 S PO BOX 441 | | LOGANSPORT | IN | 46947 | 1,995.53 |
| HOPPSEPT | HOPPER SEPTIC & EXCAVATING | 6753 WEST 300 SOUTH | | JAMESTOWN | IN | 46147 | 600.00 |
| HUSTELEC | HUSTON ELECTRIC | PO BOX 844 | | KOKOMO | IN | 46903 | 1,559.24 |
| HYLAGROU | HYLANT GROUP | PO BOX 1687 | | TOLEDO | OH | 43603-1687 | 17,750.00 |
| IBMCORPO | IBM CORPORATION | PO BOX 643600 | | PITTSBURGH | PA | 15264-3600 | 4,752.00 |
| ICEMASTE | ICE-MASTERS | 421 S KENTUCKY | | SEDALIA | MO | 65301 | 1,330.16 |
| IKONOFFI | RICOH | PO BOX 802016 | | DALLAS | TX | 75265-0016 | 686.31 |
| ILLIAMER | ILLINOIS AMERICAN WATER CO | PO BOX 742 | | MILWAUKEE | WI | 53201-3027 | 601.76 |
| IMAXCO00 | IMAX CORPORATION | 2525 SPEAKMAN DR | | MISSISSAUGA | ONTARIO | L5K 1B1 | 27,542.97 |
| IMAXCORP | IMAX CORPORATION | 2525 SPEAKMAN DRIVE | | MISSISSAUGA | ONTARIO | L5K 1B1 | 67,244.06 |

| Vendor ID | Vendor Name | Address 1 | Address 2 | City | State | Zip Code | Current Balance |
|---|---|---|---|---|---|---|---|
| INDEMARK | CINEMA EDGE, LLC | 638 FERGUSON ROAD | SUITE 1 | BOZEMAN | MT | 59718-6405 | 150.00 |
| INDICHAM | GREATER INDIANAPOLIS CHAMBER OF COMMERCE | 111 MONUMENT CIRCLE, SUITE 1950 | | INDIANAPOLIS | IN | 46204 | 880.00 |
| INDIGAS0 | VECTREN ENERGY DELIVERY | PO BOX 6248 | | INDIANAPOLIS | IN | 46206-6248 | 10,854.51 |
| INDUSUPP | INDUSCO SUPPLY COMPANY | 1441 S. WASHINGTON AVE | | LANSING | MI | 48910 | 16,637.70 |
| INGEMECH | INGERSOLL MECHANICAL, INC | 47019 WEST ROAD | | WIXOM | MI | 48393 | 2,454.60 |
| INTEGRYS | CONSTELLATION ENERGY SERVICES | PO BOX 5473 | | CAROL STREAM | IL | 60197-5473 | 5,314.54 |
| JACKROCI | JACKSON ROAD CINEMAS, LLC | 830 W 2ND ST, STE 200 | | ROYAL OAK | MI | 48067 | 56,857.50 |
| JACKRUSA | JACK ROE USA, INC | 200 SOUTH 11TH ST | | NASHVILLE | TN | 37206 | 4,270.00 |
| JACKWACO | CITY OF JACKSON - UTILITY BILLING | 161 W. MICHIGAN | | JACKSON | MI | 492011312 | 609.53 |
| JMASPHAL | J & M ASPHALT PAVING CO | 5045 DIXIE HIGHWAY | | FAIR HAVEN | MI | 48023 | 5,000.00 |
| JOHNMECH | JOHNSON MECHANICAL SERVICE | 1520 RIVERWAY DRIVE | | PEKIN | IL | 61554 | 617.50 |
| KECOSHOF | KENDALL COUNTY SHERIFF'S OFFICE | ATTN: DWIGHT BAIRD, SHERIFF | 1102 CORNELL LANE | YORKVILLE | IL | 60560 | 2,336.20 |
| KINGLAWN | KINGDOM LAWN MAINTENANCE | 5480 NORTH ROAD | | CLYDE | MI | 48049 | 980.00 |
| KOONGLAS | KOONSE GLASS | 4154 PARIS ROAD | | COLUMBIA | MO | 65202 | 85.00 |
| KOORPROT | KOORSEN PROTECTION SERVICES | 2719 N. ARLINGTON AVE | | INDIANAPOLIS | IN | 462181322 | 1,108.77 |
| KREIROOF | KREILING ROOFING CO | 2900 W. STORFER DR | | PEORIA | IL | 61615 | 14,450.20 |
| LAFAHOOD | LAFAYETTE HOOD AND DUCT CLEANING | 6625 S 275 E | | LAFAYETTE | IN | 47909-9073 | 350.00 |
| LAFAWASE | CITY OF LAFAYETTE - Stormwater | UTILITY BILLING OFFICE | P O BOX 1688 | LAFAYETTE | IN | 47902-1688 | 324.62 |
| LAFAWATE | CITY OF LAFAYETTE - UTILITY BILLING | UTILITY BILLING OFFICE | PO BOX 1688 | LAFAYETTE | IN | 47902-1688 | 602.90 |
| LAKORIPL | LAKE ORION PLUMBING | 4 LAPEER WOOD DR, STE 1 | | ORION | MI | 48359 | 363.53 |
| LASERESO | LASER'S RESOURCE | 4770 44TH ST SE | | GRAND RAPIDS | MI | 49512 | 259.49 |
| LAWNSHRU | LAWN & SHRUB, INC. | PO BOX 141 | | BUCK CREEK | IN | 47924 | 2,435.25 |
| LENNINDU | LENNOX INDUSTRIES, INC | P O BOX 910549 | | DALLAS | TX | 75391-0549 | 4,329.24 |
| LEONSYRU | LEONARD'S SYRUPS | DEPT # 114350 | PO BOX 77000 | DETROIT | MI | 48277-1409 | 273.44 |
| LIONSGAT | LIONSGATE | 2700 Colorado | Suite 200 | SANTA MONICA | CA | 90404 | 17,682.38 |
| LTI00000 | LTI | PO BOX 512422 | | PASADENA | CA | 91110-2422 | 1,728.00 |
| MACACARE | MACATAWA LANDSCAPING & LAWN CARE | PO BOX 144 | | ZEELAND | MI | 49464 | 2,943.00 |
| MACLHVAC | MACLELLAN HVAC & MECHANICAL | 102 CHALL STREET | SUITE 100 | LEXINGTON | KY | 40513 | 6,472.39 |
| MACLMECH | MACLELLAN HVAC & MECHANICAL | 102 CHALL ST, SUITE 100 | | LEXINGTON | KY | 40513 | 4,620.00 |
| MARTVINE | MARTHA'S VINEYARD LTD | 200 UNION NE | | GRAND RAPIDS | MI | 49503 | 3,235.13 |
| MAVEMECH | MAVERIC MECHANICAL AND PLUMBING | 4145 N JENNINGS RD | | LAKE CITY | MI | 49651 | 1,095.70 |
| MHBDESGR | PARADIGM DESIGN | 5035 WILEY RD NW | SUITE B | GRAND RAPIDS | MI | 49544 | 1,957.50 |
| MHGASWAS | M & H GAS WASH | 423 S WASHINGTON AVENUE | | INDEPENDENCE | MO | 64055 | 180.22 |
| MICHCO90 | DTE ENERGY | PO BOX 740786 | | CINCINNATI | OH | 45274-0786 | 9,288.72 |
| MICHDEST | MICHIGAN DEPARTMENT OF STATE | 7064 CROWNER DR | | LANSING | MI | 48980-0001 | 1,352.00 |
| MICHELEC | MICHIGAN ELECTRO FREEZE | 424 FIAT 820 | | WYOMING | MI | 49548 | 1,606.98 |
| MICHGAUT | MICHIGAN GAS UTILITIES | PO BOX 3140 | | MILWAUKEE | WI | 53201-3140 | 1,923.16 |
| MIDSSECU | ALLIED UNIVERSAL TECHNOLOGY | 5510 CROSSROADS COMMERCE SW | | WYOMING | MI | 49519 | 312.00 |
| MOVLIMI | MOVIO LIMITED | 6100 WILSHIRE BLVD, SUITE 940 | | LOS ANGELES | CA | 90036 | 24,444.59 |
| MULHAINC | MULHAUPT'S INC | 2731 E. SOUTH FIFTH ST | | LAFAYETTE | IN | 47901 | 1,047.85 |
| NASCSEGR | TECHNICOLOR CINEMA DISTRIBUTION | PO BOX 848498 | | LOS ANGELES | CA | 90084-8498 | 5.58 |
| NCMENTER | NCM FATHOM ENTERTAINMENT | 6300 S SYRACUSE WOOD PLAZA BLVD | SUITE 550 | CENTENNIAL | CO | 80111 | 27,033.29 |
| NEONRATE | NEON RATED LLC | P O BOX 12344 | | SAN ANTONIO | TX | 78254 | 8,806.70 |
| NICORGAS | NICOR GAS | PO BOX 5407 | | CAROL STREAM | IL | 60197-5407 | 2,105.67 |
| N.PSCO00 | NIPSCO | PO BOX 13007 | | MERRILLVILLE | IN | 46411-3007 | 23,453.56 |
| NORTDEVE | NORTHWARD DEVELOPMENT, LLC | C/O COLLIERS INTERNATIONAL | 333 BRIDGE NW STE 1700 | GRAND RAPIDS | MI | 49504 | 5,500.00 |
| ONSIWELL | ONSITE WELLNESS | PO BOX 146 | | GRAND RAPIDS | MI | 49516 | 1,350.00 |
| ORK.PEST | ORKIN PEST CONTROL | PO BOX 638894 | | CINCINNATI | OH | 45263-8896 | 1,796.07 |
| OTISELEV | OTIS ELEVATOR COMPANY | PO BOX 73579 | | CHICAGO | IL | 60673-7579 | 633.75 |
| PARAPCT | PARAMOUNT PICTURES CORP | 5555 MELROSE AVENUE | MARATHON BLDG 2ND FLOOR | HOLLYWOOD | CA | 90038 | 85,726.31 |
| PEP61821 | PEPSI COLA CHAMPAIGN-URBANA | 1301 N. ANTHONY DRIVE | | CHAMPAIGN | IL | 61821 | 768.60 |
| PEP75948 | PEPSI COLA 75948 | PO BOX 75948 | | CHICAGO | IL | 606755948 | 102,999.83 |
| PETCAS01 | PETTY CASH 01 WCX | 1001 W. COLUMBIA | | BATTLE CREEK | MI | 49015 | 120.00 |
| PETCAS06 | PETTY CASH 06 KS | 2141 RD | | PORT HURON | MI | 48060 | 482.23 |
| PETCAS09 | PETTY CASH 09 E30 | 1007 PROGRESS DRIVE NORTH | | LAFAYETTE | IN | 47905 | 502.75 |
| PETCAS14 | PETTY CASH 14 BCR | 6191 STATE PARK RD | SUITE R 703 | BAY CITY | MI | 48706 | 254.00 |
| PETCAS17 | PETTY CASH 17 ALN | 2247 W. MAIN ST | | LOWELL | MI | 49331 | 47.47 |
| PETCAS23 | PETTY CASH 23 | 301 FRONTAGE RD | | WEST LAFAYETTE | IN | 47906 | 246.22 |
| PETCAS24 | PETTY CASH 24 Q16 | 3686 JACKSON RD | | ANN ARBOR | MI | 48103 | 73.86 |
| PETCAS26 | PETTY CASH 26 TR6 | 52 ENTERPRISE DR | | THREE RIVERS | MI | 49093 | 69.48 |
| PETCAS30 | PETTY CASH 30 | 3001 MCCARTY LANE | | LAFAYETTE | IN | 47904 | 50.40 |
| PETCAS39 | PETTY CASH 39 | 1300 FT. KATY PARKWAY | | COLUMBIA | MO | 65203 | 113.44 |
| PETCAS46 | PETTY CASH 46 | 1387 NOBLESVILLE RD | | NOBLESVILLE | IN | 46060 | 51.83 |
| PETCAS49 | PETTY CASH 49 | 1395 MAIN ST | | BROWNSBURG | IN | 46112 | 305.00 |
| PETELAWN | PETES LAWN CARE | 501 WASHINGTON AVE | PMB #130 | GRAND HAVEN | MI | 49417 | 1,328.36 |
| PLANMORA | PLANTE MORAN | 16060 COLLECTIONS CENTER DR | | CHICAGO | IL | 60693 | 18,200.00 |

| Vendor ID | Vendor Name | Address 1 | Address 2 | City | State | Zip Code | Current Balance |
|---|---|---|---|---|---|---|---|
| POPALOC | POP A LOCK OF ANN ARBOR | 5005 JACKSON ROAD | SUITE K | ANN ARBOR | MICHIGAN | 48103 | 425.00 |
| PPCCPEST | PPC COMMERCIAL/INDUSTRIAL PEST MANAGEMENT | 2224 FAIRWEATHER DR | | INDIANAPOLIS | IN | 46229 | 85.00 |
| PROCCOMP | PROCTOR COMPANIES | 10497 CENTENNIAL ROAD | | LITTLETON | CO | 80127 | 21,801.25 |
| QUALAIR0 | QUALITY AIR | 3341 KRAFT AVENUE SE | | GRAND RAPIDS | MI | 49512 | 26,517.15 |
| RAMGERPR | JACKSON CROSSING REALTY LLC | C/O NAMDAR REALTY GROUP LLC | PO BOX 368 | EMERSON | NJ | 07630 | 37,502.16 |
| REMEPLUM | REMER PLUMBING & HEATING, INC | 5565 STATE ST | | SAGINAW | MI | 48603-3633 | 382.80 |
| ROADSIDE | ROADSIDE ATTRACTIONS | PO BOX 71840 | | LOS ANGELES | CA | 90051-8186 | 3,779.91 |
| ROECOMMI | ROE COMM INC | 1400 RAMONA AVENUE | | PORTAGE | MI | 49002 | 1,195.32 |
| ROENELEC | ROENICKE ELECTRIC, INC. | 3615 CARROLLTON RD | P.O. BOX 5 | CARROLLTON | MI | 48724 | 1,359.50 |
| SAFESYST | SAFETY SYSTEMS, INC | P.O. BOX 1141 | | JACKSON | MI | 49204 | 240.00 |
| SCULHOSP | SCULPTURE HOSPITALITY JOLIET | PO BOX 122 | | PLAINFIELD | IL | 60544 | 300.00 |
| SEDGWICK | SEDGWICK CLAIMS MANAGEMENT SERVICES INC. | 28475 MOMENTUM PLACE | | CHICAGO | IL | 60689-5328 | 3,430.00 |
| SEMCENER | SEMCO ENERGY | PO BOX 13412 | | CINCINNATI | OH | 45274-0812 | 5,186.33 |
| SERMASLA | SERVICE MASTER OF LAFAYETTE | 647 PASCAL DRIVE | | LAFAYETTE | IN | 47909 | 2,760.78 |
| SHICORP0 | SHI CORP | PO BOX 952121 | | DALLAS | TX | 75395-2121 | 41,314.54 |
| SIEMINDU | SIEMENS INDUSTRY, INC | C.O. C. BANK | PO BOX 2134 | CAROL STREAM | IL | 60132-2134 | 4,075.00 |
| SIRSPEEGR | S R SPEEDY       GR | 4133 A BROADMOOR, SE | | GRAND RAPIDS | MI | 49512 | 1,944.15 |
| SONEQUCO | SONIC EQUIPMENT COMPANY | 905 WEST MILLER RD | | OLA | KS | 66749 | 5,466.25 |
| SONITROL | SONITROL OF INDIANAPOLIS INC | DEPT 1 | | PALATINE | IL | 60055 | 573.19 |
| SONYPICT | SONY RELEASING | 10202 West Washington Blvd | SPP 4505A | Culver City | CA | 90232 | 439,958.15 |
| SPEETECH | SPEED-TECH EQUIPMENT | 3194 GURLEY STREET | | HUDSONVILLE | MI | 49426 | 265.81 |
| STAPLES0 | STAPLES | DEPT 11 | PO BOX 83689 | CHICAGO | IL | 60696-3689 | 2,758.68 |
| STASTEIN | STANLEY STEEMER NW INDIANA | 647 E 119 AVE | | CROWN POINT | IN | 46307 | 5,521.05 |
| STINLEON | STINSON LEONARD STREET | PO BOX 843052 | | KANSAS CITY | MO | 64184-3052 | 6,039.63 |
| STOKELEC | STOKES ELECTRIC CO., INC | 220 N. 2ND STREET | | JEFFERSON CITY | MO | 65101 | 1,109.11 |
| STOVALSE | STORED VALUE SERVICES | 11081 LANE | STE 305 | LOUISVILLE | KY | 40222 | 86,563.48 |
| STXFINAN | STX FINANCING LLC | LOS ANGELES LOCKBOX #740636 | P.O. BOX 740636 | LOS ANGELES | CA | 90074-0636 | 54,412.69 |
| SUMMCOMP | SUMMIT COMPANIES | 555 LAFAYETTE AVE W | | ST PAUL | MN | 55103 | 1,570.14 |
| SUMMENTE | SUMMIT ENTERTAINMENT LLC | 2700 COLORFIELD BLVD | SUITE 200 SOUTH TOWER | SANTA MONICA | CA | 90404 | 6,951.90 |
| SUNSCARP | SUNSHINE CARPET CLEANING | 4148 E HOUGHTON LAKE ROAD | | LAKE CITY | MI | 49651 | 8,095.00 |
| SUTTGART | SUTTON GARTEN COMPANY | 911 S. COLE AVE | | INDIANAPOLIS | IN | 46222-3029 | 1,486.20 |
| TECHELEC | TECH ELECTRONICS, INC | PO BOX 12247 | | ST LOUIS | MO | 63179 | 720.00 |
| THERSERV | THERMAL SERVICES | 2211 W. FARFER DR | | PEORIA | IL | 61615 | 3,320.66 |
| THYFRUEL | THYSSEN KRUPP ELEVATOR CORPORATION | PO BOX 933004 | | CAROL STREAM | IL | 60132-3796 | 1,696.91 |
| TOTAFISA | TOTAL FIRE AND SAFETY | 6437 HUDSON VALLEY DRIVE UNIT 105 | | WOODRIDGE | IL | 60517 | 735.77 |
| TRVALAND | TRI-VALLEY CONSTRUCTION LLC | 2795 NORTH MILLER ROAD | | SAGINAW | MI | 48609 | 3,785.00 |
| TWOGUYCO | TWO GUYS MECHANICAL CONTRACTORS | 912 N. JEFFERY ST | PO BOX 48 | WINAMAC | IN | 46996 | 300.00 |
| TYCINTSE | JOHNSON CONTROLS SECURITY SOLUTIONS | PO BOX 371967 | | PITTSBURGH | PA | 15250-7967 | 422.93 |
| ULINE000 | ULINE | ATTN: ACCOUNTS RECEIVABLE | PO BOX 88741 | CHICAGO | IL | 60680-1741 | 689.28 |
| UNIFADVA | UNIFORM ADVANTAGE | 1 NE 44TH AVE | SUITE 2000 | FORT LAUDERDALE | FL | 33301 | 328.69 |
| UNITDART | UNITED ARTISTS | 2500 NETWORK PLACE | | CHICAGO | IL | 60673-1292 | 28,609.47 |
| UNITFAST | UNITED FAST FOOD SERVICE & BEVERAGE | 2155 ELM LANE | | ELK GROVE VILLAGE | IL | 60007 | 170.25 |
| UNIVFILM | UNIVERSAL FILM EXCHANGE | 10100 DALLAS PARKWAY | SUITE 800 | DALLAS | TX | 75254 | 303,974.10 |
| UNIWAY01 | UNITED WAY OF BATTLE CREEK | 34 W JACKSON ST SUITE 4A | | BATTLE CREEK | MI | 49017 | 300.00 |
| UNIWAY02 | UNITED WAY OF SAGINAW COUNTY | 100 S JEFFERSON | 5TH FLOOR | SAGINAW | MI | 48607 | 300.00 |
| UNIWAY05 | UNITED WAY OF GREATER HOLLAND | PO BOX 168 | | HOLLAND | MI | 49422-1349 | 300.00 |
| UNIWAY06 | UNITED WAY OF ST CLAIRE COUNTY | 1 PINE ST | | PORT HURON | MI | 48060 | 300.00 |
| UNIWAY12 | UNITED WAY OF CHAMPAIGN COUNTY | 404 W CHURCH STREET | | CHAMPAIGN | IL | 61820 | 300.00 |
| UNIWAY13 | UNITED WAY OF GREATER PEORIA | 5407 N. UNIVERSITY | | PEORIA | IL | 61614 | 300.00 |
| UNIWAY14 | UNITED WAY OF BAY COUNTY | 909 WASHINGTON AVE SUITE 2 | | BAY CITY | MI | 48708 | 300.00 |
| UNIWAY15 | UNITED WAY OF JACKSON COUNTY | PO BOX | | JACKSON | MI | 49202 | 300.00 |
| UNIWAY16 | UNITED WAY KANE COUNTY | BATAVIA COMMUNITY CHEST | PO BOX 372 | BATAVIA | IL | 60510 | 300.00 |
| UNIWAY17 | UNITED WAY OF KENT COUNTY | UNITED WAY CENTER, SUITE 100 | 118 COMMERCE SW | GRAND RAPIDS | MI | 49503-4106 | 1,150.00 |
| UNIWAY18 | UNITED WAY OF PORTER COUNTY | 951 EASTPORT CENTRE DR | | VALPARAISO | IN | 46383 | 300.00 |
| UNIWAY19 | UNITED WAY OF KALAMAZOO COUNTY | 709 S WESTNEDGE AVE | | KALAMAZOO | MI | 49007-5099 | 300.00 |
| UNIWAY20 | FOX VALLEY UNITED WAY | 39 S. LASALLE BLVD | | AURORA | IL | 60506 | 300.00 |
| UNIWAY21 | UNITED WAY OF HUNTINGTON | | PO BOX 347 | HUNTINGTON | IN | 46750 | 450.00 |
| UNIWAY22 | UNITED WAY OF OTTAWA COUNTY | PO | | HOLLAND | MI | 49422-1349 | 300.00 |
| UNIWAY24 | UNITED WAY OF WASHTENAW COUNTY | 2305 PLATT ROAD | | ANN ARBOR | MI | 48104-5715 | 300.00 |
| UNIWAY25 | UNITED WAY OF BARRY COUNTY | 231 E WOODLAWN ST | | HASTINGS | MI | 49058 | 300.00 |
| UNIWAY26 | UNITED WAY OF ST JOSEPH CO | 10 W. 2ND | PO BOX 577 | CENTREVILLE | MI | 49032 | 300.00 |
| UNIWAY3 | UNITED WAY OF WEXFORD COUNTY | PO | | CADILLAC | MI | 49601 | 300.00 |
| UNIWAY33 | UNITED WAY OF OAKLAND COUNTY | 50 FORD AVE. SUITE 300 | | DETROIT | MI | 48220-1899 | 300.00 |
| UNIWAY39 | UNITED WAY | 117 ST., SUITE 300 | | COLUMBIA | MO | 65201 | 300.00 |
| UNIWAY40 | UNITED WAY OF CENTRAL MISSOURI | 205 ALAMEDA DRIVE | | JEFFERSON CITY | MO | 65109 | 300.00 |
| UNIWAY46 | UNITED WAY OF CENTRAL INDIANA | PO BOX 88409 | | INDIANAPOLIS | IN | 46208-0409 | 300.00 |

| Vendor ID | Vendor Name | Address | Address 2 | City | State | Zip Code | Current Balance |
|---|---|---|---|---|---|---|---|
| UNIWAY48 | UNITED WAY OF BOONE COUNTY | 221 N LEBANON ST | PO BOX 773 | LEBANON | IN | 46052 | 303.00 |
| UNIWAY49 | UNITED WAY OF HENDRICKS COUNTY | N MAIN ST | PO BOX 797 | DANVILLE | IN | 46122 | 300.00 |
| UNIWAYLA | UNITED WAY OF GREATER LAFAYETTE | 1114 STATE ST #200 | | LAFAYETTE | IN | 47905 | 900.00 |
| UPS00000 | UNITED PARCEL SERVICE INV | PO BOX 809488 | | CHICAGO | IL | 60680-9488 | 2,589.16 |
| USFOODS | USFOODS | P.O. BOX 78000 | DEPT#78792 | DETROIT | MI | 48278-0792 | 1,159.07 |
| USHICORP | USHIO CORPORATION | 6065 SOLUTION CENTER | | CHICAGO | IL | 60677-6000 | 5,915.94 |
| USSIGNAL | US SIGNAL | 201 IONIA AVE SW | | GRAND RAPIDS | MI | 49503 | 6,687.06 |
| VALPCHAM | VALPARAISO CHAMBER OF COMMERCE | 162 W LINCOLNWAY | PO BOX 330 | VALPARAISO | IN | 46384-0330 | 1,051.00 |
| VISSMARK | INTEGRITY BUSINESS SOLUTIONS, LLC | 4047 CASCADE CT SE | SUITE 8 | GRAND RAPIDS | MI | 49512 | 1,414.94 |
| VISTAR | V STAR CORPORATION | 7701 HAGGERTY ROAD | | BELLEVILLE | MI | 48111 | 186,417.22 |
| VIVIAN00 | VIVIAN COMPANY INC | | | FENTON | MO | 63026-2480 | 2,223.75 |
| VOSSLIGH | VOSS LIGHTING | ATTN ACCOUNTS RECEIVABLE | PO BOX 22159 | LINCOLN | NE | 68542-2159 | 485.50 |
| WABALAND | WABASH LANDING III LLC | C/O VERITAS REALTY | 6440 WESTFIELD BLVD | INDIANAPOLIS | IN | 46220 | 31,727.30 |
| WARNBROS | WARNER BROTHERS | PO BOX | | ATLANTA | GA | 31193-6193 | 121,047.75 |
| WEBEENTE | THE BOXOFFICE COMPANY | PO BOX | | NEW YORK | NY | 10067-0291 | 5,982.30 |
| WELAWATR | WASTEWATER TREATMENT UTILITY | 124 N SALISBURY ST | | WEST LAFAYETTE | IN | 47906 | 208.42 |
| WESEROSY | WEATHER SHIELD ROOFING SYSTEMS | | | GRAND RAPIDS | MI | 49507 | 5,585.80 |
| WILKNOPE | WILLOW KNOLLS PEORIA II LLC | C/O S EPSTEIN PROPERTY GROUP LLC | DEPARTMENT L-3874 | COLUMBUS | OH | 43260-3874 | 62,909.01 |
| WOLGCORP | WOLGAST CORPORATION | 4835 TOWNE CENTRE ROAD | SUITE 203 | SAGINAW | MI | 48604 | 1,040.64 |
| WTOURADI | WTOU AM | MID WEST COMMUNICATIONS | 4200 WEST MAIN | KALAMAZOO | MI | 49006 | 760.00 |
| WYATCOMM | WYATT COMMUNICATIONS INC | PO BOX | | LAFAYETTE | IN | 47902-0537 | 454.03 |
| MB | MACATAWA BANK | MACATAWA BANK | | HOLLAND | MI | 49424 | 7,500,000.00 |
| IB | INDEPENDENT BANK | PLUTOLINE AVE NE | | GRAND RAPIDS | MI | 49525 | 7,500,000.00 |
| CIBC | CIBC | BRIDGE AVE NW | SUITE #700 | GRAND RAPIDS | MI | 49504 | 15,000,000.00 |

32,922,961.51