Form NTCMTRX (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Goodrich Quality Theaters, Inc**<br>4417 Broadmoor Ave SE,<br>Grand Rapids, MI 49512<br>Tax ID: 38−2873678<br><br>**Debtor** | **Case Number 20−00759−swd**<br><br>**Chapter 11**<br><br>**Honorable Scott W. Dales** |

# NOTICE TO FILE MATRIX AS REQUIRED BY LOCAL RULES

A petition was filed in the above referenced case on February 25, 2020 . Pursuant to Fed.R.Bankr.P.1007(a)(1) and LBR 1007−2(c), the Debtor is to file with the petition a mailing matrix which must adhere to the matrix and ECF guidelines published by the Clerk.

The Debtor must file the MATRIX/VERIFICATION IMMEDIATELY. Failure to file the required mailing matrix may lead to dismissal of this case without further notice to the Debtor(s) or interested parties (See Local Bankruptcy Rule 5005−2(f)). Please visit the court's website at www.miwb.uscourts.gov (under Information for Debtors, select the "Creating a Creditor Matrix" link) for information and directions on how to file and prepare a creditor matrix.

**Dated: February 26, 2020**

**Address of the Bankruptcy Clerk's Office:**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

Clerk of the Bankruptcy Court:
**Michelle M. Wilson**