UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| GOODRICH QUALITY THEATERS, INC. ) | |
| ) | Case No. 20-00759 |
| Debtor. ) | |
| _____ ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that SPIRIT MASTER FUNDING X LLC ("Spirit") hereby enters its appearance by and through its counsel, Akerman LLP, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010(b) and hereby requests that copies of all notices and pleadings given or filed in this case be given and served upon the persons listed below at the following address, telephone number and email addresses:

Thomas B. Fullerton, Esq.
Akerman LLP
71 S. Wacker Drive, 47th Floor
Chicago, Illinois  60606
Telephone:  (312) 634-5700
thomas.fullerton@akerman.com
Copy to: katherine.fackler@akerman.com

Please take further notice that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Request for Notices and Papers should not be deemed or construed to be a waiver of Spirit's right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case, controversy or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other right,

claims, actions, setoffs or recoupments to which Spirit is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Spirit expressly reserves.

Dated: February 27, 2020

*/s/ Thomas B. Fullerton*
Thomas B. Fullerton, Esq.
Akerman LLP
71 S. Wacker Drive, 47th Floor
Chicago, IL  60606
Telephone:    (312) 634-5700
Facsimile:    (312) 424-1926
thomas.fullerton@akerman.com

*Attorney for Spirit Master Funding X LLC*