UNITED STATES BANKRUPTCY
COURT WESTERN DISTRICT OF
MICHIGAN

In the Matter of:

**GOODRICH QUALITY THEATERS, INC.**

Case No. 20-00759-swd
Chapter 11
Hon. Scott W. Dales

Debtor

_____/

### *EX PARTE* ORDER SCHEDULING AN EMERGENCY HEARINGS ON THE DEBTOR'S FIRST DAY MOTIONS

This matter having come before the Court on the above captioned Debtor's *Ex Parte Motion For An Emergency Hearing On The Debtor's First Day Motions* (the "Motion"); the Court having reviewed the Motion and having determined that the legal and factual basis set forth in the Motion established good cause for the relief granted herein; no notice or hearing on the Motion being necessary or required; and the Court being otherwise fully advised in the premises:

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion is GRANTED and;

IT IS FURTHER ORDERED that a hearing on the following motions:

a. Declaration of Robert Emmett Goodrich in Support of Chapter 11 Petition and First Day Motions;

b. Debtor's Application to Retain Keller & Almassian, PLC as Counsel to the Debtor Nunc Pro Tunc;

c. Emergency Stipulated Motion to Authorize the Debtor to Use Certain Cash Collateral;

d. Debtor's Motion For An Order Authorizing Continued Use of its Existing Bank Accounts, Business Forms and Cash Management System;

    e. Debtor's Motion For An Order (A) Prohibiting Utilities From Terminating Services to the Debtors, and (B) Establishing Procedures For Resolving Disputes Relating to Adequate Assurance Requests;

    f. Debtors' First Day Motion For Entry of an Order (i) Authorizing Debtor to Pay Employee Obligations and Continue Employee Benefit Programs; (ii) Authorizing Debtor to Pay Certain Pre-Petition Tax Obligations; and (iii) Directing Financial Institutions to Honor Outstanding Employee-Obligation Payments;

    g. Debtors' Motion For An Order Extending the Time Deadline For Filing its Schedules and Statements of Financial Affairs;

    h. Debtors' Motion For the Entry of an Order Establishing Procedures For Interim Compensation and Reimbursement of Expenses For Professionals and Committee Members;

(the "First Day Motions") will be conducted in the Courtroom of the Honorable Scott W. Dales, One Division N., Grand Rapids, MI, on Friday **March 6, 2020, at 10:00 a.m.**, or as soon thereafter as counsel may be heard.

IT IS FURTHER ORDERED that the hearing on Debtors' Motion For An Order (A) Authorizing Debtors to Pay Prepetition Claims of Critical Vendors and (B) Granting Related Relief (the "Critical Vendor Motion") will be conducted in the Courtroom of the Honorable Scott W. Dales, One Division N., Grand Rapids, MI, on Wednesday **March 4, 2020, at 11:00 a.m.**, or as soon thereafter as counsel may be heard.

IT IS FURTHER ORDERED that the Debtor shall serve this Order on (a) the United States Trustee, (b) the Debtors' secured creditors, (c) the Debtors' 20 largest unsecured creditors, (d) Kelly Hagan, esq., and (e) any parties that have filed notices of appearance or requests for notice by electronic mail, facsimile or overnight delivery to the best available address on or before March 3, 2020, and such service shall be deemed good and sufficient service thereof.

**IT IS SO ORDERED.**

**Dated March 3, 2020**



_____
Scott W. Dales
United States Bankruptcy Judge