IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GOODRICH QUALITY THEATERS, INC., | ) | Case No. 20-00759-SWD-11 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES,
PURSUANT TO BANKRUPTCY RULES 2002 AND 9010**

Pursuant to Fed.R.Bankr.P. 2002(g) and (i) and 9010(b), the undersigned counsel enters an appearance for Universal Film Exchanges LLC ("Universal"), and requests that Universal be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the following addresses or facsimile numbers:

>Marsha A. Houston
>Christopher O. Rivas
>REED SMITH LLP
>355 South Grand Avenue, Suite 2900
>Los Angeles, CA  90071-1514
>Telephone: 213.457.8000
>Facsimile:  213.457.8080
>E-mail:  mhouston@reedsmith.com
>           crivas@reedsmith.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

- 2 -

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Universal's (i) rights to have final orders in non-core matters entered only after *de novo* review by a district court; (ii) rights to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Universal is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  March 6, 2020            Reed Smith LLP


                                 By:  /s/ Marsha A. Houston
                                      Marsha A. Houston
                                      *(Limited Use ECF Participant)*
                                      355 South Grand Avenue, Suite 2900
                                      Los Angeles, CA  90071-1514

                                      Counsel to Universal Film Exchanges LLC