**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

IN RE:

GOODRICH QUALITY THEATERS, INC.                        CASE NO.: DG20-00759
                                                       CH. 11
                            Debtor/

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

Notice is hereby given that pursuant to Bankruptcy Rule 4001(b)(2), a hearing will be held regarding:

**DEBTOR'S INTERIM ORDER APPROVING EMERGENCY STIPULATED MOTION TO AUTHORIZE THE DEBTOR TO USE CERTAIN CASH COLLATERAL**

Final Hearing:      Thursday, March 12, 2020
                    at 3:00 p.m.

Location of Hearing:   United States Bankruptcy Court
                       **COURTROOM A**
                       **ONE DIVISION N.W.**
                       **GRAND RAPIDS, MICHIGAN**

Any party in interest objecting to the entry of the Final Order shall file written objections with the court no later than 5:00 p.m. on, March 10, 2020.

March 6, 2020                          MICHELLE M. WILSON
                                       CLERK OF BANKRUPTCY COURT


                                              /s/
                                       BY: Kathleen M. Trapp, Deputy Clerk


A copy of this notice returned to Attorney Todd Almassion for service of notice, motion and order upon all interested parties.

NOTICE IS HEREBY GIVEN that the court may, in its discretion, orally continue or adjourn the above hearing on the record in open court. If this occurs, parties in interest will not be given further written notice of the new hearing date. If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Clerk's Office of the United States Bankruptcy Court located at One Division Avenue North, 2nd Floor, Grand Rapids, Michigan 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 5:00 p.m. Monday through Friday, CST at (800) 676-6856 or via its web site at http://pacer.pcs.uscourts.gov.