UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In the Matter of:

**GOODRICH QUALITY THEATERS, INC.**

Case No. 20-00759-swd
Chapter 11
Hon. Scott W. Dales

Debtor

_____/

**ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE ITS SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

Before the Court is the *Debtor's Motion For An Order Extending The Time Deadline For Filing Its Schedules and Statements of Financial Affairs* (the "**Motion**") filed by the above-captioned debtor in possession (the "**Debtor**"). The Court having reviewed the Motion, (b) finding jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (c) that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (d) notice of the Motion and the Hearing appear sufficient under the circumstances; and (e) just cause exists for the relief granted herein,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is GRANTED pursuant to the terms of this order. Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

2. The deadline under Bankruptcy Rule 1007(c) for filing the Debtor's Schedules and Statement(s) of Financial Affairs shall be extended to and through March 17, 2020.

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated March 9, 2020**



Scott W. Dales
United States Bankruptcy Judge