UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE:
**GOODRICH QUALITY THEATERS, INC.**  Case No. 20-00759-swd
  Chapter 11
    Debtor.  Hon. Scott W. Dales
_____/

**COVER SHEET FOR MOTION TO USE CASH
COLLATERAL OR TO OBTAIN CREDIT**

The debtor has filed a motion to use cash collateral or to obtain post-petition financing, which is attached to this Cover Sheet. In accordance with LBR 4001-2(b), the debtor has identified below, by page and paragraph number, the location in the proposed order accompanying the motion of each of the following provisions:

| **Provision** | **Contained in Proposed Order** | **Location in Proposed Order** |
|---|---|---|
| (1) Provisions that grant liens on the estate's claims and causes of action arising under Chapter 5 of the Code. | _____ YES  __X__ NO | Page _____ ¶_____ |
| (2) Provisions that grant cross-collateralization protection to the prepetition secured creditor (i.e., clauses that secure prepetition debt with categories of collateral that were not covered by the secured party's lien prepetition) other than liens granted solely as adequate protection against diminution in value of a prepetition creditor's collateral. | _____ YES  __X__ NO | Page _____ ¶_____ |
| (3) Provisions that establish a procedure or conditions for relief from the automatic stay. | __X__ YES  _____ NO | Page  15  ¶ 14 Page 30-32 ¶ 24 |
| (4) Provisions regarding the validity or perfection of a secured creditor's prepetition liens or that release claims against a secured creditor. | X_____ YES  _____ NO | Page 6-8  ¶4 Page 28-30 ¶21 |
| (5) Provisions that prime any lien without that lienholder's consent. | _____ YES  __X__ NO | Page _____ ¶_____ |
| (6) Provisions that relate to a sale of substantially all of the debtor's assets. | __X__ YES  _____ NO | Page 17-19 ¶ 16 |
| (7) Provisions for the payment of professional fees of the debtor or any committees, including any carve-outs for such payments. | __X__ YES  _____ NO | Page 22-24 ¶17 |

| | | |
|---|---|---|
| (8) Provisions for the payment of prepetition debt. | \_\_\_\_\_ YES<br>__X__ NO | Page _____<br>¶_____ |
| (9) Provisions that waive the debtor's exclusive right to file or solicit acceptances of a plan during the time periods specified in 11 U.S.C. § 1121. | \_\_\_\_\_ YES<br>__X__ NO | Page _____<br>¶_____ |
| (10) Provisions that require the debtor's plan to be on terms acceptable to the secured creditor. | \_\_\_\_\_ YES<br>__X__ NO | Page _____<br>¶_____ |
| (11) Provisions that require or prohibit specific terms in the debtor's plan. | __X__ YES<br>\_\_\_\_\_ NO | Page <u>25-26</u>¶<u>20</u> |
| (12) Provisions establishing that proposing a plan inconsistent with the order constitutes a default. | \_\_\_\_\_ YES<br>__X__ NO | Page _____<br>¶_____ |
| (13) Provisions that waive surcharge under 11 U.S.C. § 506(c). | __X__ YES<br>\_\_\_\_\_ NO | Page <u>21</u>¶ <u>16</u> |
| (14) Provisions that address the rights and obligations of guarantors or co-obligors. | \_\_\_\_\_ YES<br>__X__ NO | Page _____<br>¶_____ |
| (15) Provisions that prohibit the debtor from seeking approval to use cash collateral without the secured creditor's consent. | \_\_\_\_\_ YES<br>__X__ NO | Page **<br>¶_____ |
| (16) Provisions that purport to bind a subsequent trustee. | __X__ YES<br>\_\_\_\_\_ NO | Page <u>33</u>¶<u>25</u> |
| (17) Provisions that obligate the debtor to pay any of a secured creditor's professional fees. | \_\_\_\_\_ YES<br>__X__ NO | Page _____<br>¶_____<br>DIP fees and Costs will include Professional Fees of DIP Lender |

** Not in Order but will be a default under the DIP Loan documents

Dated:  March 10, 2020

Respectfully Submitted,

**KELLER & ALMASSIAN, PLC**

By: /s/ A. Todd Almassian
A. Todd Almassian (P55467)
Greg J. Ekdahl (P67768)
Nicholas S. Laue (79260)
230 E. Fulton Street
Grand Rapids, MI 49503
Telephone: (616) 364-2100
Facsimile: (616) 364-2200
Email:  talmassian@kalawgr.com
            gekdahl@kalawgr.com

***Proposed Counsel for the Debtor and Debtor in Possession***