**Goodrich Quality Theaters**
13 Week Cash Forecast

| Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13 Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date (Week Ending) | 3/13/2020 | 3/20/2020 | 3/27/2020 | 4/3/2020 | 4/10/2020 | 4/17/2020 | 4/24/2020 | 5/1/2020 | 5/8/2020 | 5/15/2020 | 5/22/2020 | 5/29/2020 | 6/5/2020 | Budget |
| Budget/Actual | *Budget* | *Budget* | *Budget* | *Budget* | *Budget* | *Budget* | *Budget* | *Budget* | *Budget* | *Budget* | *Budget* | *Budget* | *Budget* | |
| **CASH FLOW** | | | | | | | | | | | | | | |
| **RECEIPTS** | | | | | | | | | | | | | | |
| Theater Receipts | $ 1,499,641 | $ 1,167,733 | $ 1,024,085 | $ 1,444,439 | $ 1,443,405 | $ 1,299,149 | $ 1,434,636 | $ 1,442,163 | $ 1,511,538 | $ 1,564,080 | $ 1,186,728 | $ 1,213,329 | $ 1,547,922 | $ 17,778,847 |
| Other Receipts | $ 21,165 | $ 24,573 | $ 1,254,165 | $ 21,165 | $ 21,165 | $ 21,165 | $ 356,165 | $ 12,175 | $ 24,351 | $ 12,175 | $ 73,052 | $ 359,573 | $ 24,573 | 2,225,462 |
| **TOTAL RECEIPTS** | $ 1,520,806 | $ 1,192,307 | $ 2,278,250 | $ 1,465,604 | $ 1,464,570 | $ 1,320,314 | $ 1,790,800 | $ 1,454,338 | $ 1,535,888 | $ 1,576,255 | $ 1,259,780 | $ 1,572,902 | $ 1,572,495 | $ 20,004,309 |
| **DISBURSEMENTS** | | | | | | | | | | | | | | |
| Payroll and Related Expenses | $ 539,424 | $ 312,699 | $ 277,435 | $ 499,446 | $ 420,997 | $ 302,014 | $ 302,014 | $ 470,537 | $ 345,415 | $ 360,948 | $ 303,993 | $ 309,171 | $ 541,760 | $ 4,985,850 |
| Theater Operating Expenses | $ 2,079,972 | $ 1,137,279 | $ 842,671 | $ 2,707,973 | $ 751,910 | $ 1,138,506 | $ 919,126 | $ 1,951,656 | $ 1,335,275 | $ 1,104,753 | $ 931,918 | $ 2,182,116 | $ 823,064 | $ 17,906,217 |
| General and Administrative Expenses | $ 36,346 | $ 36,346 | $ 36,346 | $ 36,346 | $ 36,346 | $ 36,346 | $ 36,346 | $ 36,346 | $ 36,346 | $ 36,346 | $ 36,346 | $ 36,346 | $ 36,346 | $ 472,500 |
| Professional Fees | $ 125,000 | $ 135,000 | $ 325,000 | $ 85,000 | $ 125,000 | $ 85,000 | $ 70,000 | $ 280,000 | $ 110,000 | $ 70,000 | $ 70,000 | $ 280,000 | $ 110,000 | $ 1,870,000 |
| Senior Lender Payments | $ 667,644 | $ - | $ - | $ 27,636 | $ 404,753 | $ - | $ - | $ 38,748 | $ - | $ - | $ - | $ - | $ 50,891 | $ 1,189,674 |
| Trustee Fee | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 250,000 | $ 250,000 |
| **TOTAL DISBURSEMENTS** | $ 3,448,386 | $ 1,621,324 | $ 1,481,452 | $ 3,356,401 | $ 1,739,006 | $ 1,561,866 | $ 1,327,486 | $ 2,777,287 | $ 1,827,035 | $ 1,572,047 | $ 1,342,257 | $ 2,807,633 | $ 1,812,061 | $ 26,674,240 |
| **NET CASH FLOW** | $ (1,927,580) | $ (429,017) | $ 796,798 | $ (1,890,797) | $ (274,436) | $ (241,552) | $ 463,315 | $ (1,322,949) | $ (291,147) | $ 4,208 | $ (82,477) | $ (1,234,731) | $ (239,565) | $ (6,669,932) |
| **CUMULATIVE NET CASH FLOW** | $ (1,927,580) | $ (2,356,597) | $ (1,559,800) | $ (3,450,597) | $ (3,725,033) | $ (3,966,585) | $ (3,503,270) | $ (4,826,219) | $ (5,117,366) | $ (5,113,158) | $ (5,195,636) | $ (6,430,367) | $ (6,669,932) | $ (6,669,932) |
| **Cash on Hand** | | | | | | | | | | | | | | |
| Beginning Balance | 436,793 | - | - | 796,798 | - | - | - | 463,315 | - | - | 4,208 | - | - | $ 436,793 |
| Adequate Protection Payment | (362,000) | - | - | - | - | - | - | - | - | - | - | - | - | (362,000) |
| Net Cash Flow | (1,927,580) | (429,017) | 796,798 | (1,890,797) | (274,436) | (241,552) | 463,315 | (1,322,949) | (291,147) | 4,208 | (82,477) | (1,234,731) | (239,565) | (6,669,932) |
| Draw on DIP Financing | 1,852,788 | 429,017 | - | 1,093,999 | 274,436 | 241,552 | - | 859,635 | 291,147 | - | 78,269 | 1,234,731 | 239,565 | 6,595,139 |
| Ending Balance | - | - | 796,798 | - | - | - | 463,315 | - | - | 4,208 | - | - | - | $ - |
| **Debtor-in-Possession Financing** | | | | | | | | | | | | | | |
| Beginning Balance | $ - | $ 1,852,788 | $ 2,281,805 | $ 2,281,805 | $ 3,375,804 | $ 3,650,240 | $ 3,891,792 | $ 3,891,792 | $ 4,751,427 | $ 5,042,574 | $ 5,042,574 | $ 5,120,843 | $ 6,355,574 | $ - |
| Draw on DIP Financing | 1,852,788 | 429,017 | - | 1,093,999 | 274,436 | 241,552 | - | 859,635 | 291,147 | - | 78,269 | 1,234,731 | 239,565 | 6,595,139 |
| Ending Balance | $ 1,852,788 | $ 2,281,805 | $ 2,281,805 | $ 3,375,804 | $ 3,650,240 | $ 3,891,792 | $ 3,891,792 | $ 4,751,427 | $ 5,042,574 | $ 5,042,574 | $ 5,120,843 | $ 6,355,574 | $ 6,595,139 | $ 6,595,139 |