**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

IN RE:

GOODRICH QUALITY THEATERS, INC.                CASE NO.: DG20-00759
                                                CH. 11
                        Debtor/

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

Notice is hereby given that a final hearing will be held regarding:

**DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING POST-PETITION SECURED FINANCING PURSUANT TO SECTION 105, 361, 362, 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1), 364(E) AND 503(B) OF THE BANKRUPTCY CODE; (II) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL; (III) PROVIDING ADEQUATE PROTECTION TO THE PREPETITION LENDERS PURSUANT TO SECTIONS 361, 362, 363 AND 364 OF THE BANKRUPTCY CODE; (IV) MODIFYING THE AUTOMATIC STAY PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE**

Final Hearing:        April 15, 2020
                      at 10:00 a.m.

Location of Hearing:  United States Bankruptcy Court
                      **COURTROOM A**
                      **ONE DIVISION N.W.**
                      **GRAND RAPIDS, MICHIGAN**

Any party in interest objecting to the entry of the Final Order shall file written objections with the court no later than 5:00 p.m. on, April 3, 2020.

March 16, 2020                        MICHELLE M. WILSON
                                      CLERK OF BANKRUPTCY COURT

                                      _____/s/_____
                                      BY: Kathleen M. Trapp, Deputy Clerk

A copy of this notice returned to Attorney Todd Almassion for service of notice, and order upon all interested parties.

NOTICE IS HEREBY GIVEN that the court may, in its discretion, orally continue or adjourn the above hearing on the record in open court. If this occurs, parties in interest will not be given further written notice of the new hearing date. If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Clerk's Office of the United States Bankruptcy Court located at One Division Avenue North, 2nd Floor, Grand Rapids, Michigan 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 5:00 p.m. Monday through Friday, CST at (800) 676-6856 or via its web site at http://pacer.pcs.uscourts.gov.