UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
_____

In re:

Goodrich Quality Theaters, Inc.,                                    Case No. DG20-00759
                                                                    Chapter 11
_____Debtor./                                     Hon. Scott W. Dales


**NOTICE TO CREDITORS REGARDING PROCEDURE
FOR CONDUCTING SECTION 341 MEETING OF CREDITORS**


The United States Trustee gives notice that the 11 U.S.C. § 341 Meeting of Creditors

scheduled in this case will *not* be held in person at the Office of the U.S. Trustee on March 24,

2020, as originally scheduled and noticed to creditors.  Instead, the Meeting will be conducted

telephonically.

In order to make appropriate arrangements, the U.S. Trustee requests those parties who

desire to participate in the Meeting to send an e-mail message **no later than 4 p.m. on Monday**,

March 23, 2020, with the heading "Goodrich Theaters 341 Meeting Appearance," to the

following address:  dean.e.rietberg@usdoj.gov.  You will then be given further instructions as to

how you can join the Meeting telephonically.


Dated:  3-19-20                                    ANDREW R. VARA
                                                   United States Trustee
                                                   Regions 3 and 9


                                                   By:_____/s/_____
                                                       Dean E. Rietberg (P38872)
                                                       Trial Attorney
                                                       Office of the U.S. Trustee
                                                       125 Ottawa Ave. NW – Ste. 200R
                                                       Grand Rapids, MI   49503
                                                       (616) 456-2002 ext 115