**Fill in this information to identify the case:**

Debtor name   **Goodrich Quality Theaters, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   **20-00759-swd**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 20, 2020        X /s/ Robert E. Goodrich
                                     Signature of individual signing on behalf of debtor

                                     Robert E. Goodrich
                                     Printed name

                                     President & CEO
                                     Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Goodrich Quality Theaters, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) **20-00759-swd**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................... $    44,209,683.82

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................... $    16,665,026.58

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................... $    60,874,710.40

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    30,369,078.17

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $    0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$    3,327,360.40

4.  **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b

    $    33,696,438.57

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name **Goodrich Quality Theaters, Inc.** |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) **20-00759-swd** |

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:       Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.       **Cash on hand** | $224,502.00 |

3.       **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Harris Bank (Kendall 11 GDX)** | **Depository** | **3064** | $29,614.88 |
| 3.2. | **Harris Bank (Randall 15 IMAX)** | **Depository** | **5751** | $20,503.06 |
| 3.3. | **First State Bank (Savoy 16 IMAX)** | **Depository** | **6034** | $37,793.16 |
| 3.4. | **Busey Bank (Willow Knolls 14)** | **Depository** | **2185** | $16,519.94 |
| 3.5. | **Old National Bank Eastside 10 IMAX)** | **Depository** | **5980** | $44,028.27 |
| 3.6. | **Bippus State Bank (Huntington Drive-In)** | **Depository** | **9151** | $586.42 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Goodrich Quality Theaters, Inc.**

Name

Case number *(If known)*  **20-00759-swd**

| | | | | |
|---|---|---|---|---|
| 3.7. | **Bippus State Bank**<br>**(Huntington 7)** | Depository | 6460 | $14,562.53 |
| 3.8. | **Old National Bank**<br>**(Lafayette 7)** | Depository | 2968 | $13,405.37 |
| 3.9. | **Harris Bank**<br>**(Portage 16 IMAX)** | Depository | 2619 | $50,395.41 |
| 3.10. | **Old National Bank**<br>**(Wabash Landing 9)** | Depository | 4035 | $15,769.69 |
| 3.11. | **Key Bank**<br>**(Hamilton 16 IMAX)** | Depository | 2808 | $56,210.04 |
| 3.12. | **Huntington National Bank**<br>**(Lebanon 7)** | Depository | 9094 | $10,614.60 |
| 3.13. | **Old National Bank**<br>**(Brownsburg 8)** | Depository | 1508 | $12,555.87 |
| 3.14. | **Central Bank**<br>**(Capital 8)** | Depository | 3028 | $27,098.09 |
| 3.15. | **Callaway Bank**<br>**(Forum 8)** | Depository | 9456 | $24,770.32 |
| 3.16. | **Chemical Bank**<br>**(Bay City 10 GDX)** | Depository | 5131 | $30,225.22 |
| 3.17. | **Huntington Bank**<br>**(Cadillac 4)** | Depository | 1115 | $18,084.76 |
| 3.18. | **Chemical Bank**<br>**(Grand Haven 9)** | Depository | 2060 | $13,161.85 |
| 3.19. | **Chemical Bank**<br>**(Hastings 4)** | Depository | 5815 | $9,811.92 |
| 3.20. | **Macatawa Bank**<br>**(Holland 7)** | Depository | 4215 | $16,807.72 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Goodrich Quality Theaters, Inc.**                                    Case number *(If known)*  **20-00759-swd**
Name

| 3.21. | **County National Bank**<br>**(Jackson 10)** | Depository | 2453 | $28,345.53 |
| 3.22. | **PNC Bank**<br>**(Kalamazoo 10)** | Depository | 9241 | $23,630.51 |
| 3.23. | **Flagstar Bank**<br>**(Krafft 8)** | Depository | 4330 | $16,144.61 |
| 3.24. | **Huntington National Bank**<br>**(Ada-Lowell 5)** | Depository | 7480 | $14,120.62 |
| 3.25. | **Oxford Bank**<br>**(Oxford 7)** | Depository | 8822 | $10,807.84 |
| 3.26. | **Old National Bank**<br>**(Quality 16)** | Depository | 4904 | $23,875.42 |
| 3.27. | **Independent Bank**<br>**(Quality 10 GDX)** | Depository | 1947 | $40,346.18 |
| 3.28. | **Southern Michigan Bank**<br>**(Three Rivers 6)** | Depository | 9301 | $11,396.81 |
| 3.29. | **Flagstar Bank**<br>**(W. Columbia 7)** | Depository | 3322 | $15,762.88 |
| 3.30. | **CIBC** | Cash Concentration | 4552 | $20,981.38 |
| 3.31. | **CIBC** | Wire Transfers | | $0.00 |
| 3.32. | **CIBC** | Checking | 7598 | $0.00 |
| 3.33. | **CIBC**<br>**(Payroll)** | Checking | 7603 | $0.00 |
| 3.34. | **CIBC**<br>**(Goodrich Bar)** | Checking | 3616 | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Goodrich Quality Theaters, Inc.**                    Case number *(If known)* **20-00759-swd**
Name

| | | | | |
|---|---|---|---|---|
| 3.35. | **CIBC** **(MMSA)** | ST Investment | 4621 | $32,476.36 |
| 3.36. | **CIBC** **(Flex Spending)** | Checking | 4560 | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $924,909.26 |

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Jackson Road Cinemas- Security Deposit- Quality 16 Lease** | $50,000.00 |
| 7.2. | **Vericlaim- Loss Fund** | $15,000.00 |
| 7.3. | **Cloud Industries- Wall Fabric** | $9,000.00 |
| 7.4. | **City of Columbia- Security Deposit- Forum 8** | $7,300.00 |
| 7.5. | **Highway Film Delivery- Security Deposit** | $450.00 |
| 7.6. | **UPS- Deposit** | $100.00 |
| 7.7. | **City of Brownsburg- Water Deposit** | $75.00 |
| 7.8. | **McDonald Advance** | $20,000.00 |
| 7.9. | **Bswift Flex Account** | $1,756.69 |

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number *(If known)* **20-00759-swd** |
|---|---|---|
| | Name | |

| 7.10. | 3840- 44th Street Deposit | $1,500.00 |
|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.** | $105,181.69
Add lines 7 through 8. Copy the total to line 81.

**Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | **444,332.45** | - | **0.00** | = .... | **$444,332.45** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.** | $444,332.45
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                        % of ownership

| 15.1. | **Gibsonton Theater, LLC**<br>**DBA Riverview 14 GDX** | **50** % | **Book Value** | **$1,463,214.50** |
|---|---|---|---|---|

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.** | $1,463,214.50
Add lines 14 through 16.  Copy the total to line 83.

**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| Debtor | **Goodrich Quality Theaters, Inc.** | | | Case number *(if known)*  **20-00759-swd** |
|---|---|---|---|---|
| | Name | | | |

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Concession Inventory | | $430,919.50 | Book Value | $430,919.50 |
| | Games Inventory | | $19,825.20 | Book Value | $19,825.20 |

| 23. | **Total of Part 5.** | | | $450,744.70 |
|---|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value  260,568.84  Valuation method  **Book Value**  Current Value  260,568.84

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Office Furniture | $19,243.60 | Book Value | $19,243.60 |
| 40. | **Office fixtures** Office Fixtures | $65,981.31 | Book Value | $65,981.31 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Walkie Talkies | $37,761.34 | Book Value | $37,761.34 |

Debtor   **Goodrich Quality Theaters, Inc.**          Case number *(If known)* **20-00759-swd**
Name

| Other office equipment | $2,077.49 | Book Value | $2,077.49 |
|---|---|---|---|

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                $125,063.74

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2005 Chevy Silverado** | $1,691.78 | Book Value | $1,691.78 |
| 47.2. | **2016 International 7300** | $23,684.42 | Book Value | $23,684.42 |
| 47.3. | **2013 Buick Enclave CXL** | $8,564.96 | Book Value | $8,564.96 |
| 47.4. | **2015 GMC Acadia** | $9,644.04 | Book Value | $9,644.04 |
| 47.5. | **2017 Buick Regal** | $10,521.70 | Book Value | $10,521.70 |
| 47.6. | **2016 Chevy Malibu** | $7,333.95 | Book Value | $7,333.95 |
| 47.7. | **2003 Chevy Corvette 60,000 Miles** | $10,000.00 | Book Value | $10,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Goodrich Quality Theaters, Inc.**                                        Case number *(If known)*  **20-00759-swd**
         <sub>Name</sub>

| | | | |
|---|---|---|---|
| Digital Equipment | $2,923,792.55 | Book Value | $2,923,792.55 |
| Seating | $2,306,429.93 | Book Value | $2,306,429.93 |
| Theater Fixtures | $1,220,123.64 | Book Value | $1,220,123.64 |
| Concession Fixtures | $604,381.41 | Book Value | $604,381.41 |
| Point of Sale, Computers and Equipment | $757,550.28 | Book Value | $757,550.28 |
| Food Services Equipment | $725,788.35 | Book Value | $725,788.35 |
| Signage | $1,087,080.57 | Book Value | $1,087,080.57 |
| Security Equipment | $152,011.97 | Book Value | $152,011.97 |
| Trash receptacles, cleaning equipment and maintenance | $132,991.07 | Book Value | $132,991.07 |
| Games | $45,717.71 | Book Value | $45,717.71 |
| Aisle Lighting | $398,788.11 | Book Value | $398,788.11 |
| Other Equipment and Misc. | $342,438.26 | Book Value | $342,438.26 |

51. **Total of Part 8.**                                                              | $10,768,534.70 |
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☒ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, | | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number *(if known)* **20-00759-swd** |
|---|---|---|
| | Name | |

| | | | | | |
|---|---|---|---|---|---|
| apartment or office building, if available. | | | | | |
| 55.1. | **W. Columbia 7**<br>**2500 W. Columbia**<br>**Ave**<br>**Battle Creek, MI**<br>**49015**<br>**Parcel No.**<br>**0616-26-693-0**<br><br>**(Value includes**<br>**building, land and**<br>**improvements)** | Fee Owner | $1,424,058.90 | Book Value | $1,424,058.90 |
| 55.2. | **Cadillac 4**<br>**202 S. Mitchell Street**<br>**Cadillac, MI 49601**<br>**Parcel No.**<br>**10-086-00-010-00**<br><br>**(Value includes**<br>**building, land and**<br>**improvements)** | Fee Owner | $802,888.71 | Book Value | $802,888.71 |
| 55.3. | **Holland 7**<br>**500 Waverly Road**<br>**Holland, MI 49423**<br>**Parcel No.**<br>**70-16-33-200-075**<br><br>**(Value includes**<br>**building, land and**<br>**improvements)** | Fee Owner | $1,261,422.52 | Book Value | $1,261,422.52 |
| 55.4. | **Krafft 8**<br>**2725 Krafft Road**<br>**Port Huron, MI 48060**<br>**Parcel No.**<br>**06-027-3001-007**<br><br>**(Value includes**<br>**building, land and**<br>**improvements)** | Fee Owner | $952,048.90 | Book Value | $952,048.90 |
| 55.5. | **Kalamazoo 10**<br>**820 Maple Hill Drive**<br>**Kalamazoo, MI 49009**<br>**Parcel No.**<br>**05-13-255-018**<br><br>**(Value includes**<br>**building and land)** | Fee Owner | $2,880,391.90 | Book Value | $2,880,391.90 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Goodrich Quality Theaters, Inc.**
      Name
Case number *(If known)* **20-00759-swd**

| | | | | | |
|---|---|---|---|---|---|
| 55.6. | **Hastings 4**<br>**213 W State Street**<br>**Hastings, MI  49058**<br>**Parcel No.**<br>**55-201-112-01**<br><br>**(Value includes**<br>**building, land and**<br>**improvements)** | Fee Owner | $745,544.42 | Book Value | $745,544.42 |
| 55.7. | **Three Rivers 6**<br>**120 Enterprise Drive**<br>**Three Rivers, MI**<br>**49093**<br>**Parcel No.**<br>**051-510-004-00**<br><br>**(Value includes**<br>**building and land)** | Fee Owner | $1,003,045.32 | Book Value | $1,003,045.32 |
| 55.8. | **Oxford 7**<br>**48 S. Washington**<br>**Street**<br>**Oxford, MI  48371**<br>**Parcel No.**<br>**04-27-226-043**<br><br>**(Value includes**<br>**building and land)** | Fee Owner | $1,428,034.65 | Book Value | $1,428,034.65 |
| 55.9. | **Eastside 10 IMAX**<br>**300 Farabee Drive N**<br>**Lafayette, IN  47905**<br>**Parcel No.**<br>**79-104-77135**<br><br>**(Value includes**<br>**building, land and**<br>**improvements)** | Fee Owner | $1,133,893.31 | Book Value | $1,133,893.31 |
| 55.10. | **Kendall 11**<br>**95 Fifth Street**<br>**Oswego, IL 60543**<br><br>**(Value includes**<br>**building, land and**<br>**improvements)** | Fee Owner | $7,985,992.46 | Book Value | $7,985,992.46 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Goodrich Quality Theaters, Inc.**                         Case number *(If known)*  **20-00759-swd**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.11· | **Huntington 7**<br>**350 Hauenstein Road**<br>**Huntington, IN 46750**<br>**Parcel No.**<br>**35-05-09-200-780.001-00**<br><br>**(Value includes building, land, and improvements)** | Fee Owner | $1,462,638.85 | Book Value | $1,462,638.85 |
| 55.12· | **Huntington Drive-In**<br>**1291 Condit Street**<br>**Huntington, IN  46750**<br>**Parcel No.**<br>**35-05-11-400-612.600-00**<br><br>**(Value includes building and land)** | Fee Owner | $236,631.57 | Book Value | $236,631.57 |
| 55.13· | **Lebanon 7**<br>**1600 N. Lebanon Sreet**<br>**Lebanon, IN  46052**<br>**Parcel No.**<br>**015-02850-02**<br><br>**(Value includes building and land)** | Fee Owner | $966,177.42 | Book Value | $966,177.42 |
| 55.14· | **Brownsburg 8**<br>**1555 N. Green Street**<br>**Brownsburg, IN 46112**<br>**Parcel No.**<br>**32-02-35-351-001.00-02**<br><br>**(Value includes building and land)** | Fee Owner | $1,551,728.29 | Book Value | $1,551,728.29 |
| 55.15· | **Savory 16 IMAX**<br>**232 W. Burwash**<br>**Savoy, IL  61874**<br><br>**(Value includes land and improvements)** | Commercial Lease | $3,863,518.35 | Book Value | $3,863,518.35 |
| 55.16· | **Willow Knolls 14**<br>**4100 W. Willow Knolls Drive**<br>**Peoria, IL  61615**<br><br>**(Value includes land and improvements)** | Commerical Lease | $808,641.25 | Book Value | $808,641.25 |

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 11

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number *(If known)* **20-00759-swd** |
|--------|------|------|
| | Name | |

| 55.17· | **Bay City 10 GDX**<br>**4101 Wilder Road,**<br>**Suite R703**<br>**Bay City, MI 48706** | | | | |
| | (Value includes improvements) | **Commercial Lease** | $1,442,842.78 | Book Value | $1,442,842.78 |

| 55.18· | **Jackson 10**<br>**1501 North Wisner**<br>**Jackson, MI 49202** | | | | |
| | (Value includes improvements) | **Commercial Lease** | $137,077.40 | Book Value | $137,077.40 |

| 55.19· | **Randall 15 IMAX**<br>**550 N. Randall Road**<br>**Batavia, IL 60510** | | | | |
| | (Value includes land and improvements) | **Commercial Lease** | $634,031.60 | Book Value | $634,031.60 |

| 55.20· | **Ada-Lowell 5**<br>**2175 West Main Street**<br>**Lowell, MI 49331** | | | | |
| | (Value includes improvements) | **Commercial Lease** | $64,250.12 | Book Value | $64,250.12 |

| 55.21· | **Grand Haven 9**<br>**17220 Hayes Street**<br>**Grand Haven, MI 49417** | | | | |
| | (Value includes improvements) | **Commercial Lease** | $20,507.34 | Book Value | $20,507.34 |

| 55.22· | **Wabash Landing 9**<br>**300 East State Street**<br>**West Lafayette, IN 47906** | | | | |
| | (Value includes improvements) | **Commerical Lease** | $620,376.61 | Book Value | $620,376.61 |

| 55.23· | **Quality 16**<br>**3686 Jackson Road**<br>**Ann Arbor, MI 48103** | | | | |
| | (Value includes land and improvements) | **Commercial Lease** | $690,017.09 | Book Value | $690,017.09 |

| Debtor | **Goodrich Quality Theaters, Inc.** | | Case number *(If known)* **20-00759-swd** | |
|---|---|---|---|---|
| | Name | | | |

| 55.24 | **Lafayette 7**<br>**3525 McCarty Lane**<br>**Lafayette, IN 47904** | | | |
|---|---|---|---|---|
| · | (Value includes land and improvements) | Commercial Lease | $63,554.80 | Book Value | $63,554.80 |

| 55.25 | **Forum 8**<br>**1209 Forum Katy**<br>**Parkway**<br>**Columbia, MO 65203** | | | |
|---|---|---|---|---|
| · | (Value includes building and land) | Land Lease | $2,341,448.00 | Book Value | $2,341,448.00 |

| 55.26 | **Capital 8**<br>**3550 Country Club**<br>**Drive**<br>**Jefferson City, MO**<br>**65109** | | | |
|---|---|---|---|---|
| · | (Value includes building, land and improvements) | Land Lease | $2,189,153.15 | Book Value | $2,189,153.15 |

| 55.27 | **Portage 16 IMAX**<br>**6550 US Highway 6**<br>**Portage, IN 46368** | | | |
|---|---|---|---|---|
| · | (Value includes land and improvements) | Commerical Lease | $395,170.42 | Book Value | $395,170.42 |

| 55.28 | **Hamilton 16**<br>**13825 Norell Road**<br>**Noblesville, IN 46060** | | | |
|---|---|---|---|---|
| · | (Value includes improvements) | Commercial Lease | $283,780.41 | Book Value | $283,780.41 |

| 55.29 | **Quality 10 GDX**<br>**3250 Kabobel**<br>**Saginaw, MI 48604** | | | |
|---|---|---|---|---|
| · | (Value includes land and improvements) | Commercial Lease | $5,958,693.54 | Book Value | $5,958,693.54 |

| 55.30 | **Corporate Office**<br>**3777 44th Street SE**<br>**Kentwood, MI 49512**<br>**Parcel No.**<br>**41-18-23-453-010** | | | |
|---|---|---|---|---|
| · | (Value includes building and land) | Fee Owner | $449,073.55 | Book Value | $449,073.55 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Goodrich Quality Theaters, Inc.**                           Case number *(If known)*  **20-00759-swd**
　　　　　Name

55.31 **Corporate Office**
·    **4417 Broadmoore**
     **Ave SE**
     **Kentwood, MI  49512**
     **Parcel No.**
     **41-18-25-101-002**

     **(Value includes**
     **building, land and**
     **improvements)**         Fee Owner            $413,050.19   Book Value              $413,050.19

---

56.   **Total of Part 9.**                                                    | $44,209,683.82 |
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **Trademark: GDX** | **$0.00** | | **$0.00** |
| **Trademark: GDX-Giant Digital Experience** | **$0.00** | | **$0.00** |
| **Trademark: Giant Digital Experience** | **$0.00** | | **$0.00** |
| 61.  **Internet domain names and websites** **www.gqtmovies.com** | **$0.00** | | **$0.00** |
| 62.  **Licenses, franchises, and royalties** | | | |

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number *(If known)* | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

**Liquor Licenses**

**Eastside 10 IMAX**
**Lafayette, Indiana**

**Quality 10 GDX**
**Saginaw, Michigan**

**Brownsburg 8 GDX**
**Brownsburg, Indiana**

**Bay City 10 GDX**
**Bay City, Michigan**

**Kalamazoo 10**
**Kalamazoo, Michigan**

**Krafft 8**
**Port Huron, Michigan**

**Kendall 11 GDX**
**Oswego, Illinois**

**W. Columbia 7**
**Battle Creek, Michigan**

**Portage 16 IMAX**
**Portage, Indiana**

**Hamilton 16 IMAX**
**Noblesville, Indiana**

**Jackson 10**
**Jackson, Michigan**

**Wabash Landing 9**
**West Lafayette, Indiana**                        $358,741.45          Book Value                    $358,741.45

---

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.                          | **$358,741.45** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:**    All other assets

Debtor  **Goodrich Quality Theaters, Inc.**                          Case number *(if known)*  **20-00759-swd**
Name

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **Net operating loss**                    Tax year **2019** | $376,782.00 |
| | **Michigan tax refund**                    Tax year **2019** | $36,491.00 |
| | **Indiana tax refund**                    Tax year **2019** | $34,059.00 |
| | **Illinois tax refund**                    Tax year **2019** | $45,531.00 |
| | **Missouri tax refund**                    Tax year **2019** | $9,621.00 |
| | **Federal tax refund**                    Tax year **2019** | $250,000.00 |
| | **City of Battle Creek tax refund**                    Tax year **2019** | $353.00 |
| | **City of Jackson tax refund**                    Tax year **2019** | $700.00 |
| | **City of Port Huron tax refund**                    Tax year **2019** | $380.00 |
| 73. | **Interests in insurance policies or annuities**<br>**Blue Cross Blue Shield of Michigan**<br>**Health Insurance Policy** | $0.00 |
| | **Chubb Group of Insurance Companies**<br>**Property & Crime Insurance Policy** | $0.00 |
| | **Hanover Insurance Group**<br>**Directors & Fiduciary Liability Insurance Policy** | $0.00 |

Debtor    **Goodrich Quality Theaters, Inc.**                                    Case number *(If known)*  **20-00759-swd**
Name

| | |
|---|---:|
| **Selective Insurance Company of South Carolina**<br>**Commercial General Liability and Commercial**<br>**Automobile Coverage** | **$0.00** |
| **Travelers Property Casualty Company of America**<br>**Umbrella Liability Insurance Policy** | **$0.00** |
| **Accident Fund Insurance Company of America**<br>**Workers' Compensation** | **$0.00** |
| **Illinois Union Insurance Company**<br>**Westchester- A Chubb Company**<br>**Liquor Liability Policy** | **$0.00** |

74.    **Causes of action against third parties (whether or not a lawsuit**
**has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of**
**every nature, including counterclaims of the debtor and rights to**
**set off claims**
**Goodrich Quality Theaters, Inc. v Forum Shopping**
**Center, LLC et al**
**Case No. 18BA-CV05180**
**(Parking lot dispute. Debtor does not anticipate a**
**monetary settlement)**                                                                    **$0.00**

| **Nature of claim** | **CC Injunction** |
|---|---|
| **Amount requested** | **$0.00** |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

**Pepsi Sponsorship rebate**                                                        **$1,270,387.09**

78.    **Total of Part 11.**

| |
|---:|
| **$2,024,304.09** |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor   **Goodrich Quality Theaters, Inc.**                    Case number *(If known)*  **20-00759-swd**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $924,909.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $105,181.69 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $444,332.45 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $1,463,214.50 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $450,744.70 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $125,063.74 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,768,534.70 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $44,209,683.82 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $358,741.45 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,024,304.09 | |
| 91. **Total.** Add lines 80 through 90 for each column | $16,665,026.58 | + 91b. $44,209,683.82 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $60,874,710.40 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Goodrich Quality Theaters, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    **20-00759-swd**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **CIBC Bank USA** | | **$15,300,000.00** | **$15,300,000.00** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2500 W. Columbia Ave, 202 S. Mitchell Street, 500 Waverly Road, 2725 Krafft, 820 Maple Hill Dr, 213 W. State Street, 120 Enterprise Drive, 350 Hauenstein Road, 3525 McCarty Lane & 300 Farabee Drive N**

**120 South LaSalle Street**
**Chicago, IL 60603**
Creditor's mailing address

Describe the lien
**UCC Financing Statement & Recorded Mortgages**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/2013-**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | **Independent Bank** | | **$7,350,000.00** | **$7,985,992.46** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Kendall 11**
**95 Fifth Street**
**Oswego, IL 60543**

**(Value includes building, land and improvements)**

**4200 E. Beltline Ave NE**
**Grand Rapids, MI 49525**
Creditor's mailing address

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

**Date debt was incurred**

| Debtor | **Goodrich Quality Theaters, Inc.** | | Case number (if known) | **20-00759-swd** |
|---|---|---|---|---|
| | Name | | | |

**2012-**
Last 4 digits of account number

☐ Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Macatawa Bank** | **Describe debtor's property that is subject to a lien** | $7,350,000.00 | $7,350,000.00 |
|---|---|---|---|---|

Creditor's Name

**10753 Macatawa Bank
Holland, MI 49424**

Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Spirit Master Funding X LLC** | **Describe debtor's property that is subject to a lien** | $369,078.17 | $369,078.17 |
|---|---|---|---|---|

Creditor's Name

**Landlord's lien: Randall 15 IMAX, 550 N. Randall Road, Batavia, IL 60510; Hamilton 16 IMAX, 13825, Norell Road, Noblesville, IN 46060; Quality 10 GDX, 3250 Kabobel Saginaw, MI 48604; Portage 16 IMAX, 6550 US Highway 6, Portage, IN 46368**

**2727 N. Hardwood Street
Suite 300
Dallas, TX 75201**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2006-**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $30,369,078. |
|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

| | | **17** |
|---|---|---|

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brendan G. Best Esq.**<br>**Varnum LLP**<br>**160 W. Fort Street**<br>**Fifth Floor**<br>**Detroit, MI 48226** | Line **2.1** | |
| **Jonathan S. Green Esq.**<br>**Miller Canfield Paddock Stone**<br>**150 W. Jefferson Avenue**<br>**Suite 2500**<br>**Detroit, MI 48226** | Line **2.2** | |
| **Marc N. Swanson Esq.**<br>**Miller Canfield Paddock Stone**<br>**150 W. Jefferson Avenue**<br>**Suite 2500**<br>**Detroit, MI 48226** | Line **2.2** | |
| **Steven A. Roach Esq.**<br>**Miller Canfield Paddock Stone**<br>**150 W. Jefferson Avenue**<br>**Suite 2500**<br>**Detroit, MI 48226** | Line **2.2** | |
| **Thomas B. Fullerton Esq.**<br>**Akerman LLP**<br>**71 S. Wacker Drive**<br>**47th Floor**<br>**Chicago, IL 60606** | Line **2.4** | |
| **Timothy Hillegonds Esq.**<br>**Warner Norcross & Judd LLP**<br>**1500 Warner Building**<br>**150 Ottawa Ave NW**<br>**Grand Rapids, MI 49503** | Line **2.3** | |
| **William L. Thompson Esq.**<br>**Varnum LLP**<br>**160 W. Fort Street**<br>**Fifth Floor**<br>**Detroit, MI 48226** | Line **2.1** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name  **Goodrich Quality Theaters, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  **20-00759-swd**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**A24 Films**<br>**PO Box 8297**<br>**Pasadena, CA 91109**<br><br>Date(s) debt was incurred  **2019-**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $2,214.92 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**AARP**<br>**PO Box 2400**<br>**Long Beach, CA 90801**<br><br>Date(s) debt was incurred  **2020-**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $15.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**AC Klopfe Inc.**<br>**524 S. Franklin Street**<br>**Saginaw, MI 48607**<br><br>Date(s) debt was incurred  **2020-**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $12,142.34 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**ACC Business**<br>**PO Box 105306**<br>**Atlanta, GA 30348**<br><br>Date(s) debt was incurred  **2020-**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utilities**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $2,023.74 |

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,288.00 |
|---|---|---|---|

**Accountemps**
**12400 Collection Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,232.83 |
|---|---|---|---|

**Action Plumbing & Mechanical**
**1134 Morren Court**
**Wayland, MI 49348**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.81 |
|---|---|---|---|

**Advanced Mechanical Services**
**19466 - 18 Mile Road**
**Leroy, MI 49655**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,767.95 |
|---|---|---|---|

**Air Delights Inc.**
**11170 SW 5th Street**
**Suite 100**
**Beaverton, OR 97005**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,377.88 |
|---|---|---|---|

**Airgas National Carbonation**
**PO Box 734673**
**Dallas, TX 75373**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $546.10 |
|---|---|---|---|

**Aladdin Electric Inc.**
**4809 James McDivitt**
**Jackson, MI 49201**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**All In One Restoration**
**8024 Kersey Drive**
**Indianapolis, IN 46236**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,086.00 |
|---|---|---|---|
| | **All Star Carpet Care**<br>**8261 Redondo Drive**<br>**Indianapolis, IN 46236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2020-__ | Basis for the claim:  __Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.00 |
|---|---|---|---|
| | **Allen Supply**<br>**2800 Universal Drive**<br>**Saginaw, MI 48603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2020__ | Basis for the claim:  __Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $721.29 |
|---|---|---|---|
| | **Allied Universal Technology**<br>**5975 Crossroads Commerce SW**<br>**Wyoming, MI 49519** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2020-__ | Basis for the claim:  __Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,162.60 |
|---|---|---|---|
| | **Ameren Illinois**<br>**PO Box 88034**<br>**Chicago, IL 60608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2020-__ | Basis for the claim:  __Utilities__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,040.67 |
|---|---|---|---|
| | **Ameren Missouri**<br>**PO Box 88068**<br>**Chicago, IL 60680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2020-__ | Basis for the claim:  __Utilities__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|
| | **American Atheists**<br>**PO Box 5733**<br>**Parsippany, NJ 07054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2020-__ | Basis for the claim:  __Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,497.50 |
|---|---|---|---|
| | **American Dowell Signcrafters**<br>**4812 North Cunningham Ave**<br>**Urbana, IL 61802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2020-__ | Basis for the claim:  __Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,651.55 |
|---|---|---|---|

**American Express**
**PO Box 0001**
**Los Angeles, CA 90096-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012-**

Last 4 digits of account number __

Basis for the claim:  **Charge Account**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Andrew Rogers**
**6025 St. Francis Ct.**
**Jefferson City, MO 65101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,047.15 |
|---|---|---|---|

**Applied Imaging**
**7718 Solution Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $464.94 |
|---|---|---|---|

**Aqua Systems**
**7785 East US Hwy 36**
**Avon, IN 46123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,820.90 |
|---|---|---|---|

**Aramark**
**22512 Network Drive**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $107.00 |
|---|---|---|---|

**Arrow Pest Control**
**1815 North Michigan Street**
**PO Box 515**
**Plymouth, IN 46563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $273.94 |
|---|---|---|---|

**Arrowaste Inc.**
**PO Box 828**
**Jenison, MI 49429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,826.14** |
|---|---|---|---|

**Audio Imaging Specialists**
**57018 Juliann Court**
**Washington, MI 48094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

**Basis for the claim:** __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$341.10** |
|---|---|---|---|

**Awards Unlimited**
**3031 Union Street**
**Lafayette, IN 47904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-__

**Basis for the claim:** __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$886.54** |
|---|---|---|---|

**AWS Films LLC**
**3204 Destiny Street**
**Portage, IN 46368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

**Basis for the claim:** __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$217.50** |
|---|---|---|---|

**Baer Glass Inc.**
**2416 W. Farmington Road**
**Peoria, IL 61604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

**Basis for the claim:** __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Bar Management Consultants**
**PO Box 26**
**Kouts, IN 46347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

**Basis for the claim:** __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$248.42** |
|---|---|---|---|

**Bert Reimink Plumbing/Heating**
**310 Lincoln Ave**
**PO Box 1106**
**Holland, MI 49422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

**Basis for the claim:** __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$246.63** |
|---|---|---|---|

**Besco Water Treatment Inc.**
**PO Box 1309**
**Battle Creek, MI 49016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

**Basis for the claim:** __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Goodrich Quality Theaters, Inc. | Case number (if known) | 20-00759-swd |
|---|---|---|---|
| | Name | | |

---

**3.33**

**Nonpriority creditor's name and mailing address**

**Best Buy Company**
**PO Box 731247**
**Dallas, TX 75373**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$119.31**

---

**3.34**

**Nonpriority creditor's name and mailing address**

**Bevinco Nei LLC**
**231 Whispering Willow Court**
**Noblesville, IN 46060**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,820.00**

---

**3.35**

**Nonpriority creditor's name and mailing address**

**Black Gold Septic Inc.**
**1805 Phelps Dr**
**Batavia, IL 60510**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.36**

**Nonpriority creditor's name and mailing address**

**Blair Oaks Middle School**
**Home and School**
**6124 Falcon Lane**
**Jefferson City, MO 65101**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$84.77**

---

**3.37**

**Nonpriority creditor's name and mailing address**

**Bleeker Street Media, LLC**
**PO Box 51744**
**Los Angeles, CA 90051**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$338.19**

---

**3.38**

**Nonpriority creditor's name and mailing address**

**Bloomfield Mechanical**
**6636 Melton Road**
**Portage, IN 46368**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$4,791.68**

---

**3.39**

**Nonpriority creditor's name and mailing address**

**Bone Dry Roofing**
**7735 Winston Drive**
**Indianapolis, IN 46268**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brent J. Kugman & Associates**
**134 North LaSalle Street**
**Suite 1500**
**Chicago, IL 60654**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**Bruce Barnes**
**17928 Hollow Brook**
**Noblesville, IN 46062**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $99.00 |
|---|---|---|---|

**Canfield Plumbing & Heating**
**411 E. Main**
**Lowell, MI 49331**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Cascade Sprinkler Inspection**
**347 E. Main Street**
**Spring Arbor, MI 49283**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,736.25 |
|---|---|---|---|

**Centech**
**4316 RT CC**
**Jefferson City, MO 65109**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $686.25 |
|---|---|---|---|

**Central Restaurant Products**
**PO Box 78070**
**Indianapolis, IN 46278**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,960.37 |
|---|---|---|---|

**Century Floorspace**
**719 Century**
**Grand Rapids, MI 49503**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Goodrich Quality Theaters, Inc.**
_____
Name

Case number (if known) **20-00759-swd**

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Chad Ford Snow Removal &**<br>**Concrete**<br>**1005 Summerhill Drive**<br>**Aurora, IL 60506**<br><br>Date(s) debt was incurred  **2020-**<br><br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$2,000.00**

| | | |
|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Champaign Heating & Air**<br>**PO Box 694**<br>**Champaign, IL 61824**<br><br>Date(s) debt was incurred  **2020-**<br><br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$3,465.45**

| | | |
|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Christie Digital Systems**<br>**PO Box 513386**<br>**Los Angeles, CA 90051**<br><br>Date(s) debt was incurred  **2020-**<br><br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$186,114.77**

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Cinema Edge LLC**<br>**638 Ferguson Road**<br>**Suite 3**<br>**Bozeman, MT 59718**<br><br>Date(s) debt was incurred  **2020-**<br><br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$150.00**

| | | |
|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Cinema Scene**<br>**9200 Indian Creek Pkwy**<br>**Suite 200**<br>**Overland Park, KS 66210**<br><br>Date(s) debt was incurred  **2020-**<br><br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$13,563.80**

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Cintas First Aid and Safety**<br>**PO Box 631025**<br>**Cincinnati, OH 45263**<br><br>Date(s) debt was incurred  **2020-**<br><br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$126.14**

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Cipher Ltd**<br>**1556 Crescent Lake Drive**<br>**Montgomery, IL 60538**<br><br>Date(s) debt was incurred  **2020-**<br><br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$3,773.00**

| Debtor | **Goodrich Quality Theaters, Inc.** | | Case number (if known) | **20-00759-swd** |
|---|---|---|---|---|

Name

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $222.75 |
|---|---|---|---|

**Citadel Lock and Security Co.**
**105 Theodore Dr**
**Oswego, IL 60543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

**Basis for the claim:**  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $628.60 |
|---|---|---|---|

**City Glass Shop, Inc.**
**401 Bell Ave**
**Cadillac, MI 49601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

**Basis for the claim:**  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,863.67 |
|---|---|---|---|

**City of Batavia- Utilities**
**100 N. Island Drive**
**Batavia, IL 60510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

**Basis for the claim:**  **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $681.00 |
|---|---|---|---|

**City of Batavia- Utilities**
**100 N. Island Drive**
**Batavia, IL 60510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

**Basis for the claim:**  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $675.30 |
|---|---|---|---|

**City of Cadillac**
**Utilities Department**
**200 Lake Street**
**Cadillac, MI 49601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

**Basis for the claim:**  **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,621.97 |
|---|---|---|---|

**City of Columbia**
**PO Box 1676**
**Columbia, MO 65205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

**Basis for the claim:**  **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $424.04 |
|---|---|---|---|

**City of Columbia- Roll Off**
**Finance Department**
**PO Box 6912**
**Columbia, MO 65205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

**Basis for the claim:**  **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Goodrich Quality Theaters, Inc.** | | Case number (if known) | **20-00759-swd** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.63 |
|---|---|---|---|

**City of Grand Rapids Water**
**300 Monroe Ave. NW**
**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

Basis for the claim:  __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.64 |
|---|---|---|---|

**City of Hastings- Water**
**201 W. State Street**
**Hastings, MI 49058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

Basis for the claim:  __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,842.99 |
|---|---|---|---|

**City of Jackson**
**Utility Billing**
**161 W. Michigan Ave**
**Jackson, MI 49201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

Basis for the claim:  __Utilties__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $436.69 |
|---|---|---|---|

**City of Jefferson**
**PO Box 1278**
**Jefferson City, MO 65102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

Basis for the claim:  __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.57 |
|---|---|---|---|

**City of Kalamazoo**
**Water/Sewer Dept.**
**241 W. South Street**
**Kalamazoo, MI 49007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

Basis for the claim:  __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,949.39 |
|---|---|---|---|

**City of Lafayette**
**Utility Office**
**PO Box 1688**
**Lafayette, IN 47902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

Basis for the claim:  __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324.62 |
|---|---|---|---|

**City of Lafayette- Stormwater**
**Utility Office**
**PO Box 1688**
**Lafayette, IN 47902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

Basis for the claim:  __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Goodrich Quality Theaters, Inc.**                    Case number (if known)   **20-00759-swd**

Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $466.39 |
|---|---|---|---|

**City of Lowell**
**301 East Main Street**
**Lowell, MI 49331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim:   **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $583.77 |
|---|---|---|---|

**City of Noblesville Utilities**
**PO Box 78864**
**Detroit, MI 48278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim:   **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.18 |
|---|---|---|---|

**City of Port Huron**
**Water Office**
**100 McMorran Blvd**
**Port Huron, MI 48060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim:   **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.22 |
|---|---|---|---|

**City Utilities**
**300 Cherry Street**
**Huntington, IN 46750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim:   **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,099.05 |
|---|---|---|---|

**Cofessco Fire Protection**
**411 Ottawa Street**
**Muskegon, MI 49442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim:   **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,930.00 |
|---|---|---|---|

**Colarossi Lawn Care LLC**
**160 N. Staebler Road**
**Suite D**
**Ann Arbor, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim:   **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Collier E Nichols**
**2112 Red Oak Drive**
**Suite A**
**Jefferson City, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim:   **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|

Name

**3.75** Nonpriority creditor's name and mailing address
**Comcast Business Services**
**41112 Concept Drive**
**Plymouth, MI 48170**

Date(s) debt was incurred **2020-**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$285.38**

**3.76** Nonpriority creditor's name and mailing address
**Comcast Business Services**
**41112 Concept Drive**
**Plymouth, MI 48170**

Date(s) debt was incurred **2020-**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,049.38**

**3.77** Nonpriority creditor's name and mailing address
**COMED**
**PO Box 6111**
**Carol Stream, IL 60197**

Date(s) debt was incurred **2020-**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$4,748.31**

**3.78** Nonpriority creditor's name and mailing address
**Commercial Property**
**Maintenance**
**PO Box 306**
**Three Rivers, MI 49093**

Date(s) debt was incurred **2020-**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$590.00**

**3.79** Nonpriority creditor's name and mailing address
**Complete Solutions &**
**Sourcing Inc.**
**PO Box 461**
**Montrose, NY 10548**

Date(s) debt was incurred **2020-**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,252.83**

**3.80** Nonpriority creditor's name and mailing address
**Comprehensive Film Booking Inc**
**9800 Medlock Bridge Road**
**Duluth, GA 30097**

Date(s) debt was incurred **2020-**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$4,419.31**

**3.81** Nonpriority creditor's name and mailing address
**Comprenew Corporation**
**629 Ionia Ave SW**
**Grand Rapids, MI 49503**

Date(s) debt was incurred **2020-**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$292.90**

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,314.54 |
|---|---|---|---|

**Constellation Energy Services**
PO Box 5473
Carol Stream, IL 60197

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,651.02 |
|---|---|---|---|

**Consumers Energy**
PO Box 74309
Cincinnati, OH 45274-0309

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Control Solutions**
8535 Byron  Commerce Drive SW
Byron Center, MI 49315

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.00 |
|---|---|---|---|

**Craig Wagoner Electric Inc.**
100 Farabee Drive
Unit C
Lafayette, IN 47905

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $992.43 |
|---|---|---|---|

**Cretors**
176 Mittel Drive
Wood Dale, IL 60191

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.49 |
|---|---|---|---|

**Critical Systems Services LLC**
2360 Oak Industrial Drive NE
Grand Rapids, MI 49505

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $557.62 |
|---|---|---|---|

**Culligan Water of Valparaiso**
4600 Airport Drive
Valparaiso, IN 46383

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|

Name

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$210.12** |
|---|---|---|---|

**Cummins- Allison Co.**
**PO Box 339**
**Mount Prospect, IL 60056**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,507.66** |
|---|---|---|---|

**D-Box USA**
**1209 Orange Street**
**Wilmington, DE 19801**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,364.20** |
|---|---|---|---|

**Deluxe Digital Media Inc.**
**PO Box 746996**
**Los Angeles, CA 90074**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$365.06** |
|---|---|---|---|

**Dependable Refrigeration**
**& A/C, Inc.**
**2302 Wadhams Road**
**Smiths Creek, MI 48074**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$560.00** |
|---|---|---|---|

**Dependable Sewer Cleaners**
**PO Box 1400**
**Saginaw, MI 48604**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Dew Sprinkler Service Inc.**
**3628 Becket Lane**
**Naperville, IL 60564**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,193.06** |
|---|---|---|---|

**Digital Cinema Distribution**
**Coaliation**
**1840 Century Park East**
**Suite 550**
**Los Angeles, CA 90067**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,463.30** |
|---|---|---|---|

**Direct Paper Supply**
**1721 Maplelane Ave**
**Hazel Park, MI 48030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

Basis for the claim: __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$196.44** |
|---|---|---|---|

**Direct TV**
**PO Box 5006**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

Basis for the claim: __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,320.00** |
|---|---|---|---|

**Discount Plush**
**8270 S. Kyrene**
**Suite 104**
**Tempe, AZ 85284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

Basis for the claim: __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,105.00** |
|---|---|---|---|

**DJ Lawn & Landscaping LLC**
**14901 Bower Road**
**Bellevue, MI 49021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

Basis for the claim: __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,639.14** |
|---|---|---|---|

**Dolby Laboratories Inc.**
**16841 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

Basis for the claim: __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,288.72** |
|---|---|---|---|

**DTE Energy**
**PO Box 740786**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

Basis for the claim: __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$613.94** |
|---|---|---|---|

**DTR Sign Co.**
**6315 Thornapple Valley Drive**
**Hastings, MI 49058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020-__

Basis for the claim: __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Goodrich Quality Theaters, Inc.** | | Case number *(if known)* | **20-00759-swd** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,690.57 |
|---|---|---|---|

**Duke Energy**
PO Box 1326
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $847.38 |
|---|---|---|---|

**Dunbar Security Products Inc.**
8525 Kelson Drive
Suite L
Essex, MD 21221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**Dylan Yeager**
9895 Adventure  Pass
Noblesville, IN 46060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,840.00 |
|---|---|---|---|

**Edmondson Security Solutions**
1729 Plateau Drive
Jackson, MI 49203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $169.00 |
|---|---|---|---|

**Edwards Electrical & Mechanica**
PO Box 14500
Cincinnati, OH 45250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $920.00 |
|---|---|---|---|

**Elder's Carpet & Design**
3615 Oriole Street SW
Wyoming, MI 49509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $252.00 |
|---|---|---|---|

**Engineered Protection Systems**
750 Front Ave NW
Suite 300
Grand Rapids, MI 49504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Goodrich Quality Theaters, Inc.**

Name

Case number (if known) **20-00759-swd**

| | | |
|---|---|---|
| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |

**$210.00**

3.110

Nonpriority creditor's name and mailing address
**Eric Cunningham**
**12602 Amber Star Dr**
**Noblesville, IN 46060**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.111

Nonpriority creditor's name and mailing address
**Extereme Outdoor Solutions**
**7605 W. CR 800 N**
**Rossville, IN 46065**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$521.24**

---

3.112

Nonpriority creditor's name and mailing address
**Exterior View Inc.**
**5798 E. 50 S.**
**Lafayette, IN 47905**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,180.00**

---

3.113

Nonpriority creditor's name and mailing address
**F.E. Moran Inc.**
**201 W. University Ave**
**Champaign, IL 61820**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$217.50**

---

3.114

Nonpriority creditor's name and mailing address
**Faith Mechanical Inc.**
**30 W 260 Butterfield Road**
**Suite 220**
**Warrenville, IL 60555**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,077.49**

---

3.115

Nonpriority creditor's name and mailing address
**Flex Administrators Inc.**
**77 Monroe Center NW**
**Suite 1100**
**Grand Rapids, MI 49503**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,838.20**

---

3.116

Nonpriority creditor's name and mailing address
**Flex Administrators Inc.**
**77 Monroe Center NW**
**Suite 1100**
**Grand Rapids, MI 49503**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,048.63**

Debtor   **Goodrich Quality Theaters, Inc.**

Name

Case number (if known)   **20-00759-swd**

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,767.00 |
|---|---|---|---|

**Forbes Plumbing Inc.**
**6251 Oglethorpe Ave**
**Portage, IN 46368**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,691.03 |
|---|---|---|---|

**Forum Shopping Center LP**
**1400 Forum Blvd**
**Suite 10.5**
**Columbia, MO 65203**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Past due rents**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,518.88 |
|---|---|---|---|

**Fox Metro**
**PO Box 160**
**Aurora, IL 60507**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Fox Valley Fire & Safety**
**2730 Pinnacle Drive**
**Elgin, IL 60124**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**Friends of the Smithsonian**
**PO Box 37012**
**Washington, DC 20013**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**FW/AC Convention & Vistors**
**927 South Harrison**
**Suite 101**
**Fort Wayne, IN 46802**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,631.50 |
|---|---|---|---|

**GABO Filter Inc.**
**869 E. Foothill Blvd**
**Suite G**
**Upland, CA 91786**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Goodrich Quality Theaters, Inc.**
Name

Case number (if known) **20-00759-swd**

| | |
|---|---|
| 3.124 **Nonpriority creditor's name and mailing address**<br>**Getz Fire Equipment Company**<br>**1615 S.W. Adams Street**<br>**Peoria, IL 61651**<br><br>Date(s) debt was incurred **2020-**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.  **$2,363.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.125 **Nonpriority creditor's name and mailing address**<br>**GKIDS, Inc.**<br>**225 Broadway**<br>**Suite 2610**<br>**New York, NY 10007**<br><br>Date(s) debt was incurred **2020-**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.  **$2,042.40**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.126 **Nonpriority creditor's name and mailing address**<br>**Glesco Electric Inc.**<br>**225 Broadway, Suite 2610**<br>**New York, NY 10007**<br><br>Date(s) debt was incurred **2020-**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.  **$190.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.127 **Nonpriority creditor's name and mailing address**<br>**Gold Metal Products Co.**<br>**10700 Medallion Drive**<br>**Cincinnati, OH 45241**<br><br>Date(s) debt was incurred **2020-**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.  **$823.69**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.128 **Nonpriority creditor's name and mailing address**<br>**Gold Metal Products Co.**<br>**10700 Medallion Drive**<br>**Cincinnati, OH 45241**<br><br>Date(s) debt was incurred **2020-**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.  **$6,772.63**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.129 **Nonpriority creditor's name and mailing address**<br>**Government Accountability**<br>**Project**<br>**PO Box 96190**<br>**Washington, DC 20077**<br><br>Date(s) debt was incurred **2020-**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.  **$100.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.130 **Nonpriority creditor's name and mailing address**<br>**GR Historial Society**<br>**c/o GR Public Library**<br>**111 Library Street NE**<br>**Grand Rapids, MI 49503**<br><br>Date(s) debt was incurred **2020-**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.  **$30.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

---

**3.131**

**Nonpriority creditor's name and mailing address**

**Grainger Inc.**
**Dept 853019305**
**Palatine, IL 60038**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$94.32**

---

**3.132**

**Nonpriority creditor's name and mailing address**

**Grand Electric, Inc.**
**2542 Marble Court**
**Zeeland, MI 49464**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,908.00**

---

**3.133**

**Nonpriority creditor's name and mailing address**

**Grand Haven Charter Township**
**13300 168th Ave**
**Grand Haven, MI 49417**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$307.85**

---

**3.134**

**Nonpriority creditor's name and mailing address**

**Granite Telecommunications**
**1170 Plainfield Ave NE**
**Grand Rapids, MI 49503**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$303.02**

---

**3.135**

**Nonpriority creditor's name and mailing address**

**GRapids Irrigation**
**1170 Plainfield Ave NE**
**Grand Rapids, MI 49503**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$207.90**

---

**3.136**

**Nonpriority creditor's name and mailing address**

**Greater Lafayette**
**Chamber of Commerce**
**337 Columbia Street**
**Lafayette, IN 47901**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.137**

**Nonpriority creditor's name and mailing address**

**Greenleaf Trust**
**211 South Rose Street**
**Kalamazoo, MI 49007**

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$12,484.63**

---

Debtor **Goodrich Quality Theaters, Inc.**
_____
Name

Case number (if known)   **20-00759-swd**

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $140.00 |
|---|---|---|---|

**Gregory Michael Hargrove**
**913 Arrowwood Dr**
**Carmel, IN 46033**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $416.25 |
|---|---|---|---|

**Guardian Alarm**
**75 Remittance**
**Department 1376**
**Chicago, IL 60675**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $190.00 |
|---|---|---|---|

**Gulliford Septic Service**
**1009 Boyden**
**Urbana, IL 61802**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $300.00 |
|---|---|---|---|

**Gurney Bush**
**1456 Oliver Ave**
**Indianapolis, IN 46221**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $901.60 |
|---|---|---|---|

**Hamilton Inn- Lafayette**
**3941 South Street**
**Lafayette, IN 47905**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $897.68 |
|---|---|---|---|

**Hampton Inn & Suites**
**Brownsburg**
**41 Maplehurst Dr**
**Brownsburg, IN 46112**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $98.46 |
|---|---|---|---|

**Hampton Inn Indianapolis NE**
**6817 East 82nd Street**
**Indianapolis, IN 46250**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Goodrich Quality Theaters, Inc.**

Case number (if known) **20-00759-swd**

Name

| | | |
|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$395.21** |

**Harness & Associates LLC**
**PO Box 2302**
**Jefferson City, MO 65101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Heartland Film Festival**
**1043 Virginia Ave**
**Indianapolis, IN 46203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$426.69** |
|---|---|---|---|

**Heartland REMC**
**PO Box 605**
**Markle, IN 46770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,975.40** |
|---|---|---|---|

**Hersker Enterprises**
**Attention John Hersker**
**69 Public Square**
**Suite 806**
**Wilkes Barre, PA 18701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,269.34** |
|---|---|---|---|

**Hoffman Lawn Care**
**3520 36th Street SE**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$426.69** |
|---|---|---|---|

**Holland Board of Public Works**
**625 Hastings Ave.**
**Holland, MI 49423-5475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.59** |
|---|---|---|---|

**Home Depot Commercial Credit**
**PO Box 78047**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Charge Account**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,787.50** |
|---|---|---|---|

**Homeworks of Batavia**
**1431 Surrey Road**
**Batavia, IL 60510**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,394.78** |
|---|---|---|---|

**Hoosier Refreshment**
**1031 N. 3rd**
**PO Box 449**
**Marenisco, MI 49947**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,706.25** |
|---|---|---|---|

**Hopper Septic & Excavating**
**6753 West 300 South**
**Jamestown, IN 46147**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,577.01** |
|---|---|---|---|

**Huston Electric**
**PO Box 904**
**Kokomo, IN 46903**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,991.76** |
|---|---|---|---|

**Hyland Group**
**PO Box 1687**
**Toledo, OH 43603**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$636.20** |
|---|---|---|---|

**IBM Corporation**
**PO Box 643600**
**Pittsburgh, PA 15264**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,330.16** |
|---|---|---|---|

**ICE-Masters**
**421 S. Kentucky**
**Sedalia, MO 65301**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Goodrich Quality Theaters, Inc.** | | Case number (if known) | **20-00759-swd** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,117.02 |
|---|---|---|---|

**Illinois American Water Co.**
**PO Box 3027**
**Milwaukee, WI 53201**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,289.84 |
|---|---|---|---|

**IMAX Corporation**
**2525 Speakman Drive**
**Mississaugua Ontario L5K 181**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,424.65 |
|---|---|---|---|

**Indiana American Water**
**PO Box 6029**
**Carol Stream, IL 60197**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,910.85 |
|---|---|---|---|

**Indiana Michigan Power Co.**
**PO Box 24407**
**Canton, OH 44701**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,743.73 |
|---|---|---|---|

**Indusco Supply Company**
**1445 S. Washington Ave**
**Lansing, MI 48910**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,782.75 |
|---|---|---|---|

**Ingersoll Mechanical Inc.**
**47918 West Road**
**Wixom, MI 48393**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,905.00 |
|---|---|---|---|

**Inline Painting**
**1413 E. Naomi Street**
**Indianapolis, IN 46203**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Goodrich Quality Theaters, Inc.**                         Case number (if known)    **20-00759-swd**

Name

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Institute for Policy Studies**
**1112 16th Street NW**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,414.94 |
|---|---|---|---|

**Integrity Business Solutions**
**4740 Talon Court SE**
**Suite 8**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.60 |
|---|---|---|---|

**Intellishield**
**1192 E. Draper Pkwy #232**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**J&S Electric and Sign Inc.**
**101 E. Illinois Ave**
**Aurora, IL 60505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,171.90 |
|---|---|---|---|

**Jack Roe USA, Inc.**
**206 South 11th Street**
**Nashville, TN 37206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,297.74 |
|---|---|---|---|

**Jackson Crossing Realty LLC**
**c/o Namdar Realty Group LLC**
**150 Great Neck Road**
**Suite 304**
**Great Neck, NY 11021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531.46 |
|---|---|---|---|

**Jeremy Curtis**
**4417 Broadmoor Ave SE**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,362.26 |
|---|---|---|---|

**Joe's Inc.**
726 W. US Hwy 30
Valparaiso, IN 46383

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Last 4 digits of account number **__**

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $422.93 |
|---|---|---|---|

**Johnson Controls Security Solutions**
PO Box 371967
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Last 4 digits of account number **__**

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $617.50 |
|---|---|---|---|

**Johnson Mechanical Services**
1820 Riverway Drive
Pekin, IL 61554

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Last 4 digits of account number **__**

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,479.56 |
|---|---|---|---|

**Kendall County Illinois Sheriff's Office**
Attention Dwight Baird
1102 Cornell Lane
Yorkville, IL 60560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Last 4 digits of account number **__**

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,980.00 |
|---|---|---|---|

**Kingdom Lawn Maintenance**
5300 North Road
North Street, MI 48049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Last 4 digits of account number **__**

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,462.26 |
|---|---|---|---|

**Kochville Township Water/Sewer**
5851 Mackinaw Road
Saginaw, MI 48604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Last 4 digits of account number **__**

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |
|---|---|---|---|

**Kochville Township Treasurer**
5851 Mackinaw Road
Saginaw, MI 48604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Last 4 digits of account number **__**

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Goodrich Quality Theaters, Inc.**
Name

Case number (if known) **20-00759-swd**

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Koonse Glass**
4153 Paris Road
Columbia, MO 65202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,109.77 |
|---|---|---|---|

**Koorsen Protection Services**
2719 N. Arlington Ave
Indianapolis, IN 46218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,450.20 |
|---|---|---|---|

**Kreiling Roofing Co.**
2335 W. Altorfer Drive
Peoria, IL 61615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**Lafayette Hood & Duct Cleaning**
6621 S. 200 E.
Lafayette, IN 47909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363.53 |
|---|---|---|---|

**Lake Orion Plumbing**
40 Engelwood Drive
Suite 1
Lake Orion, MI 48359

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.49 |
|---|---|---|---|

**Laser's Resource**
4775 - 40th Street SE
Grand Rapids, MI 49512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,435.25 |
|---|---|---|---|

**Lawn & Shrub, Inc.**
PO Box 155
Buck Creek, IN 47924

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Goodrich Quality Theaters, Inc.**                          Case number (if known)    **20-00759-swd**
_____
Name

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,487.86 |
|---|---|---|---|

**Lebanon Utilities**
**401 S. Meridian Street**
**Lebanon, IN 46052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Utilities**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,628.90 |
|---|---|---|---|

**Lennox Industries, Inc.**
**PO Box 910549**
**Dallas, TX 75391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $521.64 |
|---|---|---|---|

**Leonard's Syrups**
**PO Box 77000**
**Department 771409**
**Detroit, MI 48277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Les Martin**
**2401 Yorktown Drive**
**Jefferson City, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.00 |
|---|---|---|---|

**Lighthouse Cabinets**
**2074 Rogue River Road NE**
**Belmont, MI 49306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,482.74 |
|---|---|---|---|

**Lionsgate**
**2700 Colorado**
**Suite 200**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services- Critical Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $307.85 |
|---|---|---|---|

**Lowell Light and Power**
**127 North Broadway**
**PO Box 229**
**Lowell, MI 49331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Utilities**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Goodrich Quality Theaters, Inc.** | | Case number (if known) | **20-00759-swd** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,728.00 |
|---|---|---|---|
| | **LTI** | ☐ Contingent | |
| | **PO Box 31001-2422** | ☐ Unliquidated | |
| | **Pasadena, CA 91110** | ☐ Disputed | |
| | Date(s) debt was incurred **2020-** | Basis for the claim: **Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $418.93 |
|---|---|---|---|
| | **M&H Gas** | ☐ Contingent | |
| | **4230 Washington Ave** | ☐ Unliquidated | |
| | **Independence, MO 64055** | ☐ Disputed | |
| | Date(s) debt was incurred **2020-** | Basis for the claim: **Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,593.00 |
|---|---|---|---|
| | **Macatawa Landscaping &** | ☐ Contingent | |
| | **Lawn Care** | ☐ Unliquidated | |
| | **PO Box 228** | ☐ Disputed | |
| | **Zeeland, MI 49464** | | |
| | Date(s) debt was incurred **2020-** | Basis for the claim: **Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,593.00 |
|---|---|---|---|
| | **Macatawa Landscaping &** | ☐ Contingent | |
| | **Lawn Care** | ☐ Unliquidated | |
| | **PO Box 228** | ☐ Disputed | |
| | **Zeeland, MI 49464** | | |
| | Date(s) debt was incurred **2020-** | Basis for the claim: **Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,332.39 |
|---|---|---|---|
| | **Maclellan HVAC & Mechanical** | ☐ Contingent | |
| | **3120 Wall Street** | ☐ Unliquidated | |
| | **Suite 1400** | ☐ Disputed | |
| | **Lexington, KY 40513** | | |
| | Date(s) debt was incurred **2020-** | Basis for the claim: **Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,239.13 |
|---|---|---|---|
| | **Martha's Vineyard Ltd** | ☐ Contingent | |
| | **200 Union NE** | ☐ Unliquidated | |
| | **Grand Rapids, MI 49503** | ☐ Disputed | |
| | Date(s) debt was incurred **2020-** | Basis for the claim: **Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|---|---|---|---|
| | **Mary Kay Goodrich** | ☐ Contingent | |
| | **31 Island Way** | ☐ Unliquidated | |
| | **Apartment #606** | ☐ Disputed | |
| | **Clearwater, FL 33769** | | |
| | Date(s) debt was incurred **2020-** | Basis for the claim: **Loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number *(if known)* | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,195.70**

**Maveric Mechanical & Plumbing**
**8992 W. Jennings Road**
**Lake City, MI 49651**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$385.00**

**Michael Steffen**
**15494 Slateford Road**
**Noblesville, IN 46062**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$677.00**

**Michigan Department of State**
**7064 Crowner Drive**
**Lansing, MI 48980**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,498.93**

**Michigan Electro Freeze**
**32- 43rd Street SW**
**Grand Rapids, MI 49548**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,487.88**

**Michigan Gas Utilities**
**PO Box 3140**
**Milwaukee, WI 53201**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00**

**Michigan Theater**
**603 East Liberty Street**
**Ann Arbor, MI 48104**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,972.70**

**Microsoft Corporation**
**PO Box 5540**
**Pleasanton, CA 94566**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $379.02 |
|---|---|---|---|

**Miracle Water- Ecowater**
**802 Franklin Street**
**Valparaiso, IN 46383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,262.50 |
|---|---|---|---|

**Movio Limited**
**6300 Wilshire Blvd**
**Suite 940**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,617.85 |
|---|---|---|---|

**Mulhaupt's Inc.**
**209-213 North Fifth Street**
**Lafayette, IN 47901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,473.17 |
|---|---|---|---|

**NCM Fathom Entertainment**
**6465 S. Greenwood Plaza Blvd**
**Suite 550**
**Englewood, CO 80111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,968.82 |
|---|---|---|---|

**Neon Rated LLC**
**PO Box 2748**
**San Antonio, TX 78299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,319.50 |
|---|---|---|---|

**New Star LLC**
**507 W. Ridge Street**
**Yorkville, IL 60560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,105.67 |
|---|---|---|---|

**Nicor Gas**
**PO Box 5407**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Utilities**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Goodrich Quality Theaters, Inc.**
Name

Case number (if known) **20-00759-swd**

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,413.56 |
|---|---|---|---|

**Nipsco**
PO Box 13007
Merrillville, IN 46411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $474.26 |
|---|---|---|---|

**Odyssey Products Inc.**
5150 Peachtree Industrial Blvd
Norcross, GA 30071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $799.00 |
|---|---|---|---|

**Old World Plumbing**
555 S. Kirk Road
Saint Charles, IL 60174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|

**Onsite Wellness**
PO Box 6634
Grand Rapids, MI 49516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,464.94 |
|---|---|---|---|

**Orkin Pest Control**
PO Box 638898
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,191.43 |
|---|---|---|---|

**Otis Elevator Company**
PO Box 73579
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,258.75 |
|---|---|---|---|

**Paradigm Design**
550 - 3 Mile Road NW
Suite B
Grand Rapids, MI 49544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $304,436.12 |
|---|---|---|---|

**Paramount Pictures Corporation**
**5555 Melrose Avenue**
**Marathon Bldg, 2nd Floor**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services- Critical Vendor**

Last 4 digits of account number **__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,216.95 |
|---|---|---|---|

**Pepsi Cola Champaign-Urbana**
**1306 W. Anthony Drive**
**Champaign, IL 61821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number **__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $127,580.23 |
|---|---|---|---|

**PepsiCo Sales Inc.**
**PO Box 75948**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number **__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,867.90 |
|---|---|---|---|

**Pete's Lawn Care**
**101 Washington Ave**
**PO Box 130**
**Grand Haven, MI 49417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number **__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,200.00 |
|---|---|---|---|

**Plante Moran**
**16060 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number **__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.16 |
|---|---|---|---|

**Pocket Points Inc.**
**1811 Concord Ave**
**Suite 220**
**Chico, CA 95928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number **__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $425.00 |
|---|---|---|---|

**Pop-A-Lock of Ann Arbor**
**5060 Jackson Road**
**Suite K**
**Ann Arbor, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number **__**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Goodrich Quality Theaters, Inc.**    Case number (if known)    **20-00759-swd**
_____
Name

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$85.00** |
|---|---|---|---|
| | **PPC Commercial/Industrial**<br>**Pest Management**<br>**2224 Fairweather Drive**<br>**Indianapolis, IN 46229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020-** | **Basis for the claim:  Services** | |
| | Last 4 digits of account number **__** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$97.26** |
|---|---|---|---|
| | **Praxair**<br>**Dept Ch 10660**<br>**Palatine, IL 60055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020-** | **Basis for the claim:  Services** | |
| | Last 4 digits of account number **__** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$24,781.89** |
|---|---|---|---|
| | **Proctor Companies**<br>**10497 Centennial Road**<br>**Littleton, CO 80127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020-** | **Basis for the claim:  Services** | |
| | Last 4 digits of account number **__** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$234.12** |
|---|---|---|---|
| | **PWSD #1 of Cole County**<br>**PO Box 664**<br>**Jefferson City, MO 65102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020-** | **Basis for the claim:  Services** | |
| | Last 4 digits of account number **__** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$29,886.66** |
|---|---|---|---|
| | **Quality Air**<br>**3395 Kraft Avenue SE**<br>**Grand Rapids, MI 49512** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020-** | **Basis for the claim:  Services** | |
| | Last 4 digits of account number **__** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$554.03** |
|---|---|---|---|
| | **Reading & Son Plumbing**<br>**7712 North Crestling**<br>**Peoria, IL 61615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020-** | **Basis for the claim:  Services** | |
| | Last 4 digits of account number **__** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$101.26** |
|---|---|---|---|
| | **Reed Simon**<br>**3945 Barrington Drive**<br>**Saginaw, MI 48603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020-** | **Basis for the claim:  Services** | |
| | Last 4 digits of account number **__** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $382.80 |
|---|---|---|---|

**Remer Plumbing & Heating Inc.**
**5565 State Street**
**Saginaw, MI 48603**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,130.00 |
|---|---|---|---|

**Richard Holmes Construction**
**5801 North Kircher Road**
**Columbia, MO 65202**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $283.99 |
|---|---|---|---|

**RICOH**
**PO Box 650016**
**Dallas, TX 75265**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,955.14 |
|---|---|---|---|

**Roadside Attractions**
**PO Box 511630**
**Los Angeles, CA 90051**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|---|---|---|---|

**Robert E. Goodrich**
**4417 Broadmoor Ave SE**
**Grand Rapids, MI 49512**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,385.32 |
|---|---|---|---|

**Roe-Comm Inc.**
**1400 Ramona Avenue**
**Portage, MI 49002**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,359.50 |
|---|---|---|---|

**Roenicke Electric Inc.**
**3415 Carrollton Road**
**PO Box 5**
**Carrollton, MI 48724**

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

---

**3.243**

**Nonpriority creditor's name and mailing address**
**Ross Pettinga**
**4417 Broadmoor Ave SE**
**Grand Rapids, MI 49512**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$111.02**

---

**3.244**

**Nonpriority creditor's name and mailing address**
**Roto Rooter**
**PO Box 7065**
**Columbia, MO 65205**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$787.50**

---

**3.245**

**Nonpriority creditor's name and mailing address**
**Safety Systems Inc.**
**PO Box 1079**
**Jackson, MI 49204**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$381.00**

---

**3.246**

**Nonpriority creditor's name and mailing address**
**Schomers Plumbing & Heating**
**1450 Industrial Drive**
**Lafayette, IN 47905**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$361.12**

---

**3.247**

**Nonpriority creditor's name and mailing address**
**Sculpture Hospitality Joliet**
**PO Box 1223**
**Plainfield, IL 60544**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.248**

**Nonpriority creditor's name and mailing address**
**Sedgwick Claims Management**
**Services, Inc.**
**2897 Momentum Place**
**Chicago, IL 60689**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$4,250.00**

---

**3.249**

**Nonpriority creditor's name and mailing address**
**Semco Energy**
**PO Box 740812**
**Cincinnati, OH 45274**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$8,496.39**

---

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

---

**3.250** | Nonpriority creditor's name and mailing address

**Service Master of Lafayette**
**3410 Rascal Drive**
**Lafayette, IN 47909**

Date(s) debt was incurred **2020-**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

$2,760.28

---

**3.251** | Nonpriority creditor's name and mailing address

**SHI Corporation**
**PO Box 952121**
**Dallas, TX 75395**

Date(s) debt was incurred **2020-**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

$46,498.61

---

**3.252** | Nonpriority creditor's name and mailing address

**Shoes for Crews**
**PO Box 504634**
**Saint Louis, MO 63150**

Date(s) debt was incurred **2020-**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

$606.06

---

**3.253** | Nonpriority creditor's name and mailing address

**Siemens Industry Inc.**
**c/o CitiBank**
**PO Box 2134**
**Carol Stream, IL 60132**

Date(s) debt was incurred **2020-**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Charge Account**

Is the claim subject to offset? ■ No ☐ Yes

$957.51

---

**3.254** | Nonpriority creditor's name and mailing address

**Silver Screen**
**3354 N Oak Road**
**Davison, MI 48423**

Date(s) debt was incurred **2019-**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

$1,360.00

---

**3.255** | Nonpriority creditor's name and mailing address

**Sir Speedy GR**
**4513-A Broadmoor SE**
**Grand Rapids, MI 49512**

Date(s) debt was incurred **2020-**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

$2,590.57

---

**3.256** | Nonpriority creditor's name and mailing address

**Sonic Equipment Company**
**900 West Miller Road**
**Iola, KS 66749**

Date(s) debt was incurred **2020-**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

$6,896.25

---

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (*if known*) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$578.19** |
|---|---|---|---|

**Sonitrol of Indianapolis, Inc.**
**Dept 10651**
**Palatine, IL 60055**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$335,015.67** |
|---|---|---|---|

**Sony Releasing**
**10202 West Washington Blvd**
**SPP 4505A**
**Culver City, CA 90232**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services- Critical Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Southern Poverty Law Center**
**400 Washington Ave**
**Montgomery, AL 36103**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$487.88** |
|---|---|---|---|

**Speed Tech Equipment**
**3364 Quincy Street**
**Hudsonville, MI 49426**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,521.05** |
|---|---|---|---|

**Stanley Steamer NW Indiana**
**601 E. 112th Street**
**Crown Point, IN 46307**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,792.42** |
|---|---|---|---|

**Staples**
**c/o Tom Riggleman**
**7 Technology Circle**
**Columbia, SC 29203**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Charge Account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,331.63** |
|---|---|---|---|

**Stinson Leonard Street**
**PO Box 843052**
**Kansas City, MO 64184**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,109.11 |
|---|---|---|---|

**Stokes Electric Company Inc.**
**226 Madison Street**
**Jefferson City, MO 65101**

Date(s) debt was incurred **2020-**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $91,766.92 |
|---|---|---|---|

**Stored Value Services**
**101 Buillitt Lane**
**Suite 305**
**Louisville, KY 40222**

Date(s) debt was incurred **2020-**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $86,184.50 |
|---|---|---|---|

**STX Financing LLC**
**PO Box 740636**
**Los Angeles, CA 90074**

Date(s) debt was incurred **2020-**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services- Critical Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Summit Beverage Service**
**PO Box 3180**
**Melrose Park, IL 60164**

Date(s) debt was incurred **2020-**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,570.14 |
|---|---|---|---|

**Summit Companies**
**575 Minnehaha Ave W**
**Saint Paul, MN 55103**

Date(s) debt was incurred **2020-**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,545.00 |
|---|---|---|---|

**Sunshine Carpet Cleaning**
**4196 E. Houghton Lake Road**
**Lake City, MI 49651**

Date(s) debt was incurred **2020-**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,484.38 |
|---|---|---|---|

**Sutton-Garten Company**
**901 N. Senate Ave**
**Indianapolis, IN 46202**

Date(s) debt was incurred **2020-**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Goodrich Quality Theaters, Inc.**
_____
Name

Case number (if known) **20-00759-swd**

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $921.92 |
|---|---|---|---|

**TDS Metrocom**
**PO Box 94510**
**Palatine, IL 60094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020-**

**Last 4 digits of account number __**

**Basis for the claim:  Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
|---|---|---|---|

**Tech Electronics Inc.**
**PO Box 790379**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020-**

**Last 4 digits of account number __**

**Basis for the claim:  Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.58 |
|---|---|---|---|

**Technicolor Cinema**
**Distribution**
**PO Box 848498**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020-**

**Last 4 digits of account number __**

**Basis for the claim:  Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,188.00 |
|---|---|---|---|

**The Box Office Company**
**PO Box 936193**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020-**

**Last 4 digits of account number __**

**Basis for the claim:  Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.09 |
|---|---|---|---|

**The Conference Group**
**254 Chapman Road**
**Topkis Building**
**Newark, DE 19702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020-**

**Last 4 digits of account number __**

**Basis for the claim:  Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**The Oxford Leader**
**PO Box 108**
**Oxford, MI 48371**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020-**

**Last 4 digits of account number __**

**Basis for the claim:  Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,660.00 |
|---|---|---|---|

**Theatre Owners of Indiana**
**1705 N Street NW**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020-**

**Last 4 digits of account number __**

**Basis for the claim:  Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Goodrich Quality Theaters, Inc.** | | Case number (if known) | **20-00759-swd** |
|---|---|---|---|---|
| | Name | | | |

---

**3.278** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,130.64

**Thermal Services**
2200 W. Altorfer Drive
Peoria, IL 61615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.279** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,992.78

**Thyssen Krupp Elevator Corp**
PO Box 3796
Carol Stream, IL 60132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00

**Timothy W. Hendricks**
22731 Overdord Road
Cicero, IN 46034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $735.77

**Total Fire and Safety**
6808 Hobson Valley Drive
Unit 105
Woodridge, IL 60517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00

**Township of Bangor**
180 State Park Drive
Bay City, MI 48706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00

**Trevor Schmidt**
3610 W 96th Street
Indianapolis, IN 46268

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.72

**Tri-State Security**
68523 Arden Park Ave
Sturgis, MI 49091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Goodrich Quality Theaters, Inc.** | | Case number (if known) | **20-00759-swd** |
|---|---|---|---|---|
| | Name | | | |

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,285.00 |
|---|---|---|---|

**Tri-Valley Construction LLC**
**2363 South Miller Road**
**Saginaw, MI 48609**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Twentieth Century Fox**
**Fox Studio Lot Building 88**
**10201 West Pico Boulevard**
**Los Angeles, CA 90064**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services- Critical Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|

**Two Guys Mechanical**
**Contractors**
**918 N. US Hwy 35**
**PO Box 48**
**Winamac, IN 46996**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $689.28 |
|---|---|---|---|

**Uline**
**PO Box 88741**
**Chicago, IL 60680**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $434.69 |
|---|---|---|---|

**Uniform Advantage**
**101 NE 3rd Ave**
**Suite 2000**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35,239.39 |
|---|---|---|---|

**United Artists**
**29285 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services- Critical Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $509.75 |
|---|---|---|---|

**United Fast Food Service &**
**Beverage**
**2626 Delta Lane**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,612.85 |
|---|---|---|---|

**United States Parcel Service**
PO Box 809488
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $418,364.70 |
|---|---|---|---|

**Universal Film Exchanges LLC**
14180 N. Dallas Parkway
Suite 800
Dallas, TX 75254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services- Critical Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,134.23 |
|---|---|---|---|

**US Signal**
201 Ionia Ave SW
Grand Rapids, MI 49503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Utilities**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,159.07 |
|---|---|---|---|

**USFoods**
PO Box 78000
Dept 78792
Detroit, MI 48278

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,915.05 |
|---|---|---|---|

**Ushio Corporation**
6045 Solution Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,051.00 |
|---|---|---|---|

**Valparasiso Chamber of Comm.**
PO Box 330
Valparaiso, IN 46384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,772.98 |
|---|---|---|---|

**Vectren Energy Delivery**
PO Box 6248
Indianapolis, IN 46206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Utilities**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

---

**3.299** | Nonpriority creditor's name and mailing address
**Village of Oxford**
22 West Burdick
Oxford, MI 48371

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$315.76**

---

**3.300** | Nonpriority creditor's name and mailing address
**Vision Media**
9200 Indian Creek Pkwy
Overland Park, KS 66210

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,066.89**

---

**3.301** | Nonpriority creditor's name and mailing address
**Vista Entertainment Solutions**
335 N. Maple DRive
Suite 150
Beverly Hills, CA 90210

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$504.00**

---

**3.302** | Nonpriority creditor's name and mailing address
**Vistar Corporation**
6703 Haggerty Road
Belleville, MI 48111

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$217,748.29**

---

**3.303** | Nonpriority creditor's name and mailing address
**Vivian Company Inc.**
1529 Ocello Drive
Fenton, MO 63026

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,844.72**

---

**3.304** | Nonpriority creditor's name and mailing address
**Voss Lighting**
PO Box 22159
Lincoln, NE 68542

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$481.50**

---

**3.305** | Nonpriority creditor's name and mailing address
**Walt Disney Studios**
350 S. Buena Vista Street
Burbank, CA 91521

Date(s) debt was incurred **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services- Critical Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$148,348.75**

---

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$208,608.19** |
|---|---|---|---|

**Warner Bros. Distributing Co.**
PO Box 936193
Atlanta, GA 31193

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services- Critical Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,854.47** |
|---|---|---|---|

**Waste Management National Serv**
PO Box 13648
Philadelphia, PA 19101

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$345.80** |
|---|---|---|---|

**Waste Management of MI Corp**
PO Box 4648
Carol Stream, IL 60197

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$208.42** |
|---|---|---|---|

**Wastewater Treatment**
1200 N. Salisbury Street
West Lafayette, IN 47906

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,237.50** |
|---|---|---|---|

**Weather Shield Roofing Systems**
1197 Hoyt Street SE
Grand Rapids, MI 49507

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,382.90** |
|---|---|---|---|

**Windcave**
8939 S. Sepulveda Blvd
Los Angeles, CA 90045

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,040.64** |
|---|---|---|---|

**Wolgast Corporation**
4835 Towne Centere Road
Suite 203
Saginaw, MI 48604

Date(s) debt was incurred __2020-__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Goodrich Quality Theaters, Inc.**
_____
Name

Case number (if known)    **20-00759-swd**

| | |
|---|---|
| 3.313 | **Nonpriority creditor's name and mailing address** | **$760.00** |

**Nonpriority creditor's name and mailing address**

**WTOU-AM
Midwest Communications
4200 West Main Street
Kalamazoo, MI 49006**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

$760.00

---

**3.314**

**Nonpriority creditor's name and mailing address**

**Wyatt Communications Inc
PO Box 537
Lafayette, IN 47902**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

$454.03

---

**3.315**

**Nonpriority creditor's name and mailing address**

**YES Energy Management
PO Box 6261
Hicksville, NY 11802**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

$505.00

---

**3.316**

**Nonpriority creditor's name and mailing address**

**Zach Bush
6613 Crossbridge Drive
Noblesville, IN 46062**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

$210.00

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Clayton Thompson Esq.**<br>**3210 Bluff Creek DR**<br>**Columbia, MO 65201** | Line  **3.118**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **James S. Carr Esq.**<br>**Kayci G. Hines Esq.**<br>**Kelley Drye & Warren LLP**<br>**101 Park Avenue**<br>**New York, NY 10178** | Line  **3.160**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Mark Pendery Esq.**<br>**Honigman LLP**<br>**300 Ottawa Ave NW**<br>**Suite 400**<br>**Grand Rapids, MI 49503** | Line  **3.222**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number (if known) | **20-00759-swd** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | **Marsha A. Houston Esq.** <br> **Christopher O. Rivas Esq.** <br> **Reed Smith, LLP** <br> **355 South Grand Ave, #2900** <br> **Los Angeles, CA 90071** | Line __3.293__ <br><br> ☐ Not listed. Explain ____ | __ |
| 4.5 | **PepsiCo Sales, Inc.** <br> **700 Anderson Hill Road** <br> **Purchase, NY 10577** | Line __3.224__ <br><br> ☐ Not listed. Explain ____ | __ |
| 4.6 | **Sony Corporation** <br> **25 Madison Avenue** <br> **New York, NY 10010** | Line __3.258__ <br><br> ☐ Not listed. Explain ____ | __ |
| 4.7 | **Stephan E. Hornung Esq.** <br> **Luskin, Sten & Eisler LLP** <br> **Eleven Times Square** <br> **New York, NY 10036** | Line __3.222__ <br><br> ☐ Not listed. Explain ____ | __ |
| 4.8 | **Wells Fargo Vendor Financial** <br> **Services c/o A Ricoh USA** <br> **Attn: Christine R. Etheridge** <br> **1738 Bass Road** <br> **Macon, GA 31210** | Line __3.238__ <br><br> ☐ Not listed. Explain ____ | __ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,327,360.40 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 3,327,360.40 |

---

**Fill in this information to identify the case:**

Debtor name  **Goodrich Quality Theaters, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   **20-00759-swd**

☐ Check if this is an amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Property Lease:**<br>**232 W. Burwash Ave**<br>**Savoy, IL  61874**<br>**(Savoy 16 IMAX)**<br>**Expires 9/30/2027**<br><br>**30 W Pershing LLC**<br>**c/o EPR Properties**<br>**909 Walnut Street**<br>**Suite 200**<br>**Kansas City, MO 64106** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Property Lease:**<br>**4101 Wilder Road, Suite R703**<br>**Bay City, MI  48706**<br>**(Bay City 10 GDX)**<br><br>**Bay City Mall LLC**<br>**Dept 999341**<br>**PO Box 33721**<br>**Detroit, MI 48232** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Property Land Lease:**<br>**3550 Country Club Drive**<br>**Jefferson City, MO 65109**<br>**(Capital 8)**<br>**Expires 1/31/2025**<br><br>**Capital Mall JC LLC**<br>**PO Box 1663**<br>**Jefferson City, MO 65102** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **8,000 square foot storage unit**<br><br>**Devries Development, LLC**<br>**3950 44th Street**<br>**Grand Rapids, MI 49512** |

Debtor 1   **Goodrich Quality Theaters, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **20-00759-swd**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Land Lease: 1209 Forum Katy Parkway Columbia, MO 65203 (Forum 8) Expires 5/31/2026** | |
| | State the term remaining | | **Forum Shopping Center PO Box 1037 Columbia, MO 65205** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Lease: 17220 Hayes Street Grand Haven, MI 49417 (Grand Haven 9) Expires 7/31/2024** | |
| | State the term remaining | | **Hayes Street LLC PO Box 1000 Douglas, MI 49406** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Lease: 1501 N. Wisner Street Jackson, MI  49202 (Jackson 10) Expires 1/31/2023** | |
| | State the term remaining | | **Jackson Crossing Realty LLC c/o Namdar Realty Group LLC 150 Great Neck Road Suite 304 Great Neck, NY 11021** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Lease: 3686 Jackson Road Ann Arbor, MI 48103 (Quality 16) Expires 12/31/2024** | |
| | State the term remaining | | **Jackson Road Cinema LLC 150 W. 2nd Street Suite 200 Royal Oak, MI 48067** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Theatrical License Agreement** | |
| | State the term remaining | | **Lionsgate 2700 Colorado Suite 200 Santa Monica, CA 90404** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Goodrich Quality Theaters, Inc.** | | Case number *(if known)* | **20-00759-swd** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Lease: 3525 McCarty Lane #7 Lafayette, IN 47904 (Lafayette 7) Expires 11/7/2023** | |
|---|---|---|---|
| | State the term remaining | | **Lost Boy Theater Partners LLC 6632 Telegraph Road Suite 193 Bloomfield Hills, MI 48301** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Lease: 2175 W. Main Street Lowell, MI 49331 (Ada-Lowell 5) Expires 8/31/2021** | |
|---|---|---|---|
| | State the term remaining | | **Northward Development LLC c/o Colliers International 333 Bridge Street NW Suite 1200 Grand Rapids, MI 49504** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Theatrical Master License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Paramount Pictures Corporation 5555 Melrose Avenue Marathon Bldg, 2nd Floor Los Angeles, CA 90038** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Fountain Beverage Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | | **PepsiCo Sales, Inc. 700 Anderson Hill Road Purchase, NY 10577** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Theatrical Master License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sony Releasing 10202 West Washington Blvd SPP 4505A Culver City, CA 90232** |
| | List the contract number of any government contract | | |

Debtor 1   **Goodrich Quality Theaters, Inc.**
   First Name       Middle Name       Last Name

Case number (*if known*)   **20-00759-swd**



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property & Equipment Lease: 550 N. Randall Road Batavia, IL 60510 (Randall 15)** | |
|---|---|---|---|
| | | **13825, Norell Road Noblesville, IN 46060 (Hamilton 16 IMAX)** | |
| | | **3250 Kabobel Saginaw, MI 48604 (Quality 10 GDX)** | |
| | | **6550 US Highway 6 Portage, IN 46368 (Portage 16 IMAX)** | |
| | State the term remaining | | **Spirit Master Funding X LLC 2727 N. Hardwood Street Suite 300 Dallas, TX 75201** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Theatrical Master License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **STX Financing LLC PO Box 740636 Los Angeles, CA 90074** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Master Theatrical Exhibition Contract** | |
|---|---|---|---|
| | State the term remaining | | **Twentieth Century Fox Fox Studio Lot Building 88 10201 West Pico Boulevard Los Angeles, CA 90064** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Theatrical Master License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Universal Film Exchanges LLC 14180 N. Dallas Parkway Suite 800 Dallas, TX 75254** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | **Goodrich Quality Theaters, Inc.** | | Case number *(if known)* | **20-00759-swd** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Lease: 300 E. State Street West Lafayette, IN 47906 (Wabash Landing 9) Expires 5/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Wabash Landing 11 LLC c/o Veritas Realty 930 E. 66th Street Indianapolis, IN 46220** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Theatrical Exhibition License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Walt Disney Studios 350 S. Buena Vista Street Burbank, CA 91521** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Theatrical Master License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Warner Bros. Distributing Co. PO Box 936193 Atlanta, GA 31193** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Lease: 4100 W. Willow Knolls Drive Peoria, IL  61615 (Willow Knolls 14) Expires 1/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **Willow Knolls Peoria IL LLC 4300 East Fifth Ave Columbus, OH 43219** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

---

**Fill in this information to identify the case:**

Debtor name    **Goodrich Quality Theaters, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   **20-00759-swd**

☐ Check if this is an amended filing

---

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Robert E. Goodrich** | **4417 Broadmoor Ave SE Grand Rapids, MI 49512** | **CIBC Bank USA** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2   **Robert E. Goodrich** | **4417 Broadmoor Ave SE Grand Rapids, MI 49512** | **Independent Bank** | ■ D   **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3   **Robert E. Goodrich** | **4417 Broadmoor Ave SE Grand Rapids, MI 49512** | **Macatawa Bank** | ■ D   **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy