**Fill in this information to identify the case:**

Debtor name **Goodrich Quality Theaters, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) **20-00759-swd**

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **9/01/2020** to **Filing Date** | ■ Operating a business  9/27/2019-2/25/2020<br>■ Other  **Internal Financials** | **$32,765,046.94** |
| **For prior year:**<br>From **9/01/2019** to **Filing Date** | ■ Operating a business  9/27/2018-9/26/2019<br>☐ Other  **Tax Return** | **$50,854,790.00** |
| **For year before that:**<br>From **9/01/2018** to **8/31/2019** | ■ Operating a business  9/26/2017-9/27/2018<br>☐ Other  **Tax Return** | **$53,131,688.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Debtor | **Goodrich Quality Theaters, Inc.** | | Case number *(if known)* | **20-00759-swd** |
| --- | --- | --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |
| 3.1.  **Walt Disney Studios**<br>**350 S. Buena Vista Street**<br>**Burbank, CA 91521** | **Within the past 90 days** | **$4,083,274.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Critical Vendor** |
| 3.2.  **Sony Releasing**<br>**10202 West Washington Blvd**<br>**SPP 4505A**<br>**Culver City, CA 90232** | **Within the past 90 days** | **$1,706,688.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Critical Vendor** |
| 3.3.  **Vistar Corporation**<br>**6703 Haggerty Road**<br>**Belleville, MI 48111** | **Within the past 90 days** | **$865,004.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Critical Vendor** |
| 3.4.  **Universal Film Exchanges LLC**<br>**14180 N. Dallas Parkway**<br>**Suite 800**<br>**Dallas, TX 75254** | **Within the past 90 days** | **$686,595.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Critical Vendor** |
| 3.5.  **Lionsgate**<br>**2700 Colorado**<br>**Suite 200**<br>**Santa Monica, CA 90404** | **Within the past 90 days** | **$561,368.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Critical Vendor** |
| 3.6.  **PepsiCo Sales Inc.**<br>**PO Box 75948**<br>**Chicago, IL 60675** | **Within the past 90 days** | **$495,621.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.  **Warner Bros. Distributing Co.**<br>**PO Box 936193**<br>**Atlanta, GA 31193** | **Within the past 90 days** | **$415,273.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Critical Vendor** |
| 3.8.  **Lockbox Services** | **Within the past 90 days** | **$449,691.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number *(if known)* | **20-00759-swd** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **30 W Pershing LLC**<br>c/o EPR Properties<br>909 Walnut Street<br>Suite 200<br>Kansas City, MO 64106 | **Within the past 90 days** | $301,173.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease** |
| 3.10. **Paramount Pictures Corporation**<br>5555 Melrose Avenue<br>Marathon Bldg, 2nd Floor<br>Los Angeles, CA 90038 | **Within the past 90 days** | $290,086.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Critical Vendor** |
| 3.11. **Willow Knolls Peoria IL LLC**<br>4300 East Fifth Ave<br>Columbus, OH 43219 | **Within the past 90 days** | $191,749.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease** |
| 3.12. **Jackson Road Cinema LLC**<br>150 W. 2nd Street<br>Suite 200<br>Royal Oak, MI 48067 | **Within the past 90 days** | $168,435.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease** |
| 3.13. **Bay City Mall Partners, LLC**<br>Dept 999341<br>PO Box 33721<br>Detroit, MI 48232 | **Within the past 90 days** | $163,166.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease** |
| 3.14. **Cinema Equipment and Supplies** | **Within the past 90 days** | $151,334.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **STX Financing LLC**<br>PO Box 740636<br>Los Angeles, CA 90074 | **Within the past 90 days** | $149,538.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Critical Vendor** |
| 3.16. **Indusco Supply Company**<br>1445 S. Washington Ave<br>Lansing, MI 48910 | **Within the past 90 days** | $133,186.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Goodrich Quality Theaters, Inc.** | | Case number *(if known)* | **20-00759-swd** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. **Fathom Events** | **Within the past 90 days** | $132,214.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **Jackson Crossing Realty LLC**<br>**c/o Namdar Realty Group LLC**<br>**150 Great Neck Road**<br>**Suite 304**<br>**Great Neck, NY 11021** | **Within the past 90 days** | $126,044.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease** |
| 3.19. **Consumers Energy**<br>**PO Box 74309**<br>**Cincinnati, OH 45274-0309** | **Within the past 90 days** | $124,113.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. **Plante Moran**<br>**16060 Collections Center Drive**<br>**Chicago, IL 60693** | **Within the past 90 days** | $112,146.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21. **Oshtemo Township Treasurer** | **Within the past 90 days** | $115,274.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **Christie Digital Systems**<br>**PO Box 513386**<br>**Los Angeles, CA 90051** | **Within the past 90 days** | $98,029.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. **Wabash Landing 11 LLC**<br>**c/o Veritas Realty**<br>**930 E. 66th Street**<br>**Indianapolis, IN 46220** | **Within the past 90 days** | $94,683.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease** |
| 3.24. **Birddoghr** | **Within the past 90 days** | $92,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Goodrich Quality Theaters, Inc.** | | Case number *(if known)* **20-00759-swd** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.25<br>· | **Forum Shopping Center LP**<br>**1400 Forum Blvd**<br>**Suite 10.5**<br>**Columbia, MO 65203** | **Within the past 90 days** | **$88,850.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease** |
| 3.26<br>· | **Stored Value Services**<br>**101 Buillitt Lane**<br>**Suite 305**<br>**Louisville, KY 40222** | **Within the past 90 days** | **$83,485.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.27<br>· | **Paradigm Design**<br>**550 - 3 Mile Road NW**<br>**Suite B**<br>**Grand Rapids, MI 49544** | **Within the past 90 days** | **$80,231.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.28<br>· | **Scio Township Treasurer** | **Within the past 90 days** | **$77,485.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.29<br>· | **Hayes Street LLC**<br>**PO Box 1000**<br>**Douglas, MI 49406** | **Within the past 90 days** | **$77,314.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease** |
| 3.30<br>· | **IMAX Corporation**<br>**2525 Speakman Drive**<br>**Mississaugua Ontario L5K 181** | **Within the past 90 days** | **$75,035.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.31<br>· | **A24 Films LLC**<br>**PO Box 8297**<br>**Pasadena, CA 91109** | **Within the past 90 dayss** | **$74,142.85** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.32<br>· | **Mirror Releasing, LLC** | **Within the past 90 days** | **$73,989.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number *(if known)* | **20-00759-swd** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.33<br>. | **Duke Energy**<br>**PO Box 1326**<br>**Charlotte, NC 28201** | **Within the past 90 days** | $70,986.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.34<br>. | **Hamilton Town Center LLC**<br>**867974 Reliable Parkway**<br>**Chicago, IL 60686** | **Within the past 90 days** | $60,815.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease** |
| 3.35<br>. | **Lost Boy Theater Partners LLC**<br>**6632 Telegraph Road**<br>**Suite 193**<br>**Bloomfield Hills, MI 48301** | **Within the past 90 days** | $58,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease** |
| 3.36<br>. | **Audio Imaging Specialists**<br>**57018 Juliann Court**<br>**Washington, MI 48094** | **Within the past 90 days** | $55,650.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37<br>. | **Larry Vincent, Collector** | **Within the past 90 days** | $54,849.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.38<br>. | **Midwest Sealcoat, Inc.** | **Within the past 90 days** | $54,494.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.39<br>. | **Kreiling Roofing Co.**<br>**2335 W. Altorfer Drive**<br>**Peoria, IL 61615** | **Within the past 90 days** | $98,220.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.40<br>. | **Apxnet** | **Within the past 90 days** | $47,044.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Goodrich Quality Theaters, Inc.**

Case number *(if known)*   **20-00759-swd**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.41. **Nipsco**<br>PO Box 13007<br>Merrillville, IN 46411 | **Within the past 90 days** | $47,002.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.42. **Elan Corporate Payment Systems** | **Within the past 90 days** | $44,821.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.43. **Kochville Township Treasurer**<br>5851 Mackinaw Road<br>Saginaw, MI 48604 | **Within the past 90 days** | $43,209.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.44. **DTE Energy**<br>PO Box 740786<br>Cincinnati, OH 45274 | **Within the past 90 days** | $34,282.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.45. **Sedgwick Claims Management Services, Inc.**<br>2897 Momentum Place<br>Chicago, IL 60689 | **Within the past 90 days** | $32,991.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.46. **Hersker Enterprises**<br>Attention John Hersker<br>69 Public Square<br>Suite 806<br>Wilkes Barre, PA 18701 | **Within the past 90 days** | $28,785.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.47. **Ameren Illinois**<br>PO Box 88034<br>Chicago, IL 60608 | **Within the past 90 days** | $27,963.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.48. **Waste Management National Serv**<br>PO Box 13648<br>Philadelphia, PA 19101 | **Within the past 90 days** | $24,118.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number *(if known)* | **20-00759-swd** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.49. | **Quality Air**<br>3395 Kraft Avenue SE<br>Grand Rapids, MI 49512 | **Within the past 90 days** | $23,981.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.50. | **Capital Mall JC LLC**<br>PO Box 1663<br>Jefferson City, MO 65102 | **Within the past 90 days** | $23,716.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease** |
| 3.51. | **City of Batavia- Utilities**<br>100 N. Island Drive<br>Batavia, IL 60510 | **Within the past 90 days** | $23,674.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.52. | **Ushio Corporation**<br>6045 Solution Center<br>Chicago, IL 60677 | **Within the past 90 days** | $23,496.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.53. | **Weather Shield Roofing Systems**<br>1197 Hoyt Street SE<br>Grand Rapids, MI 49507 | **Within the past 90 days** | $23,425.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.54. | **Vectren Energy Delivery**<br>PO Box 6248<br>Indianapolis, IN 46206 | **Within the past 90 days** | $21,395.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.55. | **City of Three Rivers** | **Within the past 90 days** | $19,470.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.56. | **Maclellan HVAC & Mechanical**<br>3120 Wall Street<br>Suite 1400<br>Lexington, KY 40513 | **Within the past 90 days** | $18,758.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number *(if known)* | **20-00759-swd** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.57. **American Express**<br>PO Box 0001<br>Los Angeles, CA 90096-8000 | **Within the past 90 days** | $17,236.19 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.58. **COMED**<br>PO Box 6111<br>Carol Stream, IL 60197 | **Within the past 90 days** | $17,203.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.59. **Ingersoll Mechanical Inc.**<br>47918 West Road<br>Wixom, MI 48393 | **Within the past 90 days** | $17,201.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.60. **Staples**<br>c/o Tom Riggleman<br>7 Technology Circle<br>Columbia, SC 29203 | **Within the past 90 days** | $17,112.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.61. **Northward Development LLC**<br>c/o Colliers International<br>333 Bridge Street NW<br>Suite 1200<br>Grand Rapids, MI 49504 | **Within the past 90 days** | $16,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease** |
| 3.62. **Movio Limited**<br>6300 Wilshire Blvd<br>Suite 940<br>Los Angeles, CA 90048 | **Within the past 90 days** | $16,163.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.63. **Flex Administrators Inc.**<br>77 Monroe Center NW<br>Suite 1100<br>Grand Rapids, MI 49503 | **Within the past 90 days** | $16,082.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.64. **A&H Security** | **Within the past 90 days** | $16,081.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Goodrich Quality Theaters, Inc.** | | Case number *(if known)* | **20-00759-swd** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.65. **Heath Thomas** | **Within the past 90 days** | $15,889.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.66. **United States Parcel Service**<br>PO Box 809488<br>Chicago, IL 60680 | **Within the past 90 days** | $15,594.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.67. **Ameren Missouri**<br>PO Box 88068<br>Chicago, IL 60680 | **Within the past 90 days** | $15,340.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.68. **Neon Rated LLC**<br>PO Box 2748<br>San Antonio, TX 78299 | **Within the past 90 days** | $15,200.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.69. **Ellis Electric** | **Within the past 90 days** | $15,182.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.70. **Battle Creek City Treasurer** | **Within the past 90 days** | $15,060.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.71. **Lebanon Utilities**<br>401 S. Meridian Street<br>Lebanon, IN 46052 | **Within the past 90 days** | $14,474.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.72. **City of Hastings- Water**<br>201 W. State Street<br>Hastings, MI 49058 | **Within the past 90 days** | $13,736.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Goodrich Quality Theaters, Inc.**                  Case number *(if known)*   **20-00759-swd**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.73. **Entertainment Studios Motion Pictures** | **Within the past 90 days** | $13,586.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.74. **Cinema Scene**<br>**9200 Indian Creek Pkwy**<br>**Suite 200**<br>**Overland Park, KS 66210** | **Within the past 90 days** | $13,486.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.75. **US Signal**<br>**201 Ionia Ave SW**<br>**Grand Rapids, MI 49503** | **Within the past 90 days** | $13,380.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.76. **Solid Platforms, Inc.** | **Within the past 90 days** | $13,035.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.77. **Grand Haven Charter Township**<br>**13300 168th Ave**<br>**Grand Haven, MI 49417** | **Within the past 90 days** | $12,331.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.78. **D-Box USA**<br>**1209 Orange Street**<br>**Wilmington, DE 19801** | **Within the past 90 days** | $12,249.71 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.79. **Digital Cinema Distribution**<br>**Coaliation**<br>**1840 Century Park East**<br>**Suite 550**<br>**Los Angeles, CA 90067** | **Within the past 90 days** | $12,187.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.80. **Devries Development**<br>**1345 Monroe Ave NW**<br>**Suite 319**<br>**Grand Rapids, MI 49505** | **Within the past 90 days** | $12,075.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Storage Unit** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Goodrich Quality Theaters, Inc.**                    Case number (if known)  **20-00759-swd**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.81. **Comprehensive Film Booking Inc.** | **Within the past 90 days** | $12,015.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.82. **Heartland Remc** | **Within the past 90 days** | $11,810.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.83. **City of Columbia**<br>PO Box 1676<br>Columbia, MO 65205 | **Within the past 90 days** | $11,315.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.84. **Direct Paper Supply**<br>1721 Maplelane Ave<br>Hazel Park, MI 48030 | **Within the past 90 days** | $11,257.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.85. **101 Films, LLC** | **Within the past 90 days** | $10,901.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.86. **Lennox Industries, Inc.**<br>PO Box 910549<br>Dallas, TX 75391 | **Within the past 90 days** | $10,650.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.87. **City of Peoria** | **Within the past 90 days** | $10,569.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.88. **Semco Energy**<br>PO Box 740812<br>Cincinnati, OH 45274 | **Within the past 90 days** | $10,378.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number *(if known)* | **20-00759-swd** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.89. | **Jeremy Curtis**<br>4417 Broadmoor Ave SE<br>Grand Rapids, MI 49512 | **Within the past 90 days** | $10,167.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.90. | **Faith Mechanical Inc.**<br>30 W 260 Butterfield Road<br>Suite 220<br>Warrenville, IL 60555 | **Within the past 90 days** | $9,998.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.91. | **Joe's Inc.**<br>726 W. US Hwy 30<br>Valparaiso, IN 46383 | **Within the past 90 days** | $9,450.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.92. | **Dolby Laboratories Inc.**<br>16841 Collections Center Drive<br>Chicago, IL 60693 | **Within the past 90 days** | $9,358.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.93. | **Nicor Gas**<br>PO Box 549<br>Aurora, IL 60507 | **Within the past 90 days** | $9,223.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.94. | **Holland Board of Public Works**<br>625 Hastings Ave.<br>Holland, MI 49423-5475 | **Within the past 90 days** | $9,126.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.95. | **Rainbow International** | **Within the past 90 days** | $8,995.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.96. | **Constellation Energy Services**<br>PO Box 5473<br>Carol Stream, IL 60197 | **Within the past 90 days** | $8,725.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

Debtor    **Goodrich Quality Theaters, Inc.**

Case number *(if known)*  **20-00759-swd**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.97. **Voss Lighting**<br>PO Box 22159<br>Lincoln, NE 68542 | **Within the past 90 days** | $8,575.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.98. **C. Cretors & Company** | **Within the past 90 days** | $8,549.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.99. **Hoosier Refreshment**<br>1031 N. 3rd<br>PO Box 449<br>Marenisco, MI 49947 | **Within the past 90 days** | $8,543.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.100. **QSC Audio Products Inc.** | **Within the past 90 days** | $8,401.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.101. **Village of Oswego** | **Within the past 90 days** | $8,349.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.102. **DJ Lawn & Landscaping LLC**<br>14901 Bower Road<br>Bellevue, MI 49021 | **Within the past 90 days** | $8,305.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.103. **Hyland Group**<br>PO Box 1687<br>Toledo, OH 43603 | **Within the past 90 days** | $8,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.104. **Pepsi Cola Champaign-Urbana**<br>1306 W. Anthony Drive<br>Champaign, IL 61821 | **Within the past 90 days** | $7,763.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number *(if known)* | **20-00759-swd** |
| --- | --- | --- | --- |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.10 5. | **Kendall County Illinois Sheriff's Office Attention Dwight Baird 1102 Cornell Lane Yorkville, IL 60560** | **Within the past 90 days** | $7,755.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10 6. | **Sutton-Garten Company 901 N. Senate Ave Indianapolis, IN 46202** | **Within the past 90 days** | $7,666.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10 7. | **Hoonhorst Concrete, Inc.** | **Within the past 90 days** | $7,252.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10 8. | **Discount Plush 8270 S. Kyrene Suite 104 Tempe, AZ 85284** | **Within the past 90 days** | $7,440.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10 9. | **Sunshine Carpet Cleaning 4196 E. Houghton Lake Road Lake City, MI 49651** | **Within the past 90 days** | $7,415.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.11 0. | **Reed Simon 3945 Barrington Drive Saginaw, MI 48603** | **Within the past 90 days** | $7,413.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.11 1. | **Stinson Leonard Street PO Box 843052 Kansas City, MO 64184** | **Within the past 90 days** | $7,413.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.11 2. | **Roadside Attractions PO Box 511630 Los Angeles, CA 90051** | **Within the past 90 days** | $7,410.17 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | **Goodrich Quality Theaters, Inc.** | | Case number *(if known)* | **20-00759-swd** |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.11<br>3. | **SHI Corporation**<br>**PO Box 952121**<br>**Dallas, TX 75395** | **Within the past 90 days** | $7,378.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11<br>4. | **City of Lafayette- Stormwater Utility Office**<br>**PO Box 1688**<br>**Lafayette, IN 47902** | **Within the past 90 days** | $7,351.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11<br>5. | **Brian Eichstaedt** | **Within the past 90 days** | $7,129.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11<br>6. | **Twentieth Century Fox**<br>**Fox Studio Lot Building 88**<br>**10201 West Pico Boulevard**<br>**Los Angeles, CA 90064** | **Within the past 90 days** | $6,953.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Critical Vendor** |
| 3.11<br>7. | **Portage Utility Service Board** | **Within the past 90 days** | $6,883.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11<br>8. | **David Lavengood** | **Within the past 90 days** | $9,290.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11<br>9. | **City of Kentwood**<br>**PO Box 8848**<br>**Grand Rapids, MI 49512** | **Within the past 90 days** | $9,915.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12<br>0. | **Cabral Construction** | **Within the past 90 days** | $8,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Goodrich Quality Theaters, Inc. | | Case number *(if known)* | 20-00759-swd |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.12<br>1. | **McDonald Hopkins, LLC** | **Within the past 90 days** | **$15,782.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.12<br>2. | **Vista Entertainment Solutions**<br>**335 N. Maple DRive**<br>**Suite 150**<br>**Beverly Hills, CA 90210** | **Within the past 90 days** | **$9,370.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Robert E. Goodrich**<br>**4417 Broadmoor Ave SE**<br>**Grand Rapids, MI 49512**<br>**CEO & President** | **Within the past year** | **$554,134.43** | **Executive Compensation** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Goodrich Quality Theaters, Inc.**                    Case number *(if known)*   **20-00759-swd**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Goodrich Quality Theaters, Inc.**<br>**v**<br>**Forum Shopping Center et al**<br>**18BA-CV05180** | **Injunction**<br>**(Parking lot dispute)** | **Missouri District Court**<br>**Division IV**<br>**705 E. Walnut**<br>**Columbia, MO 65201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Betty Jennings v Goodrich Quality Theaters, Inc.**<br>**2018 037138 NO 1** | **General Liability** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Miguel Rodriguez v Goodrich Quality Theaters, Inc.**<br>**2018 L 000062** | **General Liability** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Kathy Mack v Goodrich Quality Theaters, Inc.**<br>**64D01-1811-CT-10613** | **General Liability** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Anthony Bridges v Goodrich Quality Theaters, Inc.**<br>**64D05-1906-CT-005338** | **General Liability** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **ACLU of Michigan** | **Cash Donations** | **Within the past 2 years** | **$22,950.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.2. | **ACT Blue** | **Cash Donations** | **Within the past 2 years** | **$1,100.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.3. | **American Humanist Foundation** | **Cash Donations** | **Within the past 2 years** | **$3,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |

Debtor   **Goodrich Quality Theaters, Inc.**                              Case number *(if known)*   **20-00759-swd**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.4. | **American United for Separatio** | **Cash Donations** | **9/2018** | **$1,000.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.5. | **Americans  United for Separ** | **Cash Donations** | **9/18/2019** | **$1,000.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.6. | **Answer** | **Cash Donations** | **2019** | **$1,520.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.7. | **Art Peers** | **Cash Donations** | **Within the past 2 years** | **$5,000.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.8. | **Center for Inquiry** | **Cash Donations** | **Within the past 2 years** | **$34,930.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.9. | **Cfi** | **Cash Donations** | **2019** | **$1,380.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.10. | **Cherry Health Foundation** | **Cash Donations** | **Within the past 2 years** | **$1,250.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.11. | **Community Media Center** | **Cash Donations** | **2018** | **$1,145.75** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.12. | **GVSU** | **Cash Donations** | **Within the past 2 years** | **$1,975.00** |
| | **Recipients relationship to debtor** **None** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Goodrich Quality Theaters, Inc.**                        Case number *(if known)*  **20-00759-swd**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.13. | **Heartland Independent Film Forum** | **Cash Donations** | **2018** | **$2,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.14. | **Junior Achievement of N Central MI** | **Cash Donations** | **Within the past 2 years** | **$2,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.15. | **Michigan Civil Action Fund** | **Cash Donation** | **11/2018** | **$1,500.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.16. | **Michigan LCV** | **Cash Donations** | **2018** | **$2,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.17. | **Michigan Transition 2019** | **Cash Donation** | **12/6/2018** | **$7,500.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.18. | **Migrant Legal Aid** | **Cash Donations** | **Within the past 2 years** | **$1,100.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.19. | **Motion Picture Club** | **Cash Donation** | **5/13/2019** | **$3,500.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.20. | **National Committee to Preserve Social Security** | **Cash Donations** | **Within the past 2 years** | **$2,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

Debtor   **Goodrich Quality Theaters, Inc.**                        Case number *(if known)*   **20-00759-swd**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.21. | **Progress Michigan- Stand Up for Progess** | **Cash Donation** | **5/2018** | **$1,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.22. | **Safe Harbor** | **Cash Donation** | **2/2019** | **$2,500.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.23. | **Secular Coalition for America** | **Cash Donation** | **8/2018** | **$1,500.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.24. | **The 21st Century Fund** | **Cash Donations** | **2018** | **$20,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.25. | **The Primary Pac** | **Cash Donation** | **5/2018** | **$2,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.26. | **University of Michigan Law Schools** | **Cash Donations** | **Within the past 2 years** | **$5,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.27. | **Variety of Georgia** | **Cash Donations** | **Within the past 2 years** | **$1,011.55** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.28. | **Will Rogers Institute** | **Cash Donations** | **Within the past 2 years** | **$2,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.29. | **United Way of Kent County** | **Cash Donations** | **Within the past 2 years** | **$1,150.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number *(if known)* | **20-00759-swd** |

---

**Part 5:**  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**  Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Goodrich Quality Theaters, Inc.**                                    Case number *(if known)*  **20-00759-swd**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.

   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Goodrich Quality Theaters, Inc. Retirement Savings Plan and Trust** | EIN:  **38-2873678** |

Has the plan been terminated?

■ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Canton 7 Theater Account** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/23/2019** | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Goodrich Quality Theaters, Inc.** | Case number *(if known)* | **20-00759-swd** |

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Devries Development, LLC**<br>**3950 44th Street**<br>**Grand Rapids, MI 49512** | **Management** | **Various items including but not limited to: Hi-low, seat parts, carpet, porthole windows, scaffolding** | ☐ No<br>■ Yes |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

| Debtor | **Goodrich Quality Theaters, Inc.** | | Case number *(if known)* | **20-00759-swd** |

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. **W. Columbia 7**<br>**2500 W. Columbia Ave**<br>**Battle Creek, MI 49015** | **Movie Theater** | EIN:<br><br>From-To   **3/20/1972-** |
| 25.2. **Cadillac 4**<br>**202 S. Mitchell Street**<br>**Cadillac, MI 49601** | **Movie Theater** | EIN:<br><br>From-To   **3/9/1977-** |
| 25.3. **Holland 7**<br>**500 Waverly Road**<br>**Holland, MI 49423** | **Movie Theater** | EIN:<br><br>From-To   **6/22/1984-** |
| 25.4. **Kraft 8**<br>**2725 Krafft Road**<br>**Port Huron, MI 48060** | **Movie Theater** | EIN:<br><br>From-To   **12/19/1986-** |
| 25.5. **Kalamazoo 10**<br>**820 Maple Hill Drive**<br>**Kalamazoo, MI 49009** | **Movie Theater** | EIN:<br><br>From-To   **12/19/1997-** |
| 25.6. **Hastings 4**<br>**213 W. State Street**<br>**Hastings, MI 49058** | **Movie Theater** | EIN:<br><br>From-To   **1/16/1998-** |
| 25.7. **Three Rivers 6**<br>**120 Enterprise Drive**<br>**Three Rivers, MI 49093** | **Movie Theater** | EIN:<br><br>From-To   **1/16/1998-** |
| 25.8. **Oxford 7**<br>**48 S. Washington Street**<br>**Oxford, MI 48371** | **Movie Theater** | EIN:<br><br>From-To   **3/15/1997-** |
| 25.9. **Eastside 10 IMAX**<br>**300 Farabee Drive North**<br>**Lafayette, IN 47905** | **Movie Theater** | EIN:<br><br>From-To   **2/23/1990-** |
| 25.10. **Kendall 11**<br>**95 Fifth Street**<br>**Oswego, IL 60543** | **Movie Theater** | EIN:<br><br>From-To   **1/30/1998-** |
| 25.11. **Huntington 7**<br>**350 Hauenstein Road**<br>**MI 49750** | **Movie Theater** | EIN:<br><br>From-To   **6/25/1999-** |
| 25.12. **Huntington Drive-In**<br>**1291 Condit Street**<br>**Huntington, IN 46750** | **Movie Theater** | EIN:<br><br>From-To   **5/1/2015-** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Goodrich Quality Theaters, Inc.**                    Case number *(if known)*  **20-00759-swd**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.13. **Lebanon 7**<br>**1600 N. Lebanon Street**<br>**Lebanon, IN 46052** | **Movie Theater** | EIN:<br><br>From-To   **12/16/2010-** |
| 25.14. **Brownsburg 8**<br>**1555 N. Green Street**<br>**Brownsburg, IN 46112** | **Movie Theater** | EIN:<br><br>From-To   **12/16/2010-** |
| 25.15. **Savory 16**<br>**232 W. Burwash**<br>**Savoy, IL 61874** | **Movie Theater** | EIN:<br><br>From-To   **12/21/1990-** |
| 25.16. **Willow Knolls 14**<br>**4100 W. Willow Knolls Drive**<br>**Peoria, IL 61615** | **Movie Theater** | EIN:<br><br>From-To   **3/15/1991-** |
| 25.17. **Bay City 10 GDX**<br>**4101 Wilder Road**<br>**Bay City, MI 48706** | **Movie Theater** | EIN:<br><br>From-To   **10/18/1991-** |
| 25.18. **Jackson 10**<br>**1501 North Wisner**<br>**Jackson, MI 49202** | **Movie Theater** | EIN:<br><br>From-To   **5/22/1992-** |
| 25.19. **Randall 15 IMAX**<br>**550 N. Randall Road**<br>**Batavia, IL 60510** | **Movie Theater** | EIN:<br><br>From-To   **10/27/1995-** |
| 25.20. **Ada-Lowell 5**<br>**2175 West Main Street**<br>**Lowell, MI 49331** | **Movie Theater** | EIN:<br><br>From-To   **8/9/1996-** |
| 25.21. **Grand Haven 9**<br>**17220 Hayes Street**<br>**Grand Haven, MI 49417** | **Movie Theater** | EIN:<br><br>From-To   **8/7/1999-** |
| 25.22. **Wabash Landing 9**<br>**300 East State Street**<br>**West Lafayette, IN 47906** | **Movie Theater** | EIN:<br><br>From-To   **5/24/2000-** |
| 25.23. **Quality 16**<br>**3686 Jackson Road**<br>**Ann Arbor, MI 48103** | **Movie Theater** | EIN:<br><br>From-To   **7/14/1999-** |
| 25.24. **Lafayette 7**<br>**3525 McCarty Lane**<br>**Lafayette, IN 47904** | **Movie Theater** | EIN:<br><br>From-To   **11/21/1998-** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor   **Goodrich Quality Theaters, Inc.**                    Case number *(if known)*  **20-00759-swd**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.25. **Forum 8**<br>**1209 Forum Katy Parkway**<br>**Columbia, MO 65203** | **Movie Theater** | EIN:<br><br>From-To  **1/21/1999-** |
| 25.26. **Capital 8**<br>**3550 County Club Drive**<br>**Jefferson City, MO 65109** | **Movie Theater** | EIN:<br><br>From-To  **1/21/1999-** |
| 25.27. **Portage 16 IMAX**<br>**6550 US Highway 6**<br>**Portage, IN 46368** | **Movie Theater** | EIN:<br><br>From-To  **1/12/2007-** |
| 25.28. **Hamilton 16**<br>**13825 Norell Road**<br>**Noblesville, IN 46060** | **Movie Theater** | EIN:<br><br>From-To  **4/4/2008-** |
| 25.29. **Quality 10**<br>**3250 Kabobel**<br>**Saginaw, MI 48604** | **Movie Theater** | EIN:<br><br>From-To  **1/17/2014-** |
| 25.30. **Riverview 14 GDX**<br>**9390 Theater Drive**<br>**Gibsonton, FL 33534** | **Movie Theater** | EIN:<br><br>From-To  **3/17/2017-** |
| 25.31. **Canton 7 GDX Theater**<br>**43555 Ford Road**<br>**Canton, MI 48187** | **Movie Theater** | EIN:<br><br>From-To   **Closed 5/23/2019** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Ross Pettinga**<br>**4417 Broadmoor SE**<br>**Grand Rapids, MI 49512** | **Greater than 2 years**<br>**to current** |
| 26a.2. | **Plante Moran**<br>**634 Front Ave NW**<br>**Suite 400**<br>**Grand Rapids, MI 49504** | **Greater than 2 years**<br>**to current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Ross Pettinga**<br>**4417 Broadmoor SE**<br>**Grand Rapids, MI 49512** | **Greater than 2 years**<br>**to current** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Goodrich Quality Theaters, Inc.**    Case number *(if known)*    **20-00759-swd**

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Plante Moran**<br>**634 Front Ave NW**<br>**Suite 400**<br>**Grand Rapids, MI 49504** | **Greater than 2 years to current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Robert E. Goodrich**<br>**4417 Broadmoor Ave SE**<br>**Grand Rapids, MI 49512** | |
| 26c.2.    **Ross Pettinga**<br>**4417 Broadmoor SE**<br>**Grand Rapids, MI 49512** | |
| 26c.3.    **Plante Moran**<br>**634 Front Ave NW**<br>**Suite 400**<br>**Grand Rapids, MI 49504** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Spirit Realty Capital**<br>**2727 N. Harwood Street**<br>**Suite 300**<br>**Dallas, TX 75201** |
| 26d.2.    **CIBC Bank USA**<br>**171 Monroe Ave NW**<br>**Suite 700**<br>**Grand Rapids, MI 49503** |
| 26d.3.    **Macatawa Bank**<br>**126 Ottawa Ave NW**<br>**Grand Rapids, MI 49503** |
| 26d.4.    **Anthony Properties**<br>**12770 Coit Rd, Suite 970**<br>**Dallas, TX 75251** |
| 26d.5.    **EPR Properties**<br>**30 W. Pershing Road**<br>**Kansas City, MO 64108** |
| 26d.6.    **Stout Risuis Ross Advisors, LLC**<br>**One South Wacker Drive**<br>**38th Floor**<br>**Chicago, IL 60606** |
| 26d.7.    **National Valuation Consultants Inc.**<br>**7807 E. Peakview Ave**<br>**Suite 200**<br>**Englewood, CO 80111** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Goodrich Quality Theaters, Inc.**                              Case number *(if known)*  **20-00759-swd**

| Name and address | |
|---|---|
| 26d.8. | **Store Capital**<br>**8399 E. Hartford Dr**<br>**Suite 100**<br>**Scottsdale, AZ 85255** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert E. Goodrich | 4417 Broadmoor Ave SE<br>Grand Rapids, MI 49512 | President & CEO | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1<br>. | **Robert E. Goodrich**<br>**4417 Broadmoor Ave SE**<br>**Grand Rapids, MI 49512** | **$554,134.43** | **Within the past year** | **Executive Compenstaion** |
| | **Relationship to debtor**<br>**President & CEO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

Debtor   **Goodrich Quality Theaters, Inc.**                          Case number *(if known)*   **20-00759-swd**

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 20, 2020**

**/s/ Robert E. Goodrich**                                **Robert E. Goodrich**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President & CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com