UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Goodrich Quality Theaters, Inc.,          Case No. DG20-00759
         Chapter 11
         Debtor./          Hon. Scott W. Dales

## APPOINTMENT OF COMMITTEE OF CREDITORS

Pursuant to Section 1102 of the Bankruptcy Code, Andrew R. Vara, United States Trustee for Regions 3 and 9, appoints the following persons to the Committee of Unsecured Creditors in connection with the above-captioned case:

1. **IMAX Corp.**, Attn: James Skinner, Esq., 2525 Speakman Dr., Sheridan Park, Mississauga, Ontario, Canada L5K 1B1; E-mail: jskinner@imax.com; Ph. (905) 403-6577.

2. **Performance Food Group, Inc.,** *d/b/a* **Vistar Corp.,** Attn: Brad Boe, 188 Inverness Dr. W, Englewood, CO 80112; E-mail: brad.boe@pfgc.com; Ph.: (303) 898-8137.

3. **Audio Imaging Specialists, Inc.,** Attn: Ken Angst, 57018 Juliann Ct., Washington, MI 48094; E-mail: ken@audioimagingspecialists.com; Ph: (810) 343-0770.

4. **Spirit Master Funding X, LLC,** Attn: Danny Rosenberg, 2727 N. Harwood St., Ste. 300, Dallas, TX 75201; E-mail: drosenberg@spiritrealty.com; Ph.: (972) 476-1958.

5. **Christie Digital Systems USA, Inc.,** Attn: Michael Phipps, 10550 Camden Dr., Cypress, CA 90630; E-mail: michael.phipps@christiedigital.com; Ph.: (714) 229-2707.

Respectfully Submitted,

ANDREW R. VARA
United States Trustee
Regions 3 and 9

Date: April 2, 2020          By:    /s/
         Dean E. Rietberg (P38872)
         Trial Attorney
         Office of the United States Trustee
         125 Ottawa Ave. NW - Suite 200R
         Grand Rapids, MI 49503
         (616) 456-2002 ext. 115