UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In the Matter of:

**GOODRICH QUALITY THEATERS, INC.**   Case No. 20-00759-swd
Chapter 11
Hon. Scott W. Dales

    Debtor.
_____/

**NOTICE OF CLOSINGS ON SALE OF DEBTOR'S ASSETS**

GOODRICH QUALITY THEATERS, INC., Debtor in the above-captioned Chapter 11 case, through its counsel, Keller & Almassian, PLC, in accordance with the Court's Order entered on June 12, 2020 *Approving the Sale Process Pursuant to Debtor's Motion for Authority to Sell Membership Interest and Associated Operating Assets in Gibsonton Theater, LLC Free and Clear of All Liens, Interests and Encumbrances With Liens, Interests and Encumbrances Attaching to the Proceeds of the Sale Pursuant to 11 U.S.C. §§105, 363(b) and 363(f)* [docket no. 347], in accordance with the Court's Order entered June 29, 2020 *(I) Authorizing the Sale of Debtor's Oswego, Illinois Theater Free, and Clear of Liens, Claims, Interest and Encumbrances, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* [docket no. 410], and in accordance with the Court's Order entered on June 30, 2020, *(I) Authoring the Sale of Substantially All of the Debtor's Assets Free and Clear of Liens, Claims, Interest and Encumbrances, (II) Authorizing the Assumption and Assignment of Certain Executory Contacts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* [docket no. 414]

hereby provides notice that the closing for the sales of the Debtor's assets has occurred, and funds were distributed pursuant to each respective Sale Order.

|  |  |
|---|---|
| Dated: July 14, 2020 | Respectfully Submitted, <br><br> **KELLER & ALMASSIAN, PLC** <br><br> By: /s/ A. Todd Almassian <br> A. Todd Almassian (P55467) <br> Greg J. Ekdahl (P67768) <br> 230 E. Fulton Street <br> Grand Rapids, MI 49503 <br> Telephone: (616) 364-2100 <br> Facsimile: (616) 364-2200 <br> Email: talmassian@kalawgr.com <br>         gekdahl@kalawgr.com <br><br> ***Counsel for the Debtor*** |