UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:                                        CHAPTER 11
                                              CASE NO. 20-00759-swd
Goodrich Quality Theaters, Inc.               HON. SCOTT W. DALES

                    Debtor.
_____/

OMNIBUS NOTICE OF FINAL FEE APPLICATIONS OF
PROFESIONALS FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES

     PLEASE TAKE NOTICE THAT on August 14, 2020, that Final Fee Applications have been filed by Keller & Almassian PLC, Novo Advisors, Frost Brown Todd LLC, Dundon Advisers LLC, and Pachulski Stang Ziehl & Jones LLP, (the "Professionals").

     PLEASE TAKE FURTHER NOTICE that in accordance with the Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket Number 217] (the "Interim Compensation Order"), all parties receiving notice of the Final Fee Applications shall have twenty-one (21) days after the filing of such Fee Applications to file any objection to the Professionals requested compensation or reimbursement. Any response or objection to the Fee Applications shall set forth the nature of the objection and the amount of fees or expenses at issue, and shall be filed with the United States Bankruptcy Court, One Division Ave. NW, Room 200, Grand Rapids, MI 49503, AND a copy of same shall be delivered to the following: (i) The applicant, Keller & Almassian PLC, 230 E. Fulton St., Grand Rapids, MI 49503; (ii) The Debtor, Goodrich Quality Theaters, Inc., 4417 Broadmoor Ave. SE, Grand Rapids, MI 49512, Attn: Bob Goodrich; and (iii) the U.S. Trustee, 125 Ottawa St., Suite 202R, Grand Rapids, MI 49503.

     PLEASE TAKE FURTHER NOTICE that attached as **Exhibit A** is the list of the Fee Applications filed by Professionals in which this Notice specifically refers.

     IF YOU FAIL TO RESPOND TO THE FEE APPLICATIONS IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY APPROVE THE FEE APPLICATIONS WITHOUT FURTHER NOTICE OR HEARING.

Dated:  August 14, 2020

Respectfully submitted,

**KELLER & ALMASSIAN, PLC**

/s/ Nicholas S. Laue
A. Todd Almassian (P55467)
Greg J. Ekdahl (P67768)
Nicholas S. Laue (P79260)
230 East Fulton Street
Grand Rapids, MI 49503
(616) 364-2100
talmassian@kalawgr.com
gekdahl@kalawgr.com
nlaue@kalawgr.com