**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

---

**In re:**

**Goodrich Quality Theaters, Inc.**

**Debtor.**

_____ /

**CHAPTER 11**
**CASE NO. 20-00759-swd**
**HON. SCOTT W. DALES**

## CERTIFICATION

Jacob Grall, being first duly sworn deposes and says that he is an employee of Novo Advisors and has been personally involved in the process and day to day operations of Novo as financial advisor to the Debtor; that he has executed and now verifies the foregoing fee application, being authorized to do so, and having knowledge of the facts; that he has read said application by him subscribed and believes the contents thereof to be true and accurate; that he has personally reviewed the fee application on an item by item basis and in the exercise of billing judgment believes the statement to be accurate and reasonable in light of the work performed and the results obtained.  This applicant further certifies that the Debtor has been mailed a copy of the itemization of time and expenses and a proposed Order on or before the date of filing of this application.  Deponent further says that no understanding exists for a division of fees between the petitioner and the Debtor and/or any other person.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing statements are true and correct:

Executed on:   September 23, 2020                   /s/Jacob Grall
                                                    Jacob Grall