# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| | **CASE NO. 20-00759-swd** |
| **Goodrich Quality Theaters, Inc.** | **HON. SCOTT W. DALES** |
| **Debtor.** / | |

## NOTICE OF AMENDED FINAL FEE APPLICATION OF NOVO ADVISORS FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR FOR THE PERIOD FROM JULY 1, 2020 THROUGH SEPTEMBER 23, 2020

PLEASE TAKE NOTICE THAT on September 23, 2020, Novo Advisors (the "Applicant"), counsel for the above-captioned Debtor in possession, filed its Amended Final Fee Application of Novo Advisors for Payment of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisors to the Debtor for the Period from July 1, 2020 through September 23, 2020 (the "Fee Application").

PLEASE TAKE FURTHER NOTICE that in accordance with the Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket Number 217] (the "Interim Compensation Order"), all parties receiving notice of the Fee Application shall have twenty-one (21) days after the filing of such Fee Application to file any objection to Applicant's requested compensation or reimbursement. Any response or objection to the Fee Statement shall set forth the nature of the objection and the amount of fees or expenses at issue, and shall be filed with the United States Bankruptcy Court, One Division Ave. NW, Room 200, Grand Rapids, MI 49503, AND a copy of same shall be delivered to the following: (i) The applicant, Keller & Almassian PLC, 230 E. Fulton St., Grand Rapids, MI 49503; (ii) The Debtor, Goodrich Quality Theaters, Inc., 4417 Broadmoor Ave. SE, Grand Rapids, MI 49512, Attn: Bob Goodrich; and (iii) the U.S. Trustee, 125 Ottawa St., Suite 202R, Grand Rapids, MI 49503.

PLEASE TAKE FURTHER NOTICE that if an Objection or response to the Fee Application is filed and is not subsequently resolved, the Objection shall be preserved and presented to the Court at the next interim or final fee application hearing to be held by the Court.

IF YOU FAIL TO RESPOND TO THE FEE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY APPROVE THE FEE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  September 23, 2020

        Respectfully submitted,

        KELLER & ALMASSIAN, PLC

        /s/ Greg J. Ekdahl
        A. Todd Almassian (P55467)
        Greg J. Ekdahl (P67768)
        230 East Fulton Street
        Grand Rapids, MI 49503
        (616) 364-2100
        talmassian@kalawgr.com
        gekdahl@kalawgr.com