UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | CHAPTER 11 |
| | CASE NO. 20-00759-swd |
| Goodrich Quality Theaters, Inc. | HON. SCOTT W. DALES |
| Debtor. / | |

ORDER FOR AMENDED FINAL ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF NOVO ADVISORS
AS FINANCIAL ADVISORS TO THE DEBTOR FOR THE PERIOD
FROM JULY 1, 2020 THROUGH SEPTEMBER 23, 2020

HON: SCOTT W. DALES

THIS MATTER having come upon the Amended Final Fee Application of Novo Advisors [DN ____], financial advisors for Debtor for the final allowance of compensation in the total amount of $33,019.00 and reimbursement of expenses in the amount of $0.00; notice of same having been served upon all interested parties of record and no adverse interest appearing, NOW THEREFORE,

IT IS ORDERED that Novo's amended application for the final allowance of compensation and reimbursement of expenses be granted in the total amount of $33,049.00 and allowed as an administrative expense claim pursuant to 11 USC 330, 503(b) and 507(a)(2).

IT IS FURTHER ORDERED that Novo's additional fees and costs for Debtor up to the amount of $10,000 incurred in the time period from September 23, 2020 through October 19, 2020, for assisting the Debtor with cash flow management issues, monitoring, reporting on the debtor-in-possession accounts, preparation of remaining Monthly

Operating Reports, and overseeing the 2020 tax return preparation process, are allowed on a final basis and the Debtor shall also pay such additional amounts.

IT IS FURTHER ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**END OF ORDER**