**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re: | CHAPTER 11<br>CASE NO. 20-00759-swd |
| **Goodrich Quality Theaters, Inc.** | HON. SCOTT W. DALES |
| **Debtor.** / | |

**SUMMARY OF AMENDED FINAL FEE APPLICATION OF NOVO ADVISORS FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE DEBTOR FOR THE PERIOD FROM JULY 1, 2020 THROUGH SEPTEMBER 23, 2020**

| | |
|---|---|
| Name of Applicant: | Novo Advisors |
| Authorized to Provide Professional Services to: | The above-captioned Debtor |
| Period for which compensation and reimbursement are sought: | July 1, 2020 through September 23, 2020 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $33,019.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |
| Petition Date: | February 25, 2020 |
| Date of Order Approving Retention: | March 30, 2020 |

24404900 v2

| | |
|---|---|
| Number of Professionals Included in this Application: | 2 |
| Number of Professionals Billing Fewer Than 15 Hours: | 1 |

Prior Interim Applications Filed: <u>1</u>     Prior Monthly Fee Statements Filed: <u>3</u>

24404900 v2