

401 N. Franklin, Suite 4 East
Chicago Illinois 60654

*Invoice Remittance*

Goodrich Quality Theaters
4417 Broadmoor Ave SE
Kentwood, MI 49512

September 23, 2020
Federal Tax ID:  83-2881830

Current Invoice Period: July 1, 2020 through September 23, 2020

| Name | Rate | Hours | Total |
|---|---|---|---|
| Nicholas Mungor | $ 420.00 | 1.7 | 714.00 |
| Jacob Grall | $ 350.00 | 92.3 | 32,305.00 |
| **Total Amount Due this Period** | | | **$  33,019.00** |

Case:20-00759-swd    Doc #:541-5    Filed: 09/23/2020    Page 2 of 7

In re. Goodrich Quality Theaters, Inc.
Case No. 20-00759-swd

Novo Advisors

July 1 - Septembe 23 Professional Summary

| Name | Title | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mungor, Nicholas | Managing Director | $ 420.00 | 1.7 | $ 714.00 |
| Grall, Jacob | Director | $ 350.00 | 92.3 | $ 32,305.00 |
| **Total** | | | **94.0** | **$ 33,019.00** |
| **Blended Rate (per hour)** | | | | **$ 351.27** |

Case:20-00759-swd　Doc #:541-5　Filed: 09/23/2020　Page 3 of 7

In re. Goodrich Quality Theaters, Inc.　　　　　　　Novo Advisors
Case No. 20-00759-swd　　　　　　July 1 - September 23 Task Summary

| Task Number | Description | Hours | Fees |
|---|---|---|---|
| 1 | Monthly Operating Reports | 25.3 | $ 8,855.00 |
| 2 | Cash Management & Liquidity Analysis | 13.7 | 4,795.00 |
| 3 | Financing Matters (DIP, Exit, Other) | - | - |
| 4 | Trade Vendor Support & Analysis | - | - |
| 5 | Customer Negotiations & Profitability Analysis | - | - |
| 6 | Real Estate Analysis | 13.9 | 4,865.00 |
| 7 | Asset Sales | 4.5 | 1,575.00 |
| 8 | Compilation & Analysis of Business Plan | - | - |
| 9 | Valuation and Related Matters | - | - |
| 10 | Operational Improvement & Related Matters | - | - |
| 11 | Analysis of Employee Compensation Programs | - | - |
| 12 | Analysis of Tax Issues | - | - |
| 13 | Prepare for and Attendance at Court Hearings | 1.3 | 455.00 |
| 14 | Preparation of SOFAs & SOALs | - | - |
| 15 | Support for First Day Motions | - | - |
| 16 | Support for Other Miscellaneous Motions | - | - |
| 17 | Analysis of Claims/Liabilities Subject to Compromise | 0.7 | 294.00 |
| 18 | Intercompany Claims & Related Party Transactions | - | - |
| 19 | POR & DS - Analysis, Negotiation and Formulation | - | - |
| 20 | Wind Down Monitoring | 4.9 | 1,715.00 |
| 21 | Potential Avoidance Actions & Litigation | - | - |
| 22 | Case Management | 14.4 | 5,040.00 |
| 23 | General Meeting with Debtor & Debtors' Professionals | 9.0 | 3,150.00 |
| 24 | General Meeting with Committee & Committee Professionals | - | - |
| 25 | Meetings with Other Parties | 1.0 | 420.00 |
| 26 | Firm Retention | - | - |
| 27 | Preparation of Fee Application | 5.3 | 1,855.00 |
| 28 | Travel Time (1/2 Time) | - | - |
| 29 | Public Relations Development & Execution | - | - |
| 30 | Calls with Chapter 11 Trustee | - | - |
| | **Total** | **94.0** | **$ 33,019.00** |

In re. Goodrich Quality Theaters, Inc.
Case No. 20-00759-swd

Novo Advisors
July 1 - September 23 Time Detail

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 07/01/2020 | Grall, Jacob | 3.4 | $ 350.00 | $ 1,190.00 | 27 | Prepared June fee application |
| 07/02/2020 | Grall, Jacob | 1.5 | $ 350.00 | $ 525.00 | 22 | Updated employee PTO analysis. |
| 07/06/2020 | Grall, Jacob | 0.7 | $ 350.00 | $ 245.00 | 20 | Call with R. Pettinga (GQT) to discuss various wind down matters. |
| 07/06/2020 | Grall, Jacob | 0.5 | $ 350.00 | $ 175.00 | 2 | Preparation of funds flow schedule |
| 07/07/2020 | Grall, Jacob | 0.3 | $ 350.00 | $ 105.00 | 7 | Call with T. Almassian (K&A), M. Krakovsky (Stout), and B. Best (Varnum) to discuss funds flow at closing. |
| 07/07/2020 | Grall, Jacob | 1.3 | $ 350.00 | $ 455.00 | 7 | Calls with T. Almassian (K&A) and M. Krakovsky (Stout) regarding property tax liabilities and funds flow at closing. |
| 07/07/2020 | Mungor, Nicholas | 0.7 | $ 420.00 | $ 294.00 | 17 | Review cure costs and administrative claims included in Mason group funds flow schedule |
| 07/08/2020 | Grall, Jacob | 4.2 | $ 350.00 | $ 1,470.00 | 6 | Reviewed property tax statements and prepared summary table for all taxing jurisdictions. |
| 07/08/2020 | Mungor, Nicholas | 0.4 | $ 420.00 | $ 168.00 | 25 | Correspondence with landlords regarding auction results |
| 07/10/2020 | Grall, Jacob | 0.9 | $ 350.00 | $ 315.00 | 2 | Reviewed accounts payable and disbursement lists. |
| 07/15/2020 | Grall, Jacob | 3.8 | $ 350.00 | $ 1,330.00 | 20 | Preparation of wind down budget and analysis. |
| 07/16/2020 | Grall, Jacob | 2.2 | $ 350.00 | $ 770.00 | 1 | Preparation of bank account reconciliations and supporting schedules for monthly operating report. |
| 07/17/2020 | Grall, Jacob | 4.5 | $ 350.00 | $ 1,575.00 | 1 | Preparation of June Monthly Operating Report. |
| 07/18/2020 | Grall, Jacob | 2.7 | $ 350.00 | $ 945.00 | 1 | Preparation of June Monthly Operating Report. |
| 07/20/2020 | Grall, Jacob | 0.5 | $ 350.00 | $ 175.00 | 23 | Call with T. Almassian (K&A) and B. Best (Varnum) to discuss exhibits for dismissal motion. |
| 07/20/2020 | Grall, Jacob | 1.3 | $ 350.00 | $ 455.00 | 22 | Revisions to exhibits for dismissal motion. |
| 07/20/2020 | Grall, Jacob | 1.4 | $ 350.00 | $ 490.00 | 1 | Finalized June Monthly Operating Report. |
| 07/20/2020 | Grall, Jacob | 0.3 | $ 350.00 | $ 105.00 | 23 | Attended call with T. Almassian (K&A) and buyer's counsel to discuss status of property tax reconciliations |
| 07/20/2020 | Grall, Jacob | 0.5 | $ 350.00 | $ 175.00 | 23 | Attended bank update call with T. Almassian (K&A), Varnum, CIBC, Independent, and Macatawa bank teams. |
| 07/21/2020 | Grall, Jacob | 0.3 | $ 350.00 | $ 105.00 | 22 | Reviewed payables related to NCM Fathom administrative claim |
| 07/21/2020 | Grall, Jacob | 2.5 | $ 350.00 | $ 875.00 | 7 | Revision to closing statements and call with D. Gozdecki (CIBC) to discuss the closing waterfall. |
| 07/21/2020 | Mungor, Nicholas | 0.6 | $ 420.00 | $ 252.00 | 25 | Correspondence with K&A regarding cure costs and vendor claims to be satisfied |
| 07/23/2020 | Grall, Jacob | 0.4 | $ 350.00 | $ 140.00 | 7 | Call with T. Almassian (K&A) and B. Best (Varnum) to discuss closing holdback. |

Case:20-00759-swd    Doc #:541-5    Filed: 09/23/2020    Page 5 of 7

In re. Goodrich Quality Theaters, Inc.
Case No. 20-00759-swd

Novo Advisors
July 1 - September 23 Time Detail

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 07/24/2020 | Grall, Jacob | 0.4 | $ 350.00 | $ 140.00 | 20 | Call with R. Pettinga (GQT) to discuss transition updates and other case matters |
| 07/24/2020 | Grall, Jacob | 1.2 | $ 350.00 | $ 420.00 | 22 | Reviewed AP aging and disbursement log for the week |
| 07/24/2020 | Grall, Jacob | 0.3 | $ 350.00 | $ 105.00 | 22 | Call with M. Betz (GQT) to discuss transition updates. |
| 07/27/2020 | Grall, Jacob | 1.4 | $ 350.00 | $ 490.00 | 6 | Reviewed tax analysis prepared for Buyer's counsel by B. Maruschak (Pro Title) and prepared reconciliation |
| 07/28/2020 | Grall, Jacob | 0.3 | $ 350.00 | $ 105.00 | 23 | Call with G. Ekdahl (K&A). B. Maruschak (Pro Title), and DLA Piper team (buyer's counsel) to review property tax analysis |
| 07/28/2020 | Grall, Jacob | 1.1 | $ 350.00 | $ 385.00 | 6 | Updated property tax analysis based on call with Buyer's counsel |
| 07/28/2020 | Grall, Jacob | 0.8 | $ 350.00 | $ 280.00 | 6 | Call with S. Howard (GQT) to discuss property tax statements and other matters |
| 07/28/2020 | Grall, Jacob | 0.2 | $ 350.00 | $ 70.00 | 6 | Call with T. Almassian (K&A) and B. Best (Varnum) to discuss tax reconciliation. |
| 07/28/2020 | Grall, Jacob | 4.7 | $ 350.00 | $ 1,645.00 | 6 | Reviewed all Michigan property tax statements; prepared pro-ration analysis on each tax and taxing period for all owned theaters |
| 07/29/2020 | Grall, Jacob | 0.4 | $ 350.00 | $ 140.00 | 6 | Call with G. Ekdahl (K&A). B. Maruschak (Pro Title), and DLA Piper team (buyer's counsel) to review property tax analysis |
| 07/29/2020 | Grall, Jacob | 1.0 | $ 350.00 | $ 350.00 | 23 | Calls with T. Almassian (K&A) to discuss property taxes and other matters. |
| 07/30/2020 | Grall, Jacob | 0.5 | $ 350.00 | $ 175.00 | 23 | Attended bank update call with T. Almassian (K&A), Varnum, CIBC, Independent, and Macatawa bank teams. |
| 07/30/2020 | Grall, Jacob | 0.2 | $ 350.00 | $ 70.00 | 6 | Call with T. Almassian (K&A) and DLA attorneys (buyer's counsel) to discuss property tax matters. |
| 07/30/2020 | Grall, Jacob | 1.0 | $ 350.00 | $ 350.00 | 23 | Correspondence with T. Almassian (K&A) and B. Best (Varnum) regarding property tax matters. |
| 07/30/2020 | Grall, Jacob | 0.9 | $ 350.00 | $ 315.00 | 6 | Review of personal property tax liabilities and correspondence with DLA regarding the same. |
| 07/31/2020 | Grall, Jacob | 0.9 | $ 350.00 | $ 315.00 | 22 | Reviewed AP and disbursements. |
| 07/31/2020 | Grall, Jacob | 0.7 | $ 350.00 | $ 245.00 | 23 | Correspondence with T. Almassian (K&A) and DLA (buyer's counsel) regarding property tax settlements. |
| 07/31/2020 | Grall, Jacob | 1.3 | $ 350.00 | $ 455.00 | 22 | Calls with S. Howard (GQT) and R. Pettinga (GQT) regarding payments and other case updates. |
| 08/03/2020 | Grall, Jacob | 0.2 | $ 350.00 | $ 70.00 | 22 | Call with S. Howard (GQT) to discuss accounting for final property tax amounts. |
| 08/04/2020 | Grall, Jacob | 0.8 | $ 350.00 | $ 280.00 | 22 | Reviewed executory contract payables outstanding and email correspondence regarding the same. |
| 08/05/2020 | Grall, Jacob | 0.2 | $ 350.00 | $ 70.00 | 22 | Call with S. Howard (GQT) to discuss executory contract payables and final bills on Oswego property. |
| 08/07/2020 | Grall, Jacob | 1.9 | $ 350.00 | $ 665.00 | 27 | Preparation of July fee application. |
| 08/07/2020 | Grall, Jacob | 0.6 | $ 350.00 | $ 210.00 | 22 | Calls and correspondence with S. Howard (GQT) regarding payables and budgets. |

Case:20-00759-swd   Doc #:541-5   Filed: 09/23/2020   Page 6 of 7

In re. Goodrich Quality Theaters, Inc.
Case No. 20-00759-swd

Novo Advisors
July 1 - September 23 Time Detail

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 08/07/2020 | Grall, Jacob | 2.6 | $ 350.00 | $ 910.00 | 2 | Prepared updated wind-down budget and budget versus actual report for post-sale activity. |
| 08/10/2020 | Grall, Jacob | 0.5 | $ 350.00 | $ 175.00 | 22 | Reviewed emails related to various case matters. |
| 08/12/2020 | Grall, Jacob | 0.9 | $ 350.00 | $ 315.00 | 23 | Correspondence with S. Howard (GQT) regarding transition status and payables. |
| 08/19/2020 | Grall, Jacob | 5.6 | $ 350.00 | $ 1,960.00 | 1 | Preparation of July Monthly Operating Report |
| 08/20/2020 | Grall, Jacob | 0.9 | $ 350.00 | $ 315.00 | 1 | Preparation of July Monthly Operating Report |
| 08/21/2020 | Grall, Jacob | 1.9 | $ 350.00 | $ 665.00 | 1 | Finalized July Monthly Operating Report, reviewed disbursements, calls and correspondence with T. Almassian (K&A) regarding status. |
| 08/24/2020 | Grall, Jacob | 1.9 | $ 350.00 | $ 665.00 | 2 | Updated weekly cash reporting and wind down budgets. |
| 08/24/2020 | Grall, Jacob | 0.6 | $ 350.00 | $ 210.00 | 23 | Calls with R. Pettinga (GQT) and T. Almassian (K&A) to discuss revisions to wind down budget. |
| 08/26/2020 | Grall, Jacob | 0.7 | $ 350.00 | $ 245.00 | 2 | Updates to wind down budget and correspondence with B. Best (Varnum) regarding budget. |
| 08/27/2020 | Grall, Jacob | 0.3 | $ 350.00 | $ 105.00 | 23 | Call with T. Almassian (K&A) and B. Best (Varnum) to discuss wind down budget and case status. |
| 08/28/2020 | Grall, Jacob | 0.5 | $ 350.00 | $ 175.00 | 2 | Reviewed cash flow data and receivable allocations between buyer and seller. |
| 08/28/2020 | Grall, Jacob | 0.5 | $ 350.00 | $ 175.00 | 22 | Call with R. Pettinga (GQT) and tax preparer to discuss final tax return preparation and filings. |
| 08/31/2020 | Grall, Jacob | 0.3 | $ 350.00 | $ 105.00 | 22 | Call with R. Pettinga (GQT) and M. McSparin (Newco) to discuss personnel transitions |
| 09/03/2020 | Grall, Jacob | 0.8 | $ 350.00 | $ 280.00 | 2 | Reviewed AP, disbursements, and accounts receivable. |
| 09/03/2020 | Grall, Jacob | 0.9 | $ 350.00 | $ 315.00 | 23 | Call with T. Almassian (K&A) and B. Best (Varnum) to discuss case status. |
| 09/08/2020 | Grall, Jacob | 2.1 | $ 350.00 | $ 735.00 | 2 | Reviewed bank and disbursement data and updated cash flow tracking. |
| 09/08/2020 | Grall, Jacob | 1.7 | $ 350.00 | $ 595.00 | 2 | Updated wind down budget, correspondence with T. Almassian (K&A) and B. Best (Varnum) regarding budget and wind down status. |
| 09/08/2020 | Grall, Jacob | 0.5 | $ 350.00 | $ 175.00 | 22 | Correspondence with S. Howard (GQT) regarding disbursements and future receivables. |
| 09/09/2020 | Grall, Jacob | 0.7 | $ 350.00 | $ 245.00 | 22 | Reviewed and replied to email correspondence regarding claims payments and other disbursements. |
| 09/10/2020 | Grall, Jacob | 0.4 | $ 350.00 | $ 140.00 | 22 | Reviewed emails related to UCC and professionals payouts. |
| 09/11/2020 | Grall, Jacob | 1.1 | $ 350.00 | $ 385.00 | 22 | Prepared calculations for final employee PTO, correspondence with R. Pettinga (GQT) regarding employee status. |
| 09/15/2020 | Grall, Jacob | 0.5 | $ 350.00 | $ 175.00 | 23 | Call with T. Almassian (K&A) to review budgets prior to hearing. |
| 09/16/2020 | Grall, Jacob | 1.3 | $ 350.00 | $ 455.00 | 13 | Telephonic attendance at hearing. |

Case:20-00759-swd   Doc #:541-5   Filed: 09/23/2020   Page 7 of 7

In re. Goodrich Quality Theaters, Inc.
Case No. 20-00759-swd

Novo Advisors
July 1 - September 23 Time Detail

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 09/16/2020 | Grall, Jacob | 0.9 | $ 350.00 | $ 315.00 | 22 | Correspondence with legal and company regarding various case matters. |
| 09/17/2020 | Grall, Jacob | 0.5 | $ 350.00 | $ 175.00 | 23 | Call with T. Almassian (K&A) and B. Best (Varnum) to discuss hearing and next steps. |
| 09/18/2020 | Grall, Jacob | 0.3 | $ 350.00 | $ 105.00 | 22 | Call with S. Howard (GQT) to discuss payables. |
| 09/18/2020 | Grall, Jacob | 5.2 | $ 350.00 | $ 1,820.00 | 1 | Preparation of August Monthly Operating Report. |
| 09/21/2020 | Grall, Jacob | 0.9 | $ 350.00 | $ 315.00 | 1 | Finalized August Monthly Operating Report. |
| 09/21/2020 | Grall, Jacob | 0.6 | $ 350.00 | $ 210.00 | 22 | Call with R. Pettinga (GQT) to discuss tax related matters. |
| 09/22/2020 | Grall, Jacob | 2.0 | $ 350.00 | $ 700.00 | 2 | Reviewed bank and disbursement data and updated wind down budget. |
| 09/23/2020 | Grall, Jacob | 0.5 | $ 350.00 | $ 175.00 | 23 | Call with T. Almassian (K&A), B. Best (Varnum), and R. Pettinga (GQT) to discuss tax matters and other outstanding case issues. |